Docket as of September 12, 2000 7:20 pm          Page 1

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

                    U.S. District Court
    U.S. District Court for the District of Oregon (Portland)

              CIVIL DOCKET FOR CASE #: 68-CV-513

USA, et al v. State of Oregon, et al          Filed: 11/07/79
Assigned to: Honorable Garr M King
Demand: $0,000                    Nature of Suit:  893
Lead Docket: None                 Jurisdiction: US Plaintiff
Dkt # in C/A : is 88-4347
Dkt # in C/A : is 88-4316

Cause: 16:3371  Wildlife Under the Lacey Act


USA                           William A White
      Plaintiff               [COR]
                              Dept of Justice
                              Environmental & Natural
                              Resources Div.
                              PO Box 44378
                              Washington, DC 20026-4378
                              202-272-4125

                              Vernon Peterson, Jr
                              503-231-2140
                              [COR LD NTC]
                              US Department of The Interior
                              Office of The Regional
                              Solicitor
                              500 NE Multnomah Street
                              Suite 607
                              Portland, OR 97232

                              Fred Disheroon
                              [COR LD NTC]
                              US Department of Justice
                              Environment & Natural Resources
                              Division
                              Ben Franklin Station P.O. Box
                              7397
                              Washington, DC 20044-7397
                              (202)616-9649
                              FTS 616-9667

                              Peter C Monson
                              [COR LD NTC]
                              US Department of Justice
                              Indian Resource Section
                              999 18th Street
                              Suite 945
                              Denver, CO 80205
                              303-294-1900

Docket as of September 12, 2000 7:20 pm          Page 2

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al


CONFEDERATED TRIBES OF THE            Howard G Arnett
WARM SPRINGS INDIAN NATION            FAX 541-388-5410
     Intervenor                       [COR LD NTC]
                                      Karnopp, Petersen, Noteboom,
                                      Hubel, Hansen & Arnett
                                      1201 NW Wall Street
                                      Suite 300
                                      Bend, OR 97701
                                      541-382-3011


CONFEDERATED TRIBES & BANDS OF        Tim Weaver
THE YAKAMA INDIAN NATION              509-575-1500
     Intervenor                       [COR LD NTC]
                                      Hovis Cockrill Weaver & Bjur
                                      PO Box 487
                                      Yakima, WA 98907
                                      509-575-1500


CONFEDERATED TRIBES OF THE            Lea Ann Easton
UMATILLA INDIAN RESERVATION            [term  03/10/93]
     Intervenor                       223-9483
                                      Legal Aid Service of Oregon
                                      Native American Program
                                      812 SW Washington
                                      Suite 700
                                      Portland, OR 97205
                                      503-223-9483
                                      FTS 294-1429

                                      Christopher B Leahy
                                      [COR LD NTC]
                                      Fredericks Pelcyger Hester &
                                      White LLC
                                      1075 South Boulder Road
                                      Suite 305
                                      Louisville, CO 80027
                                      (303) 673-9600

                                      Craig J Dorsay
                                      [term  10/14/92]
                                      2121 SW Broadway
                                      Suite 100
                                      Portland, OR 97201
                                      503-790-9060


NEZ PERCE TRIBE OF IDAHO              Douglas R Nash
     Intervenor                       208-843-2253
                                      [COR]
                                      David J Cummings

Docket as of September 12, 2000 7:20 pm          Page 3

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

                                    [COR LD NTC]
                                    Nez Perce Tribal Executive
                                    Committee
                                    Office of Legal Counsel
                                    PO Box 305
                                    Lapwai, ID 83540
                                    208-843-2253


STATE OF IDAHO                      William S Whelan, DEPUTY ATTY
     Intervenor                     GENERAL
                                    208-334-2400
                                    [COR LD NTC]
                                    State of Idaho
                                    Natural Resources Division
                                    700 W Jefferson St, Room 210
                                    PO Box 83720
                                    Boise, ID 83720-0010
                                    208-334-2400

                                    Clive J Strong
                                    208-334-2400
                                    Office of The Attorney General
                                    Natural Resources Division
                                    State House
                                    Room 210
                                    Boise, ID 83720
                                    208-334-2400


SHOSHONE-BANNOCK TRIBE              Lori Irish Bauman
     Intervenor                     [COR LD NTC]
                                    Ater Wynne Hewitt Dodson &
                                    Skerritt
                                    222 SW Columbia
                                    Suite 1800
                                    Portland, OR 97201-6618
                                    503-226-1191

                                    Candy L Jackson
                                    [COR]
                                    PO Box 306
                                    Fort Hall, ID 83203
                                    208-238-3815


CONFEDERATED TRIBES OF THE          Robert C Weaver, Jr
COLVILLE RESERVATION                 [term  10/06/99]
     Intervenor-plaintiff           [COR LD NTC]
     [term  10/06/99]               Garvey Schubert & Barer
                                    121 SW Morrison Street
                                    11th Floor One Financial Center
                                    Portland, OR 97204
                                    503-228-3939

Docket as of September 12, 2000 7:20 pm                Page 4

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

                                 FTS 226-0259

                                 Alan C Stay
                                   [term  10/06/99]
                                 509-634-4711
                                 [COR LD NTC]
                                 Colville Confederated Tribes
                                 PO Box 150
                                 Nespelem, WA 99155
                                 509-634-4711

                                 Bruce E Didesch
                                   [term  10/06/99]
                                 [COR]
                                 AUSA
                                 Eastern District of WA
                                 920 W Riverside
                                 Suite 300
                                 Spokane, WA 99201-1098
                                 509-353-2767


CONFEDERATED TRIBES OF THE       Stephen H Suagee
COLVILLE RESERVATION               [term  10/06/99]
     Intervenor plaintiff        [COR LD NTC]
  [term  10/06/99]               Office of the Reservation
                                 Attorney
                                 Confd Tribes of the Colville
                                 Reservation
                                 PO Box 150
                                 Nespelem, WA 99155
                                 509-634-2384
                                 FTS 634-2387



     v.


STATE OF OREGON                  David E A Leith
     Defendant                   FAX 378-3465
                                 [COR LD NTC]
                                 Dept of Justice
                                 1162 Court Street NE
                                 Room 450
                                 Salem, OR 97310-0506
                                 503-378-6313


STATE OF WASHINGTON              Robert K Costello
     Defendant                   206-753-4556
                                 [COR LD NTC]
                                 Solicitor General
                                 6th Floor/Hwys Lic Bldg
                                 PO Box 40100

Docket as of September 12, 2000 7:20 pm                    Page 5

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

                                        Olympia, WA 98504-0100
                                        360-664-9018


ALASKA TROLLERS ASSOCIATION           Bradford H Lamb
      Intervenor-defendant             [term  12/01/94]
   [term  12/01/94]                    243-2373
                                       [COR LD NTC]
                                       Zarosinski & Hill
                                       520 SW 6th
                                       Suite 1200
                                       Portland, OR 97204
                                       243-2373


         ------------------------


NORTHWEST GILLNETTER'S                 Thane W Tienson
ASSOCIATION                            [COR LD NTC]
      Amicus                           Landye Bennett Blumstein
                                       3500 Wells Fargo Center
                                       1300 SW Fifth Ave
                                       Portland, OR 97201
                                       (503) 224-4100


TROLLERS ASSOC WASHINGTON             James A Wexler
STATE TROLLERS ASSOCIATION             [COR]
      Amicus                           Williams Kastner & Gibbs
                                       Two Union Square
                                       601 Union Street, Suite 4100
                                       P.O. Box 21926
                                       Seattle, WA 98111-3926
                                       206-628-6600


COLUMBIA RIVER FISHERMAN'S            Thane W Tienson
PROTECTIVE UNION                       (See above)
      Amicus                           [COR LD NTC]


LUMMI INDIAN NATION                    Daniel A Raas
      Amicus                           [COR LD NTC]
                                       Office of the Reservation
                                       Attorney
                                       Lummi Indian Nation
                                       PO Box 5746
                                       Bellingham, WA 98227
                                       206-647-0234


QUINAULT INDIAN NATION                 Richard Reich
      Amicus                           [COR LD NTC]

Docket as of September 12, 2000 7:20 pm                Page 6

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

                              Eric J Nielsen
                              [COR]
                              Quinault Indian Nation
                              PO Box 189
                              Taholah, WA 98587
                              206-276-8211


TULALIP TRIBES                Richard Reich
     Amicus                   (See above)
                              [COR LD NTC]
                              Eric J Nielsen
                              (See above)
                              [COR]


          ==========================


MAKAH TRIBE                   Alvin J Ziontz
     Defendant                206-448-1230
  [term 09/09/88]             [COR LD NTC]
                              Ziontz Chestnut Varnell Berley
                              & Slonim
                              2121 4th Avenue
                              Seattle, WA 98121
                              206-448-1230

                              Robert S Banks, Jr
                              [COR LD NTC]
                              Robert S Banks, Jr. Law Offices
                              222 SW Columbia
                              Suite 1200
                              Portland, OR 97101
                              503-222-7475
                              FTS 222-7288

**UNITED STATES DISTRICT COURT**    Jury demand date:          /

D. C. Form No. 106A Rev.

| TITLE OF CASE | ATTORNEYS          46936 |
|---|---|

For plaintiff:          Chairman of Pltfs' counsel

SIDNEY I. LEZAK -Michael Morehouse 1/
United States Attorney
District of Oregon
506 U. S. Courthouse, Box 71
Portland, Oregon 97207
226-3361, Ext. 1531

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**STATE OF OREGON,**

Defendant.

GEORGE D. DYSART    U's atty off
Assistant Regional Solicitor
U. S. Department of the Interior
P. O. Box 3621
Portland, Oregonn97208
234-3361, Ext. 502

Party Pltf - Nez Perce Tribe of Idaho by
Arthur Lazarus, Jr., 1700 K St. N.W., Wash., D
Robert C. Strom, Box 155, Craigmont, Idaho
John T. Lewis, Suite 1 - 502 Wash. St., The
Dalles, Ore. 97058

CONFEDERATED TRIBES OF THE WARM SPRINGS
RESERVATION,

INTERVENOR

CONFEDERATED TRIBES OF & BANDS OF THE
YAKIMA INDIAN NATION and CONFEDERATED
TRIBES OF THE UMATILLA INDIAN RESERVATION,
                                          INTERVENORS
Nez Perce Tribe of Idaho,
                                          Intervener

5/20/85 STATE OF IDAHO as intervenor.

For defendant:
LEE JOHNSON
Robert Y. Thornton, Attorney General
George S. Woodworth, Asst.
Henry Kane, Asst,    RAY UNDERWOOD
469 State Office Building
Portland, Oregon 97201    734-3361
226-2161, Ext. 359
                                229-5735

For the Confederated Tribes & Bands of The
Yakima Indian Nation:    UMATILLA TRIBE
JAMES B. HOVIS    Mark McClanaha
P. O. Box 433    1200 Am. Bk B
Yakima, Washington 98902
Tel: GL 3-3165    ( SEE PAGE 14A continued

CONF. TRIBES WARM SPGS. RESERV.    Don Willn
Owen M. Panner & David F. Berger    900 Corbe
1026 Bond St., Bend. 382-3611    Bldg.

Call:  11/18/68

| STATISTICAL RECORD | COSTS | | DATE 1974 | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 5 mailed  10/5/68 | Clerk | | 7/10 | #26541 U.S.Treas. | 5 00 | 5 00 |
| Suppl 4/5/8c | | | | | | |
| J.S. 6 mailed  12-1-70 | Marshal | | | | | |
| Basis of Action: Regulation of Tribes' treaty fishing rights | Docket fee | | | | | |
| | Witness fees | | | | | |
| Action arose at: | Depositions | | | | | |

209

| DATE 1968 | PROCEEDINGS | Date Order Judgment No |
|---|---|---|
| Sept 13 | Filed Complaint | |
| 13 | Filed Praecipe to issue summons | |
| 13 | Issued summons to U. S. Marshal | |
| 13 | Filed Motion of deft. State of Oregon for Three-Judge Court. | |
| 13 | Filed Memorandum in Support of Defendant's Motion for Three-Judge Court Under 28 U.S.C.A. § 2284. | |
| 16 | Filed Interrogatories of Defendant to Steward L. Udall (First Set.). | |
| 19 | Filed Plaintiff's Memorandum in Opposition to Three-Judge Court. | |
| | ~~Filed~~ | S |
| 24 | Filed Summons with Marshal's return. | |
| 30 | Filed Reply Memorandum of Defendant in Support of Motion for Three-Judge Court. | |
| Oct. 1 | Filed Stipulation that time for answer on behalf of State of Oregon may be extended to Nov. 1, 1968. Extension granted by Clerk's endorsement - M. Hartzell. | |
| 2 | Filed and Entered Order [On Stipulation] that U.S. may have to and including Nov. 11, 1968, in which to answer or object to interrogatories. m 10/9/68 | S |
| Nov. 18 | Record of hearing on motion for 3-Judge Court | |
| 18 | Entered Order denyihg Motion for 3-Judge Court | B |
| 18 | Record of hearing on Pltffs motion to consolidate with Civ 68-409 | |
| 18 | Entered Order allowing Motion For Consolidation | B |
| 18 | Entered Order that government answer interrogatories by Dec. 1, 1968 | B |
| 18 | Entered Order that State of Oregon file its answer and any motions by Dec.5,1968 | B |
| 18 | Entered Order that PTO be lodged by Dec. 23, 1968 | B |
| 18 | Entered Order setting trial (Firm) for Jan 6, 1969 | B |
| 21 | Filed Interrogatories of Deft to Stewart L. Udall (Second Set) | |
| Dec. 2 | Filed Interrogatories of Pltff to Deft (First Set) | |
| 2 | Filed Objections to Interrogatories (First Set) | |
| 2 | Filed Answers to Interrogatories of Deft. to Stewart L. Udall (First Set) | |
| 5 | Filed Motion to Intervene as a Pltff | |

2/0

UNITED STATES v. OREGON AND WASHINGTON, No. 68-513, D. Oregon. *as of 12-28-81*

Clerk, U.S. District Court
U.S. Courthouse
Portland, Oregon  97204

Plaintiffs:

~~Sidney I. Lezak~~ CHARLES A. TURNER
United States Attorney
George D. Dysart - *call suit*
Special Assistant U.S. Attorney
312 U.S. Courthouse
620 S.W. Main Street
Portland, Oregon  97205
(503) 221-3660 (8-423-3660)
  Attorneys for the United States

Dennis C. Karnopp / *Howard Arnett*
Johnson, Marceau, Karnopp & Peterson
835 N.W. Bond Street
Bend, Oregon  97701
(503) 382-3011
  Attorney for Warm Springs Tribe

Tim Weaver
Hovis, Cockrill & Roy
P.O. Box 487
Yakima, Washington  98907
(509) 575-1500
  Attorney for Yakima Tribe

Catherine Wilson
Attorney at Law
P.O. Box 638
Pendleton, Oregon  97801
(503) 276-3165
  Attorney for Confederated Tribes
  of the Umatilla Reservation

Robert C. Strom
Strom & Longeteig
P.O. Box 155
Craigmont, Idaho  83523
(208) 924-5567
  Attorney for Nez Perce Tribe

Attys for Petitioner for Intervention
Pat Kole
Deputy Attorney General
Chief, Natural Resources Division
Stephen V. Goddard
Deputy Attorney General
Idaho Department of Fish & Game
State of Idaho--Statehouse, Room 210
Boise, Idaho  83720    (208) 334-2400
  Revised: Oct. 20, 1981 *208 (334-3715)*

Defendants:

Dave Frohnmeyer
Attorney General
~~Beverly B. Hall~~
Assistant Attorney General
State of Oregon
500 Pacific Building
Portland, Oregon  97204
(503) 229-5925
  Attorneys for State of Oregon

Kenneth O. Eikenberry
Attorney General    *MARK Bennett*
James M. Johnson— ~~Peter Reynolds~~
Sr. Assistant Attorney General
~~State of Washington~~ *Fish & Game Division*
~~600 N. Capitol Way~~ *Washington State, Atty Gen's off*
Olympia, WA  98504  *Dept of Justice*    PB 5
(206) 753-2498
  Attorneys for State of Washington

Amicus:

Richard M. Slagle
Moriarty, Mikkleborg, Broz, Wells & Fryer
3300 Seattle-First Natl. Bank Bldg.
Seattle, Washington  98154
(206) 623-5890
  Attorney for Leslie Clark and
  Northwest Gillnetters Assoc.

Clemens E. Ady
Attorney at Law    *Carney Ct.*
~~6700 S.W. 105th~~ *8290 Su. 105*
~~Beaverton, Oregon  97005~~ *Tigard, OK 9722?*
(503) 646-9243    *left us*
  Attorney for Columbia River *pending*
  Fishermen's Protective Union    *added 10/6/81*

~~Frederick E. Olney~~ *DR. HOWARD HORTON*
Fisheries Technical Advisor
~~U.S. Fish & Wildlife Service~~ *104 NASH HALL*
~~2625 Parkmont Lane~~ *OREGON STATE UNIVERS.*
~~Olympia, Washington  98502~~ *CORVALLIS, OR*
~~(206) 753-9578~~ *754-4531    97331*
~~FTS-8-434-9578~~

*GAIL L. Achterman*
*STOEL, RIVES*
*900 SW FIFTH*
*PtId, OR 97204*

D.C. 110A Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Judgn |
|------|-------------|------------|

Confederated Tribes Warm Spgs. Reserv.
Dennis Karnopp
1026 Bond St.
Bend Oregon, 97701
Tel: 382-3011


Umatilla Tribe
Douglas R. Nash
c/o Native American Rights Fund
1506 Broadway
Boulder, Colorado 80302


Nez Perce Tribe Party Pltff
Robert C. Strom
Box 155,
Craigmont, Idaho

John T. Lewis
Suite 1
502 Washington St.
The Dalles, Oregon   97058

Mr. Arthur Lazarus, Jr.
600 New Hampshire Avenue
Washington, D.C.

Sohappy Pltffs
Frederic Noland
c/o MacDonald, Hoague & Bayless
1500 Hoge Building
Seattle, Washington   98104

Yakima Tribe
James B. Hovis
P.O. Box 437
Yakima, Washington   98902
Tel: GL3-3165


5/19/86 Amicus Curiae:
   Washington State Trollers Assn:
  Dennis D. Reynolds
  Pressentin & REYNOLDS
  kobe Park Building
  633 Yesler Way
  Seattle, WA  98104
  (206) 587-0066



SERVICE LIST OF COUNSEL    PG 1 of 4.

D.C. 110A Rev. Civil Docket Continuation

| DATE | *Memory as listed* 4/12/88 PROCEEDINGS | Date Or Judgment |
|---|---|---|

AA.

George D. Dysart
Special Assistant U.S. Attorney
312 U.S. Courthouse
620 S.W. Main
Portland, OR 97205
(503) 221-2101
*U. S.*

1.
Howard Arnett    (3)\\89
~~JOHNSON~~, MARCEAU, KARNOPP & PETERSEN, *Noteboom + Hubel*
835 N.W. Bond Street
Bend, OR  97701 - (503) 382-3011
*Warm Springs Tribe.*

2.
Tim Weaver
HOVIS, COCKRILL, WEAVER & BJUR
P.O. Box 487
Yakima, WA  98907
(509)575-1500
*Yakima Tribe*

3.
Dr. Howard Horton
Dept of Fisheries & Wildlife
Oregon State University
Corvallis, OR  97331
(503) 754-4531
*Technical Advisor to the Court*

4.    Thane W. Tienson  *all*
MITCHELL, LANG & SMITH
2000 One Main Place
101 SW Main St.
PDX 97204       (221-1011)
NW GILLNETTERS ASSN. (AMICUS)
*NW Gillnetters Assn (Amicus)(w/ach)*

5.
Cheryl F. Coodley  *a4o*
Asst Attorney General
State of Oregon
~~500/Pacific/Bldg///~~ Suite 410
~~520/S.W./Yamhill/~~ 1515 S. W. 5th Ave
Portland, OR 97204 1
(503) 229-5725
*State of Oregon*

6.
NARDA PIERCE
Asst Attorney General
7th Fl. HwyLicensee Bldg.
Olympia, WA 985048071
(206) 753-2496

*SERVICE LIST of Counsel    PG. 2 of 4*

D. C. 110A Rev. Civil Docket Continuation

| DATE | 4/12/88    PROCEEDINGS | Date Or Judgmen |
|------|------------------------|-----------------|

7.
~~Douglas Nash
P.O. Box 1539
Pendleton, OR   97801
(503) 276-8336~~

8.
Robert C. Strom
STROM, LONGETEIG & JOHNSON
P.O. Box 155
Craigmont, ID 83523 .
(208) 924-5567
*Nez Perce Tribe*

10.
Jack Marincovich
Columbia River Fishermens Protective Union
322 Tenth Street
Astoria, OR   97103

11.
Ms. Maria Iizuka
Atty Appellate Section
US Dept of Justice
Washington, D.C 20530

12.
Kevin Q. Davis
STOEL, RIVES, BOLEY, FRASER & WYSE
900 S.W. Fifth Avenue
Portland,OR   97204
~~State of Idaho~~
13 *a proposed intervenor in this case*
Catherine E. Wilson
Confederated Tribes of the Umatilla Indian Reservation
P.O. Box 638
Pendleton, OR   97801
(503) 276-3165

14.
Donald D. Stuart
c/o Washington Trollers Assn.
P.O. Box 7431
Bellevue, WA 98008
(206) 747-9287

SERVICE LIST OF COUNSEL    PG 3 of 4

D.C. 110A Rev. Civil Docket Continuation

| DATE | 4/12/88 PROCEEDINGS | Date Judgm |
|---|---|---|

14a,

Mark Bennett
4055 21st Ave West
Seattle, WA 981991201
Washington State Trollers Assn.

15.
Marvin Osborne
Tribal Chairman
P.O. Box 306
Fort Hall, ID 83203
(208) 238-3816
Shoshone Bannock

Howard Funke    15C,
Attorney at Law
P.O. Box 306
Fort Hall, ID 83203
SHOSHONE-BANNOCK TRIBE CNSL

15a,
Daniel S. Press
1025 Thomas Jefferson St., NW
Ste 700
Washington, DC 20007  (202) 898-7825
SHoshone Bannock

15b, Michael E. Haglund    101 SW Col
            ste 700
LINDSAY, HART, NEIL & WEIGLER
222 S.W. Columbia #1800    OK
Portland, OR 97201
(503) 226-1191  225-0777

17
Stephen V. Goddard
Deputy Attorney General
600 S. Walnut
P.O. Box 25
Boise, Idaho 83707
(208) 554-3715
State of Idaho?

19
Thane W. Tienson
2000 One Main Place
101 S.W. Main St.,
Portland, OR 97204
Columbia River Fishermen Protective Union

20
Robert S. Banks, Jr.
BANKS & NEWCOMB
209 S.W. Oak St.
Portland, OR 972042740
(503) 222-7475
Makah Indian Tribe?

21
Alvin J. Ziontz
Marc Slonim
ZIONTZ, CHESTNUT, VARNELL, BERLEY & SLONIM
2121 4th AVenue
Seattle, WA 98121
(206) 448-1230
Makah Indian Tribe?

22
William S. Whelan
Deputy Attorney General
Statehouse Rm 210
Boise, ID 83720

SERVICE LIST OF COUNSEL          Pg 4 of .

D.C. 110A Rev. Civil Docket Continuation

| DATE | | 4/12/88          PROCEEDINGS | Date Orde Judgment : |
|---|---|---|---|
| | 23 Richard Braun STOLL, STOLL & BERNE 209 SW Oak St. 5th Fl. Portland,OR  97204 | | |

| ATE 68 | PROCEEDINGS | Date Order or Judgment Note |
|---|---|---|
| ec 23 | Entered Order setting Motions for January 2, 1969, at 9:30 A.M. | B |
| 23 | Entered Order resetting foo pretrial January 8, 1969, at 9:30 A.M. | |
| 23 | Entered Order striking from trial calendar January 6, 1969 and resetting for trial February 17, 1969 | B |
| 23 | Filed Defendant's Reply Memorandum in Support of Motion. | |
| 23 | Filed Defendant's Reply Brief in Support of Motion to Dismiss. | |
| 24 | Filed Defendant's Reply Brief Re Yakima Tribe's Brief on Defendant's Motion to to Dismiss. | |
| .969 6 | Filed Motion for leave to Intervene as a party pltf of Nez Perce Tribe of Idaho | |
| 6 | Filed Pointed and Authorities in Support of above motion of Nez Perce Tribe of Idaho for leave to intervene as party plaintiff | |
| 6 | Filed Answer of deft | |
| 6 | Record of hearing on Motion to dismiss by State of Oregon | |
| 6 | Entered Order denying Motion to dismiss by State of Oregon | |
| 6 | Record of hearing on Motion of State of Oregon for Order declaring class action | |
| 6 | Entered Order denying Motion of State of Oregon for Order declaring class action | |
| 6 | Entered Order striking certain portion of ¶2 of Gov. Complaint | |
| 6 | Record of Pretrial Conference | Belloni |
| 6 | Order appointing Michael Morehouse Chairman of all pltfs' trial counsel | |
| 8 | Entered Order allowing Nez Perce Bribe of Idaho to Intervene | B |
| 8 | Filed Complaint of Intervener Nez Perce Tribe of Idaho | |
| 16 | Filed Motion of Plaintiff to Dismiss Deft's Cross Complaint | |
| 20 | Filed and Entered Order Granting Nez Perce Tribe of Indaho Leave to Intervene as Party Pltff (dated 1/9/69) | B |
| 27 | Filed defendant's brief in opposition to motion to dismiss defendant's cross-complaint | |
| 27 | Record of hearing on motion to dismiss deft's counterclaim. | |
| 27 | Entered order taking under advisement. Briefing schedule: Gov. to file reply brief on or before February 3, 1969. | B |
| 27 | Record of pretrial conference | |
| 27 | Entered order setting for pretrial conference before Judge Belloni Feb. 5, 1969, at 9:30 A.M. | B |
| 30 | Filed Pltfs reply memorandum in support of motion to dismiss counterclaim | |
| 31 | Filed Deposition of Arthur L. Oakley | |

2/3

Page 2

D. C. 110A Rev. Civil Docket Continuation

| DATE 1968 | PROCEEDINGS U.S.A. vs. STATE OF OREGON | Date Ord. Judgment |
|---|---|---|
| Dec. 5 | Filed Complaint of Confederated Tribes & Bands of Yakima Indian Nation For Declaratory Judgment and Injunction | |
| 5 | Filed Motion For Intervention Re Yakima Indian Nation | |
| 5 | Entered Order specially admitting James Hovis for this case | B |
| 5 | Record of hrg on motion to intervene by the Warm Springs and Yakima Tribes | |
| 5 | Entered Order allowing motion to intervene  (Filed 12/13/68) | B |
| 5 | Filed Intervenor's Complaint | |
| 5 | Entered Order that briefs be filed by 12/18/68 on question indispensable parties and standing of individuals v. Tribe | B |
| | Filed and Entered Order allowing intervention of Confederated Tribes and Bands of the Yakima Indian ;Nation      (oᶥ dated 12/5/68) | B |
| 16 | Filed deft's Motion declaring complaint constitutes a class action on behalf of all Indian Tribes and Communities of Indians, etc. (See Motion) | |
| 16 | Filed Deft's Memorandum in support of above motion | |
| 16 | Filed Deft's brief in support of Interrogatories (First Set) | |
| 16 | Filed defendant's Motion to dismiss, pursuant to Rule 19, FR Civ. P. | |
| 16 | Pltf's Objections to Interrog. resolved by parties | B |
| 13 | Filed ᵃⁿᵈˣᴱⁿᵗᵉʳᵉᵈˣ Order allowing Motion of Confed. Tribes of Warm Springs Reservation of Oregon to intervene as pltf - with affidavit of service | B |
| | ᵢ̶8̶ˣ̶ˣ̶ˣ̶ᴿ̶ᵢ̶ˡ̶ᵉ̶ᵈ̶ | |
| | ˣ̶ᵢ̶8̶ˣ̶ˣ̶ˣ̶ˣ̶ᴿ̶ᵢ̶ˡ̶ᵉ̶ᵈ̶ˣ̶ᶜ̶ᵒ̶ᵐ̶ᵖ̶ˡ̶ᵃ̶ᵢ̶ⁿ̶ᵗ̶ˣ̶ᵢ̶ⁿ̶ˣ̶ᴵ̶ⁿ̶ᵗ̶ᵉ̶ʳ̶ᵛ̶ᵉ̶ⁿ̶ᵗ̶ᵢ̶ᵒ̶ⁿ̶ˣ̶ | |
| 18 | Filed Motion of Confederated Tribes of Umatilla Indian Reservation for leave to intervene | |
| 18 | Filed and Entered Order allowing Motion of Confederation Tribes of the Umatilla Indian Reservation to intervene | B |
| 18 | Filed Complaint in intervention of Confederation Tribes of the Umatilla Indian Reservation | |
| 19 | Filed Pltf's Memorandum in opposition to motion to dismiss | |
| 19 | Filed Objections to Interrogatories to deft Stewart L. Udall (Second Set) | |
| 19 | Filed Answers to Interrogatories of deft to Stewart L. Udall (Second Set) | |
| 19 | Filed Brief in Support of Objections | |
| 20 | Filed Memorandum in Opposition to Deft's Motion for Class Action | |
| 17 | Filed Motion to Dismiss Rule 12(b) by Deft. State of Oregon | |
| 17 | Filed Defts. Brief in Support of Motion to Dismiss | |

2/2



D. C. 110A Rev. Civil Docket Continuation

| DATE 1969 | U.S.A. vs. STATE OF OREGON — PROCEEDINGS | Date Order Judgment |
|---|---|---|
| Feb 3 | Filed Deposition of Philip W. Schneider | |
| Feb 3 | Filed Deposition of Edward G. Huffschmidt | |
| Feb 6 | Filed deposition of Robert W. Schoning /*( r | |
| 5 | Record of Pretrial conference | |
| 5 | Entered Order that pretrial order & exhibits due on 2/17/69 | B |
| 5 | Entered Order that briefs from U. S. & State of Oreg. due by 3/3/69; remaining pltfs briefs due 3/18/69; all final briefs due 4/8/69 | B |
| 10 | Filed Deposition of Robert W. Schoning, continued | |
| 12 | " " " " VOL II. | |
| 24 | Record of Court trial | |
| 24 | Entered Order that briefs be filed per schedule set earlier | B |
| 24 | Entered Order taking under advisement | |
| 24 | Lodged pretrial order | |
| 27 | Filed and Entered Pretrial Order | B |
| Mar 3 | Lodged pltf's opening brief on segregated issues | |
| 3 | Lodged deft's opening brief | |
| 14 | Filed certificate of mailing | |
| 17 | Lodged opening brief | |
| 18 | Filed motion for leave to file brief amicus curiae on behalf of National Congress of American Indians | |
| 19 | Lodged brief of intervenor Nez Perce Tribe of Idaho | |
| 19 | Lodged opening brief of intervenor The Confederated Tribes of the Warm Springs Reservation of Oregon | |
| Apr 1 | Filed stipulation to amend PTO | |
| 8 | Filed Plaintiff's Reply Brief. | |
| 9 | Filed Reply Brief of Intervenor The Confede rated Tribes of The Warm Springs Reservation of Oregon. | |
| 24 | Record of oral argument on the merits | |
| 24 | Entered oral opinion by Court in favor of pltf. | B |
| July 8 | Filed Closing Arguments | |
| 8 | Filed and Entered Opinion (see Opinion) | B |
| Oct 10 | Filed and Entered Judgment (see Judgment) Judgment filed in Civ. 68-409 | B |

(m 10/13/69)

214

| DATE 1969 | PROCEEDINGS | Date Order Judgment No |
|---|---|---|
| ct 14 | Filed Notice of Withdrawal of Donald J. Horowitz as counsel for a pltf | |
| 88  Aug13 | Entered Order directing clerk to correct error in original opinion (memo | B |
| ov 25 | Filed Transcript of Judge's Opinion dated July 7, 1969 | |
| 970 April 10 | Filed Pltfs' Motion for XXXXXHHX Preliminary Injunction with statement of points and authorities attached (original filed in Civ 68-409) | |
| 14 | Filed and Entered Order that defts appear on Friday, April 17, 1970, at 9:30 a.m. XXXX before Judge Belloni to show cause why a preliminary injunction should not issue B | B |
| Aug. 13 | Filed Petition for Additional Relife Relief    (original filed in Civ 68-409 | |
| 27 | Filed Petition for Additional Relief on behalf of the Confederated Tribes of the Warm Springs Reservation of Oregon | |
| Sept.  2 | Filed Statement of Position and Petition for Additional Relief | |
| 8 | Filed Petition for Additional Relief of the the Nez Perce Tribe of Idaho | |
| k4 | Filed Memorandum of the USA | |
| 971 ept 8 | Filed Motion for Preliminary injunction or restraining order | |
| 8 | Filed Memorandum in support ofmotion | |
| 1972 | | |
| Iar. 27 | Filed Motion for Order Setting Time for Hearing on Plaintiffs' Motion for Preliminary Injunction and additional Relief | |
| 27 | Filed Motion for Preliminary Injunction and For Additional Relief | |
| 27 | Filed Statement of Points and Authorities | |
| 27 | Filed and entered Order Setting Time for Hearing on Plaintiffs' Motion for Preliminary Injunction and Additional Relief (set for April 6, 1972, 9:30 a.m.)   M 3-28-72 | RCB |
| April 6 | Record of Hearing on Motion for Preliniary Injunction and for Additional Relief Fred Noland, and Joel Benolielas specially admitted to U.S. District Court for this case. | B |
| | Order taking Under Advisement | B |
| 1973 eb.  16 | Filed order releasing certain exhibits to Vern Cook for not more than 30 days. | JMB |
| pril 21 | Record of hearing Govts Motion for preliminary injunction or temporary restraining order.  Swore witnesses.  Ordered restraining order granted. Mr. Dysart directed to prepare formal order. | B |
| 23 | Filed Injunction enjoining Defts, Servants, Agents, officials and  employees from interferring with fishing activities of members of the Pltf Tribes in waters of the Columbia River or its tribs bet Bonneville Dam and McNary Dam M4/24/73                                                           4/24/73 | RCB |
| 23 | Filed Certificate of Attorney | |
| May 30 | Filed Motion for Clarification of Judgment | |

SEE PAGE FOUR

2/5

CIVIL 68-513 MA

Page 4

D. C. 110A Rev. Civil Docket Continuation

| DATE 1973 | U.S.A. VS. STATE OF OREGON    PROCEEDINGS | Date Judgm |
|------|------|------|
| May 30 | Filed affidavit of Thomas E. Kruse | |
| July 11 | Filed deft motion to permit Douglas Nash, New Mexico to appear of record | |
| 11 | Filed Order granting motion to permit Douglas Nash to appear. m 7/12/72 | RCB |
| 11 | Counsel notified of above order | |
| 26 | Sent letter re hrg on Motion for Clarification of Judgment reset from 8/6/73 to Monday 9/10/73 at 9:00 am before RCB | M. |
| Sept.12 | Filed Deft's Memorandum | |
| Oct. 1 | Record of hearing State of Oregon's motion for clarification of judgment. Ordered further hearing set Novembe r 8, 1973 at 3:30 pm | RCB |
| 1 | Filed Substitution of Attorneys Douglas R. Nash m 10/2/73 | RCB |
| **1974** | | |
| Feb. 12 | Filed Motion and Order for Permission to Remove Files. Received 2/12/74 5:00 pm returned 2/14/74 4:45 pm m 2/20/74 | RCB |
| 13 | _Recived letter from RMC re: case closed. State withdrew motion_ | |
| Apr. 17 | Filed Motion to Intervene of State of Washington, Dept. of Fisheries (filed in 68-409) | |
| 17 | Filed Memorandum of Authorities in Support of Motion to Intervene(filed in 68-409) | |
| 17 | Filed Pleading in Intervention (filed in 68-409) | |
| 17 | Filed Motion for Preliminary Injunction(filed in 68-409) | |
| 17 | Filed Affidavit of Henry O. Wendler (filed in 68-409) | |
| 17 | Filed Affidavit of J.E. Lasater (filed in68-409) | |
| 17 | Filed Notice of Motion for Leave to Intervene and Motion for Preliminary Injunction (filed in 68-409) | |
| 25 | Filed Complaint in Intevention of Columbia River Fishermen's Protective Union, Ross Lindstrom and Leslie C. Clark (filed in 68-409) | |
| 25 | Filed Petition to Intervene (filed in 68-409) | |
| 25 | Filed Response of U.S.A. and Certain Tribes to State of Wahhington, Dept of Fisheries Motions to Intervene and for Preliminary Injunction (filed in 68-409) | |
| 26 | Filed Response of Yakima Indian Nationa To State of Washington, Department of Fisheries, Motion to Intervene and for Preliminary Injunction | |
| 26 | Filed Affidavit of James B. Hovis | |
| 26 | Filed Affidavit of Mailing | |
| 29 | Filed Sohappy Pltffs' Response in Opposition to State of Washington, Dept fo Fisheries' Motion to Intervene and for Preliminaty Inunction | |
| 29 | Filed Affidavit of J. E. Lasater (XXXX filed in 68-409) | |
| 29 | Filed Affidavit of James M. Johnson (filed in 68-409) | |
| 29 | Record of hearing motion of Washington Game Comm. for leave to intervene. Ordered motion denied. Ordered State of Washington's oral motion for leave to intervene granted. Formal motion to be filed. Ordered State of Washingtons' motion for preliminary injunction denied. Ordered gillnetters' motionfor leave to intervene set for hearing 5/13/741 | RCB |
| 30 | Filed Motion for Temporary Restraining Order  (filed in 68-409) | |
| 30 | Filed Affidavit of Jack Shields and Henry O. Wendler  (filed in 68-409) | |

| DATE 1974 | PROCEEDINGS | Date Order Judgment N |
|---|---|---|
| pr. 30 | Filed Resolution of Yakima Tribal Council(filed in 68-409) | |
| 30 | Filed Temporary Restraining Order effective 5/1/74 12:00 noon m 5/1/74 | RCB |
| [29] | Filed Certificate of Mailing | |
| 30 | Record of hearing Oregon and Washington's motion for temporary restraining order. Ordered motion granted. | RCB |
| May 2 | Filed Statement of Sohappy Plaintiffs in Support of Motion to Dissolve or modify restraining order and for order holding parties in contempt | |
| May 2 | Filed on behalf of Plaintiff-Intervenor, Yakima Indian Nation: Motion to Disolve or Modify Temporary Restraining Order with Notice Affidavit of James B. Hovis in Support of Motion for Order Holding Parties in Contempt Motion for Order Ho lding Parties in Contempt with Notice of Hearing Affidavit of Mailing Affdiavit of James B. Hovis to Support Motion to Dissolve or Modify Restraining Order& | |
| .y 2 | Filed on behalf of Confederated Tribes of the Warm Springs Reservation of Ore: Motion for Preliminary Injunction or Temporary Restraining Order Affddavit of Dennis C. Karnopp Memorandum of Authorities in Support of Motion for Preliminary Injunction or Temporary Restraining Order | |
| 3 | Record of hearing motions to dissolve TRO. Swore witnesses and filed exhibits. Ordered briefs be submitted not later than 5/7/74. Ordered motions taken under advisement. Record of order that court will not hear the Yakima Indian Nation's motion to hold parties in contempt and Warm Stpring Indians' motion for preliminary injunction or TRO | RCB |
| May 7 | Filed Sohappy Plaintiffs' Statement of Points and Authorities in Support of Yakima Indian Nation's Motion to Dissolve or Modify Restraining Order and in Support of Motion for Preliminary Injunction or Temporary Restraining Order by Confederated Tribes of the Warm Springs Reservation of Oregon | |
| 7 | Filed Memorandum of Pltff United S.A. | |
| 7 | Filed Certificate of Mailing | |
| 7 | Filed Yakima Nations Memorandum Regarding Dissolution of Restraining Order | |
| 7 | Filed Memorandum Regarding Standards for State Agency | |
| 7 | Filed Intervening Columbia River Fishermen's Protective Union, et al's memorandum of Establishment of pr#nciples of Regulation and Restoration of Runs | |
| 7 | Filed Memorandum of the Confederated Tribes of the Umatilla Indian Reservation | |
| 8 | Filed Memorandum on Spring Chinook Salmon Season | |
| 8 | Filed Memorandum of the Confederated Tribes of the Warm Springs Reservation of Oregon inSupport of Motion for Temporary Restraining Order or Preliminay Injunction | |
| 8 | Filed Response of the Confederated Tribes of the Warm Springs Reservation of Oregon to Columbia River Fishermens Protective Union, Ross Lindstrom & Lesley C. Clark Petition to Intervene | |
| 8 | Filed Order Dissolving Temporary Restraining Order m 5/8/74 -ntfd- | RCB 5/8/ |
| 8 | Filed Certificate of Mailing (filed in 68-409)    (filed in68-409) | |
| 10 | Filed Sohappy Plaintiffs' Statement of Points and Authorities in Opposition to Petition to Intervene of Columbia River Fishermens' Protective Union | |

 217

Civil 68-513 MB
Page 5

D. C. 110A Rev. Civil Docket Continuation

| DATE 1974 | PROCEEDINGS | D Juc |
|---|---|---|
| May 10 | Filed Plaintiff's Response to Motion to Intervene by Columbia River Fishermen's Protective Union, Ross Lindstrom and Leslie C. Clark | |
| 10 | Filed Response of the Nez Perce Tribe of Idaho to Columbia River Fishermen's Protective Union, Ross Lindstrom and Lesley C. Clark Petition to Intervene Filed Response of Yakima Nation to Columbia River Fishermen's Protective Union, Ross Lindstrom and Leslie C. Clark Petition to Intervene | |
| 10 | Filed Order Amending Judgment of 10/10/69 to Indian treaty fishermen entitled to opportunity to take up to 50% of harvest of slamon run. Remainder of judgment to remain in full force & effect) m 5/10/74-ntfd-   (filed in 68-409) | RC] |
| 13 | Record of hearing petition of the Columbia River Fishermen's Protective Union (Gillnetters) for leave to intervene. Ordered motion denied. Ordered siad gillnetters may have amicus privileges | RC] |
| 20 | Filed Notice of Withdrawal of Attorney Ralph W. Johnson as atty for pltff in 68-409 | |
| 20 | Filed Motion of the State of Washington to Intervene(filed in 68-409) | |
| 20 | Filed Order granting Leave to Intervene as to State of Washington m 5/22/74-ntfd- (filed in 68-409) | RC] |
| 31 | **Filed Notice of Appeal by deft from Order entered May 10, 1974 (Order amended judgment entered on October 10, 1974) JOINT NOTICE OF APPEAL CARRYING BOTH CIVIL NOS. 68-409 and 68-513)** 1969 | |
| June 3 | **Mailed conformed copy of Notice of Appeal to all attys appearing on certificate of service, which is attached to order entered May 10, 1974** | |
| 5 | **Filed Notice of Appeal by intervenor (See Notice) JOINTN NOTICE OF APPEAL CARRYING BOTH CIVIL NOS. 68-409 and 68-513** | |
| 5 | **Mailed conformea copies of Notice of Appeal to all attys ntfd on 6/3/74** | |
| 5 | **Filed cost bond of intervenor (filed in 68-409)** | |
| 6 | Filed Designation of Record on Appeal (filed in 68-409) | |
| 17 | Filed Order that motion for peeliminary Injunction is denied m 6/17/74-ntfd- (filed in 68-409) | RCI |
| 17 | Filed  Designation of Record on Appeal and Request to Transmit Record on Appeal (filed in 68-409) | |
| 28 | Filed Petition re Commercial Indian Fishing on Columbia River (filed in 68-409) | |
| July 1 | Filed Petition re commercial fishing season (filed in 68-409) ( 2 volumes) | |
| 8 | Mailed original Clerk; s record on appeal/to Court of Appeals. together with exhibits as indicated on the Index. Counsel notified. | |
| 10 | Filed Notice of Appeal by Intervenors Columbia River Fishermen's Protective Union, Ross Lindstrom, and Leslie Clark | |
| 10 | Filed Bond for Costs on Appeal | |
| 9 | Filed petition re 1974 summer shad and steelhead commercial fishing season (treaty Indian) signed by  29persons (2 pages) filed in 68-409 | |
| 11 | Filed Designation of Record on Appeal (intervenors Columbia River & Fishermen's Protective Union, Ross Lindstrom and Leslie Clark) | |
| Aug 16 | Mailed cert copies of Notice of Appeal filed July 10, 1974 and cert copies of docket entries to Court of Appeals (cover letter filed in 68-409) | |
| 19 | Filed Order extending time for transmission of the record for an addt'l thirty days (record due in Court of Appeals 9/18/74) M8/19/74   8/19/XX (filed in 68-409) | RC RC XX |

| DATE<br>1974 | | PROCEEDINGS | Date Ord<br>Judgment |
|---|---|---|---|
| Sept. | 6 | Filed Motion to Supplement Record on Appeal (filed in 68-409) | |
| | 9 | Filed Order allowing Motion to Supplement Record m 9/10/74-ntfd0(filed in 68-409) | RCI |
| | 10 | Filed Orig and one Reporter's Trans of Proc had April 30, 1974 (filed in 68-409) | |
| | 10 | Filed Orig and one Reporter's Trans of Proc had May 3, 1974 (Vol. I) (filed in 68-409) | |
| | 10 | Filed Orig and one Reporter's Trans of Proc had May 3, 1974 (Vol. II) (filed in 68-409) | |
| | 11 | Filed Orig and one Reporter's Trans of Proc had April 29, 1974 (filed in 68-409) | |
| | 12 | Mailed Supplemental Record to Court of Appeals (Order to supplement record entered 9/10/74) | |
| | 12 | Filed Original and one Reporter's Transcript of XXXXXXXXX Proceedings had May 13, 1974 (filed in 68-409) | |
| | 12 | Mailed Supplemental Record to Court of Appeals (Notice of Appeal by applicants for intervention filed July 10, 1974 | |
| Dec. | 13 | Filed Motion for Protective Order | |
| | 13 | Filed Memorandum in Support og Motion for Protective Order | |
| | 13 | Filed Affidavit of Douglas R. Nash | |
| | 13 | Filed Certificate of Mailing | |
| | 16 | Filed Certificate of Service | |
| | 16 | Filed United States Objections to Interrog | |
| | 23 | Filed Intervenor State of Washington's Response to Motion for Protective Order and to United States' Objection to Interrogatories | |
| | 30 | Record of hearing Tribes motion for protective order.  Ordered motion granted. | RCB |
| 1975<br>Aug. | 7 | Filed Motion for Preliminary Injunction or Temporary Restraining Order and Request for Early Hearing (filed in 68409) | |
| | 11 | Filed Certificate of Service (filed 68-409) | |
| | 13 | Filed Yakima Nation's Memorandum of Points and Authorities (filed 68-409) | |
| | 13 | Filed Affidavit of Louis Cloud (68-409) | |
| | 13 | Filed Certificate of Mailing | |
| | 13 | Filed Affidavit of Levi George | |
| | 14 | Filed Motion for Injunction | |
| | 14 | Filed Affidavit of Dennis C. Karnopp | |
| | 14 | Filed Certificate of Service | |
| | 14 | Filed Memorandum of Pltff U.S.A. on Yakima Tribe Motion for  Further Relief | |
| | 14 | Filed Memorandum of Amici Curiae in Opposition to Motion for Injunction (68-409) | |
| | 15 | Record of hearing motions of Yakima, Warm Springs, Umatilla and Nez Perce Indians for injunction. Evidence adduced, under advisement (68-409) | |
| | 18 | Filed Affidavit of Service by Mail (68-409) | |
| | [15] | Filed Affidavit in Support of Motion for Prelim. Inj and TRO (68-409) | |
| | [15] | Filed Affidavit of Larry G. Brown (68-409) | |
| | [15] | Filed Memorandum in Opposition to Motion for Prelim. Inj. (68-409) | |
| | [15] | Filed Affidavit of Beverly B. Hall (68-409) | |
| | [15] | Filed CRFPU et al Response to Memorandum of Yakima Nation (68-409) | |
| | 20 | Filed Order allowing preliminary injunction (see order) m 8/21/75-ntfd-<br>(68-409) | RC |

SEE PAGE SIX

Civ. 68-5
P.Six

D. C. 110A Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date of Judgment |
|---|---|---|
| 1975 | U.S.A., et al vs State of Oregon, et al | |
| Aug. 26 | Filed Order Amending Injunction m 8/26/75-ntfd- (filed 68=409)    RCB 8/26/ | |
| 29 | Filed Motion of Northwest Steelheaders for leave to appear Amicus Curiae (68-409) | |
| 12 | Filed Order granting motin of NW Steelheaders for leave to appear Amicus Curiea (RCB 9/12/75) ntfd m 9/12/75 (68-409) | |
| 1976 March 5 | Received and filed MANDATE from Court of Appeals AFFIRMING in three cases (CA74-2376; CA74-2409; CA74-2617) original filed in Civil 68-409) | |
| 29 | Filed Notice of Withdrawal of Attorney - Sylvia Drew Ivie(68-409) | |
| May 19 | Filed ORDER releasing certain documents for the purpose of photocopying(by Beverly B. Hall) m5/21/76 s5/19/76J (68-409) | |
| June 10 | Filed Pltfs Motion For Temporary Restraining Order and Preliminary Injunction | |
| 10 | Filed Affidavit in Support of Motionfor Preliminary Injunction or Temporary Restraining Order | |
| 10 | Filed Certificate of Service (on motion) | |
| 10 | Filed Affidavit of Dennis C. Karnopp | |
| 11 | Filed Certificate of Service (on memorandum) | |
| 11 | Filed Washington's Memorandum in Opposition to Motion for Preliminary Injunction | |
| 14 | Filed Petition For Additional Declaratory Relief and Preliminary Injunction | |
| 14 | Filed Certificate of Service | |
| 15 | Filed and Entered ORDER enjoining the State of Washington from permitting any further ocean commercial troll fishery harvest until such time as Wash shows that the closure is no longer necessary to insure sufficient escapement to conserve the resources or until July 1, 1976, whichever date occurs first. Also, denying motion to enjoin the State of Oregon. m6/15/76 s6/15/76 BE copies mailed to all Counsel etc | |
| [11 | Record of hearing govts motion for preliminary injunction or temporary restraining order. Further briefs may be submitted. Under advisement. Ordered Oregon's motion to sever these cases under advisement. Further briefs may be submitted. Ordered Sohappy pltffs motion for injunctive relief under advisement. Further Briefs may be submitted    BE | |
| 16 | Filed Certificate of Service - that copy of Affidavit of Dennis C. Karnopp was served on attys of record of each of the Pltfs, defts and Intervenors | |
| 18 | Filed Memorandumin Opposition to the United States Motion For Preliminary Injunction, and in Support of the State of Washington's Motion to Dissolve Preliminary Injunction with Affidavit of Robert T. Gunsolus and Certificate of SErvice | |
| 18 | Filed pltffs Memorandum In oppoàition to Motion For severance (68-409) | |
| 18 | Filed Excerpts of Proceedings had June 11, 1976 | |
| 18 | Filed Excerpts of Proceedings (Volume II) had June 11, 1976 | |
| 18 | Record of order allowing Myles E. Flint before the Bar for this case for the govt. of hearing deft Washington's motion to dissolve injunction entered June 15, 1976. Ordered motion granted and said injunction dissolved. Record of hearing govts motion for temporary restraining order/preliminary injunction. Evidence adduced Ordered motion granted and new injunction issue. Govt to submit formal order. Injunction stayed until June 21, 1976, at 5 p.m.    BE | Rec |
| 18 | Filed List of Exhibits and Witnesses | |
| 21 | Filed Motion to Dissolve Temporary Restraining Order/Preliminary Injunction | |
| 21 | Filed Affidavit of Samuel G. Wright in Support of Motion to Dissolve TEmporary Restraining Order and Preliminary Injunction | |
| 21 | Filed State of Washington's Motion for Orders Implementing Injunction | |
| 18 | Filed Notice of Appeal (by deft intervenor State of Washington) | |
| 22 | Mailed copy of Notice to counsel & court reporter | |
| 22 | Mailed a certified copy of the Notice & docket entries to Court of Appeals | |

| DATE 1976 | PROCEEDINGS | Date Ord Judgment |
|---|---|---|
| June 25 | Filed ORDER releasing documents (see ORDER) to Beverly B. Hall for the purpose of photocopying. m6/25/76 s6/25/76BE | |
| [21 | Record of hearing deft Washington's motion for order implementing injunction. Under advisement        ,          BE | |
| 22 | Filed ORDER Implementing Injunction  m6/25/76 s6/24/76BE | |
| 22 | Filed ORDER denying Motion of State of Oregon to enjoin.  m6/25/76 s6/22/76BE | |
| 25 | Filed Certificate of Service | |
| Aug  6 | Transc of Mots had June 18, 1976 - orig and 2 copies | |
| 6 | Mot for TRO and Prelim Inj | |
| 6 | Memo in Suppt of Mot For TRO and Prelim Inj | |
| 6 | Affid of George D. Dysart | |
| 6 | Affid of Dennis C. Karnopp | |
| 6 | Affid of Steven K. Olhausen | |
| 6 | Cert of SErv of Above | |
| 10 | TRO - States of Oreg and Wash are enj from permitting harvest of upriver bound fall chinook by nontreaty gillnet fishermen in the Columbia below Bonneville Dam. Takes effect 6 p.m. Aug. 13, 1976    m8/10/76   s8/10/76  BE | |
| [9 | Rec of hearing for TRO and Prelim Inj-granted.  St of Ore to serve PTO Aug. 16, 1976 Govt to resp by Aug 23, 1976 at which time parties to meet. | |
| 9 | A/Pet for Dec Relief Cert of SErv - of Amend Pet for Dec Relief | |
| [6 | Transc of Mots had June 18, 1976 with 2 copies | |
| 13 | Rec of furth hrng on ord regard salmon fishing                         BE | |
| 15 | Rec of furth hrng on ord regard salmon fishing.  Ct ord mot for TRO and Prelim Inj taken u/a.  Req by govt for furth hrng Mon., Aug 16, 1976 at 3 p.m. grntd.  Ct will consid mots for interv by non-treaty users upon their submission              BE | |
| 15 | Mot for TRO and Prelim Inj Staying State Ct. Prcdgs | |
| 15 | Pltfs Memo in Suppt of Mot for TRO and Prelim Inj | |
| 15 | Affid of Sidney I. Lezak | |
| 16 | Mod and Ext of TRO  m8/16/76  s8/16/76BE | |
| 16 | Rec of hrng joint mot for mod of TRO.  Ord mot grntd              BE | |
| 17 | Not of w/d of Mot to Stay State Ct Prcdgs | |
| [16] | Trans of mot for temp Rest. Ord and Prelim Inj dated 6/11/76 and 2 copies | |
| √27 | Mot of West Coast Trollers Assoc To Intervene | |
| √27 | MOT of Ilwaco Fish Co To Intervene As Party | |
| Sept  3 | Resp of the Conf. Tribes of Warm Springs Reserv. of Oreg. Against the Mot to Intervene of Ilwaco Fish Co., West Coast Trollers Assoc, Richard G. Calhoun, NW Trollers Assoc and Robert Nevaril. | |
| √10 | Resp of the Conf Tribes of the Umatilla Ind Reserv Against The Mot to Intervene of Ilwaco Fish Co., West Coast Trollers Assoc, Richard G. Calhoun, Northwest Trollers Assoc and Robt Nevaril | |
| 24 | Respns of the Nez Perce Tribe of Idaho to the Ilwaco Fish Co., West Coast Trollers Assoc, Richad G. Calhoun, NW Trollers ASsn and Robert Nevaril Petition to Intervene | |
| [23 | Respns of US to Mots to Intervene by Ilwaco Fish Co., West Coast Trollers Assn, Richard G Calhoun, NW Trollers Assoc and Robt Nevaril | |
| 29 | Resp of St of Wash to Mot to Intervene of Ilwaco Fish Co, West Coast Trollers Assoc, Richard G. Calhoun, NW Trollers Assoc and Robt Nevaril | |
| √30 | Rep Memo of NW Trollers Assoc, et al in Suppt of Mot to Intervene | |
| Oct 4 | Resp of the Yak Ind Nation Against the Mot to Intervene of Ilwaco  Fish Co., West Coast Trollers Assoc, Richard G. Calhoun, NW Trollers Assoc and Robt Nevaril | |
| 12 | Resp of St of Ore To Mot to Intervene of Ilwaco Fish Co., West Coast Trollers Assoc. Richard G. Calhoun, NW Trollers Assoc and Robt Nevaril | |
| 12 | Cert of SErv | |
| 12 | Rec that Judge BE will hear mots of NW Trollers Assoc and West Coast Trollers Assoc for leave to intervene on Nov 8, 1976 at 9:15 am. | |

221

CIV 68-513 *MA*
P. 7

D. C. 110A Rev. Civil Docket Continuation

| DATE 1976 | PROCEEDINGS<br>USA et al    v Conf. Tribes et al | Date Orde<br>Judgment |
|---|---|---|
| Nov    3 | Mot for Disml of Appeal | |
| 3 | Not of Mot | |
| 3 | Affid of ServBy Mailing | |
| 8 | Rec of hrng mot of NW Trollers Assn and West Coast Trollers Assn for Leave to<br>Intervene.  U/A.  Ord State of Wash's mot to dism appeal grntd.            BE | |
| Dec  28 | Fldg Order Dismissing Appeal s BE | |
| 28 | Mailed post card (notifications) to all counsel | |
| 28 | Mailed a cert. copy of the Order Dismissing Appeal to C/A | |
| 1977<br>Jan  √10 | Opinion and ORD that mots to intervene of Ilwaco Fish Co, West Coast Trollers Assn<br>and Northwest Trollers Assoc are denied(see doc)  m1/10/77 s1/10/77BE | |
| Feb  —23 | Mot for ORD approving the plan for managing fisheries on stocks originating from<br>the Columbia River and its tributaries above Bonneville Dam(see doc) | |
| 23 | Cert of Mailing | |
| 28 | Rec of hearing all parties' mot to approve a plan for managing fisheries on stocks<br>originating from the Columbia River and tis tribs above Bonneville Dam.  ORD<br>plan approved                                                    BE | |
| 28 | MOT for ORD approving plan for managing fisheries on stocks originating from the<br>Columbia River  etc    so ORD m3/1/77  s2/28/77BE | |
| Mar    7 | ORD severing 68-409 and 68-513 m3/8/77    s3/7/77BE(68-409) | |
| Apr    6 | Retd Exbts (see doc)- | |
| Jun 15 | Received the following from USCourt of Appeals, 9th Cir.: | |
| | 1. Orig Clerk's Record in three volumes | |
| | 2. Orig Transcripts of Proceedings in five volumes | |
| | 3. US Exhibit #10, Yakima Exhibits 1, 2, 3, 4, 5, 6, and 8, and Washington Ex #20 | |
| | 4. Annual Fish Passage Report by Corps of Engineers | |
| August 23 | Filed motion of the U.S.A. for a temp. restraining ord. | |
| 23 | Filed affid. of Helen F. Althaus. | |
| 23 | Filed affid. of John R. Donaldson. | |
| 23 | Rec of hearing govt's motion for a TRO:  Ordered motion granted.  Ordered<br>hearing on preliminary (or premanent) injunction set Sept. 2, 1977, 9:30 A.M..  BE | |
| 23 | Filed and entered Temp. Restg. Ord. that Columbia River Fishermen's Protective<br>Union, Leslie Clark and all persons in active concert or participation with them<br>are restrained from engaging in a chinook salmon fishery with gillnets for<br>commercial purposes in Columbia River below the Bonneville Dam after 6 p.m. on<br>Aug. 23, 1977.    s/7/23/77    Entered on docket at 6:50 P.M. 8/23/77        BE | |
| 24 | Rec of conf w/Ct at counsel's req.                              BE | |
| 24 | Not of Hearing and Mot- 9:30 am Friday, September 2, 1977 before Judge BE | |
| √24 | Pltfs Mot for Perm Inj | |
| 24 | Exbts subm at the Hearing on the Govts Mot for a TRO had Aug. 23, 1977 | |
| 25 | State of Oreg's Mot for Perm Inj | |
| 25 | Memo In Suppt of Oreg's Mot for Perm Inj | |
| 25 | ORD -OSC Friday, September 2, 1977 at 9:30 am before Judge BE        s8/25/77SK | |
| 26 | Memo of US and Intervenor Tribes in Suppt of Perm Inj | |
| 30 | Ret of serv ORD on Jack Marincovich, RA, Columbia River Fishermen"s Prot U. exec8/26/77 | |
| 30 | Ret of serv ORD on Mr. Leslie Clark, Ch, Bd of Dir.,    "  .            exec 8/26/77 | |
| 30 | "        TRO, Mot in Suppt & attchd affids, Not of Hearing & Mot for PI exec 8/26/77(C | |
| 30 | "            "              "          Not of Hearing & Mot for PI exec 8/26/77(Marincovi | |

| DATE 1977 | PROCEEDINGS | Date Ord Judgment |
|---|---|---|
| Sept 1 | Pet for Intervention (Lawrence E. Goodell, Ch. of Wauhkiakum Chinook Tribe) | |
| 1 | Affid of Lawrence Goodell | |
| 1 | Memo of Yakima Nation in Suppt of Perm Inj | |
| 2 | Not of Mot to Quash ORD (hearing 9:30 9/2/77 before Judge BE) | |
| 2 | Mot to Quash ORD (Leslie Clark) | |
| 2 | Memo In Suppt of Mot to Quash ORD | |
| 2 | Rec of hearing mot of Columbia River Fishermen''s Prot Union and Leslie Clark to quash injunctive ords and US and State of Oreg's mots for inj.  ORD Mots of Us and State of Oreg for permanent inj granted.  Mr. Collins directed to prep formal ord.  ORD the pet of the Wauhkiakum Tribe of Chinook Quinault Indians and Lawrence E. Goodell for intervention will be heard at 9:15 am. Oct 3, 1977. | |
| 2 | ORD of Perm Inj                                      s/E9/2/77BE | |
| 7 | Affid of Serv of ORD of Perm Inj | |
| 9 | NOT OF APPEAL by Columbia River Risherman's Protective Union, and Leslie Clark from the Ord of Permanent Inj entered 9/2/77 | |
| 9 | COST BOND ON APPEAL | |
| 9 | DESIGNATION OF RECORD | |
| 9 | Served copy of Not of Appeal on counsel & court reporter | |
| 9 | Mailed cert copy of the Not of App & docket entries to C/A | |
| 14 | F iled service copy of Order of Perm. Inj. dtd 9/8/77 | |
| 9 | Filed service copy of TRO, Motion in Support, & attached affidavits. | |
| 14 | Designation of Record (Deft. - State of Oregon) | |
| 16 | Ret of serv ORD of Perm Inj  exec 9/11/77 | |
| 16 | Desig of Recd By the Conf Tribes and Bands of The Yakima Indian Nation | |
| 16 | Pltfs Desig of Recd on Appeal (') | |
| 21 | Rec of ord cont the hearing on the pet of Lawrence E. Goodell and the Wauhkiakum Chinook tribe for leave to intervene from Oct. 3, 1977 to Oct 31, 1977 at 9:15 am. | BE |
| 21 | Memo in Oppos to Pet for Intervention(conf tribes) | |
| 23 | Oppos to Pet of Wauhkiakum Tribe, et al for Intervention by Lawrence E. Goodell | |
| 26 | Ret of Serv Ord of Perm Inj on Leslie Clark exec 9/20/77 | |
| 27 | Desig of Recd | |
| Oct 4 | Memo in Oppos to Pet for Intervention of Lawrence E. Goodell & Wauhkiakum Chinook Quinault Tribe | |
| 5 | Affid of Mailing | |
| 12 | Resp of US to Wash's Memo in Oppos to Pet of Lawrence E. Goodell and Wauhkiakum Ind's to intervene | |
| 31 | Rec of hrg:  petition of Waukiakum Tribe for leave to intervene. Taken UA      BE | |
| Nov. 10 | Filed C/A ORDER that:  a. the motion for an expedited appeal is granted, argument will be heard during the week of Jan 9, 1978 in S.F.; b. Puget Sound case is ordered expedited & argument shall be heard on the same date at the Columbia River cases, etc. | |
| 23 | Opinion & ord that mot to intervene by Pet Lawrence E. Goodell is denied. Opinion shall servier as fndngs of tact & conclusions of law m/12/13/77-ntfd-                                          s BE 11/23/77 | |
| 1978 Jan 11 | Filed Reporter's Trans proceedings had September 2, 1977 with one copy | |
| 12 | Transmitted Record to the Court of Appeals | |
| 16 | Filed reporter's trans procdgs of Nov. 8, 1976 w/copy. | |
| 16 | Filed reporters trans prcdgs of Feb. 28, 1977  w/copy.         • | |
| Mar 30 | Pltf Mot for expedited hrg, prelim inj, & TRO. (DM to set hrg) | |
| June 19 | MANDATE:(Judgment); Judgmnt of District Court is affirmed. The case is remanded so that the district courts may retain continuing jurisdiction.(& Opinion) | C/A |

CIVIL DOCKET CONTINUATION SHEET                                                    FPI-MAR

| PLAINTIFF | DEFENDANT | DOCKET NO. 68-513 /MA |
|---|---|---|
| U.S.A., et al | CONF. TRIBES, et al | PAGE 8 OF ___ PAGES |

| DATE 1978 | NR. | PROCEEDINGS |
|---|---|---|
| Sept 18 | | Findings of Fact & order that the season set by Oregon-Washington Columbia River Compact Agencies is modified by excluding non-Indian Commercial Fishing from 6pm 9/19/78 at 6pm 9/21/78 in the Columbia River east of the East Bank of the Willamette River at the Kelley Point light to Bonneville Dam.                    ent 9/18/78                    s BE 9/18/78 |
| | 18 | Rec of hrg pltfs' mot for the court to restrict gillnetters from catching fish on certain portions of the Columbia River. Ord mot granted. Cnsl directed to submit form of ord.                                        BE |
| | 21 | Mot for ord dissolving TRO issued by this court on 9/18/78.  MC 10/16/78 no A |
| | 21 | Affid of Richard M.Laramie |
| | 25 | Certificate of service by mailing |
| *1979* May | 1 | Pltf's-intervenors mot for TRO or prel inj.     HRG Thurs.,5/3/79 4:00 BE |
| | 1 | Affid of Jean Edwards |
| | 1 | Affid in supp of mot for TRO for prel inj. |
| | 2 | Mot of NW Indian Fisheries Commission & Lummi, Makah, Tulalip & Quileute Indian Tribes for leave to appear as amici curiae       (will be heard 5/3/79BE) |
| | 2 | Notc of mot |
| | 2 | Motn for ord to shorten time |
| | 2 | Cert of serv by mailing            (given copies BE) |
| | 3 | Affid of Samuel G. Wright    c/BE |
| | 3 | Memo in oppos to mot for TRO or prel inj & supp affids  c/BE |
| | 3 | Rec of hrg mot of intervening pltfs for a TRO or a prel inj. ORD mot to admit atty Mason Morrisset granted and he is admitted for the purposes of this proceeding. ORD mots of NW Indian Fisheries Comm.,et al for leave to file an amicus curiae brief & mot for inj relief cont. to 5/22/79, at 9:30 am. Cnsl will stipulate on briefing schedule.            BE (HRG 5/22/79BE) |
| | 9 | Exhbt to affid of John R. Donaldson |
| | 11 | Rec of ord continuing the hrg on the intervenor pltf's mot for TRO or prel inj from 5/22/79 to 6/14/79 at 9:30 am., 2 days.      BE       (HRG 6/14/79BE) |
| | 14 | Add'l exhbts for attachment to affid of Jean Edwards       to BE |
| | 21 | Wash.Dept (State) of Fisheries mot for TRO/prel inj       c/BE |
| | 21 | Notc of hrg re Wash. Dept mot     c/BE |
| | 21 | Affid of Richard M. Laramie       c/BE |
| | 21 | Affid of serv by mailing    c/BE |
| | 22 | Affid of Doug Dompier in oppos to mot for TRO on Klickitat & Yakima Rivers |
| | 22 | Affid of Harris Teo in oppos to mot for TRO on Klickitat & Yakima Rivers |
| | 22 | Affid of Robert Tuck in oppos to mot for TRO |
| | 22 | Rec of hrg State of Washington's mot for TRO or prel inj. Ord prel inj allowed effective noon, 5/28/79.  Bond of $250.00 allowed to be posted.      BE |
| | 22 | Bond for TRO/prel inj($250.00) |
| | 22 | Prel Inj --ORD:Yakima Tribe & its members,etc., are enjoined from fishing in the Yakima & Klickitat Rivers, & further enjoined from encouraging & purporting to authorized such a fishery through the promulgation or retaining in effect regulations providing for such a fishery. This includes on & off reservation fisheries. This inj shall be effective 12:00 noon, 5/28/79 conditioned the posting  of bond of $250.00 & shall continue in effect until further ord of the Court or agreement of the parties that fishing shall be allowed.        s/e/m 5/22/79 BE |

( Cont.)

CIVIL DOCKET CONTINUATION SHEET                                                          FPI-MAR

| PLAINTIFF | | DEFENDANT | | DOCKET NO. _____ |
| | | | | PAGE ____ OF ____ PAGES |

| DATE 1979 | NR. | PROCEEDINGS |
|---|---|---|
| June 4 | | Rec of ord continuing the intervenor pltf Yakima Tribes' mot for TRO of prel inj from 6/14/79 to 6/28/79 at 9:30 AM          BE          (wk 6/25/) |
| 5 | | Transcript of mot for prel inj., 5/22/79. |
| Aug. 10 | | Mot for TRO & Prel inj |
| 10 | | Affid of Harris Teo in supp of mot for TRO & prel inj |
| 10 | | Affid of Douglas Dompier |
| 13 | | A/Motn for TRO & prel inj |
| 13 | | Yakima Nation's memo in supp of pltf intervenors mot for TRO & prel inj |
| 13 | | Cert of personal serv |
| 13 | | Memo in Oppos to Mot for TRO and prelim. Inj. |
| 13 | | MOT to Intervene as Deft or in the Alternative Amicus of Columbia River Fishermen': Protective Union, Hank Niemi and Jack Marinkovich |
| 13 | | Affid of Samuel G. Wright |
| 14 | | Rec of hrg: ORD continuing to Thurs, 8/23/79 at 11:00 am before Judge Schwarzer. ORD continuing pending mots(mot for TRO & prel inj; mot to intervene Col.Riv. Fishermen, Hank Niemi & Jack Marinkovich) to 8/23/79--pending further conf. re alternative recommendations. Cnsl to notfy court of results of conf. SCHWARZER |
| 15 | | Transcript of proceedings, 8/13/79 |
| 21 | | Ltr re cancelation of hrg on 8/23/79 as parties reached agreement on proposed modification to the fishing seasons for zone 6(treaty Indian) commercial fishery above Bonneville Dam. |
| Sept 14 | | State of Idaho(applicant for intervention) mot for TRO (Judge Craig will be here on 9/24/79)   c/Craig |
| 14 | | State of Idaho mot for a prel inj (c/Craig) |
| 14 | | Affid of Stacy Gebhards c/Craig |
| 14 | | Cert of serv      c/Craig |
| 14 | | State of Idaho  mot to intervene for a limited purpose or to participate as amicus curiae     c/Craig |
| 17 | | Rec of ord - Hrg date Tuesday, 9/25/79 at 9:30 am for mots filed by Idaho dept of Fish & Game. ( Mot to intervene for limited purposes or to participate as Amicus Curiae, Mot for TRO)                    MEH |
| 21 | | Rec of w/drawal of mots to Intervene, Mot for TRO, Mot for prelim inj in intervention. Ord striking hrg Tuesday 92/5/79 before Judge Craig. (per telephone call from John C. Vehlow - formal note of w/drawal to come.). MEH |
| Nov. 7 | | MANDATE:(Judgmnt): ORD that the causes are remanded to US Dist Ct. for the W'ern Dist of Washington & The Dist. of Oreg. for further proceedings in conformity w/ the opinion of the Sup. Ct.          C/A |
| 1980 March 5 | | Deft-Intervernor's mot for TRO or in the alternative prel inj   c/DMC |
| 5 | | Affid of Douglas Dompier in supp of mot for TRO |
| 5 | | Affid of Tim Weaver in supp of mot for TRO |
| 5 | | Cert of serv re documents re TRO filed 3/5/80 |
| 10 | | Cert of serv by mail |
| 10 | | Oreg'resp to mot for TRO     c/DMC |
| 11 | | Affid of Dennis Karnopp in supp of mot for TRO or prel inj |
| 11 | | Affid of serv by mail |
| 17 | | Washington's resp in oppos to Tribes' mot for inj |
| 17 | | Affid of Richard M. Laramie |
| 17 | | Cert of serv |
| 17 | | ORD that the mot for TRO is denies.  s/3/13/80 CRAIG e/3/18/80 |

DC-111A REV. (1/75)

225

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET                 FPI-MAR—2-14-79-50M-1534

| PLAINTIFF | DEFENDANT | DOCKET NO. 68-513 *MA* |
|---|---|---|
| U.S.A., et al | Conf. Tribes, et al | PAGE _9_ OF ____ PAGES |

| DATE 1980 | NR. | PROCEEDINGS |
|---|---|---|
| Apr 30 | | Pltf's mot for TRO/Preliminary Injunc        {MC 5/26/80 noa} |
| 30 | | Affid of Richard M. Laramie |
| 30 | | Certificate of Service |
| 30 | | Certificate of Attorney |
| 30 | | Affid of Service by mailing |
| 30 | | U.S.s' response to mot for TRO re 1980 spring run treaty fishery on Klickitat and Yakima Rivers. |
| May 1 | | Memo of Yakima Nation in oppos to mot for TRO or in the alternative for prelim injunc and in support of mot to dismiss. |
| 1 | | Affid of Bob Tuck in oppos to mot for TRO |
| 1 | | Affid of Bob Tuck regarding Klickitat River |
| 1 | | Certificate of Service |
| 2 | | Rec of hrg on mot for State of Washington Depart of Fisheries for TRO. Evidence adduced. Mot to dismiss on behalf of Yakima Tribe. Ord denying mot. Ord granting prelim. injunc.. Ord setting bond in the amount of $250.00. Ord that injunc. not to be effective until 7 May 80 at 5:00 p.m.                          BU |
| 2 | | Affid of Levi George in oppos to mot for TRO on Klickitat and Yakima Rivers. |
| 2 | | Bond for TRO-Prelim Injunc in the amount of $250.00 |
| 5 | | Memo on security on TRO |
| 5 | | Affid of service by mail |
| 5 | | Rec'd from C/A reporter's transcripts (see ltr in file for description). |
| 5 | | Preliminary Injunction effective Wednesday, 7 May 1980, at 5:00 p.m. e/m  5/6/80                                    s/5/5/80                    BU |
| 15 | | Response to request for increased bond. |
| 15 | | Affid of service by mailing. |
| 15 | | MOT of Yakima Indian Nation for: 1) Reconsideration; 2) Approval of limited fishery plan; 3) Additions to findings and conclusions. {MC 6/9/80 noa} |
| 15 | | Affid of mailing. |
| 15 | | Supplemental affid of Robert Tuck on mot for reconsideration. |
| 16 | | Rec of conf call: Rec of hrg on mots of Yakima Indian Nation for: 1) Reconsideration of Court's injunction order denying; 2) Approval of a limited fishery Plan ord denying; 3) additions to findings and conclusion ord referring to Judge Craig. Rec of hrg on request to increase amount of bond. ord denying mot.          BU |
| 20 | | Telephone Conf  Transcript of proceedings held on 5/5/80 |
| 21 | | ORD: Mot for reconsid of prelim injunc denied; Mot re security bond denied; Mot to approved limited fishery on Yakima River denied; portion of Yakima Nat's mot to make add'l findings of fact and conclusions of law referred to Judge Craig. (See Order).                        e/m 5/23/80              s/5/16/80          BU |
| 23 | | Affid of Edward Buschini |
| 23 | | Affid of Jesse Palacios |
| 23 | | Affid of Jeff Tayer |
| 23 | | Affid of service by mailing |
| 28 | | ORD modifying ord of May 16, 1980: 1) Allowed fishery for male spring chinook salmon only beginning at noon 5/27/80 for 72 hours to noon Friday 5/30/80; 2) Fishery shall operate only in vicinity of Wapato & Sunnyside Dams; 3) Fishery shall be monitored from 4:00 AM to 10:00 PM during all periods; 4) fish shall be inspected by |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET                    FPI—MAR—2-14-79-50M-1534

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. _____ |
| | | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | biologists will evaluate fishery to determine numbers of fish harvested and/or killed; 6) if in judgment of monitoring biologist there should be a a shortening of the harvest, all parties will be notified so approp. action may be taken; 7) monitoring biologists shall prepare a report with all info. to be served to all parties and the court.           e/m 5/30/80   s/5/27/80           BU |
| June 6 | | NOTICE OF APPEAL by pltf from the order granting injunctive relief to Deft-Intervenor entered May 6, 1980 |
| 6 | | no fees pd-just sent cost bond for $300.00-letter sent to Weaver requesting fees |
| 6 | | mailed copy of notice of appeal to Dysart, Karnopp, Weaver, Nash, Strom,B. Hall,James Johnson, Willner, Ady. |
| 6 | | mailed copy of notice of appeal, docket to court of appeals. |
| July 7 | | Designation of reporters transcript received. |
| 7 | | Certificate of record prepared and mailed to court of appeals. |
| Aug 18 | | Designation of the clerk's record |
| 18 | | Affid of service by mail |
| Sep 18 | | Rec of ord setting hrg on mot for prelim injunc on Thursday, 9/25/80 at 9:30 am before Judge Walter E. Craig.                    CRAIG |
| 19 | | Mot for injunction |
| 19 | | Affid of service |
| 19 | | ORD to show cause & setting hrg for 9/25/80 at 9:30 AM . s/9/16/80 CRAIG |
| 22 | | Affid of Jean Edwards in support of mot for injunction |
| 22 | | Affid of Samuel G. Wright in oppos to mot for injunction |
| 22 | | Affid of service by mailing |
| 22 | | Pre-Hearing memo of the U.S. |
| 22 | | Certificate of service |
| 24 | | Oregon's response in oppos to pltf's mot for injunc (C/Craig) |
| 25 | | Affid of Leslie Clark in oppos to mot for injunc. |
| 25 | | Affid of serv |
| 25 | | Affid of Timothy W. Roth |
| 25 | | Rec of hrg re pltfs' mot for prelim injunc. Ord that Richard Slaole be admitted for the purpose of this case only. Ord that Lester Clark & the Northwest Gillnetters Assn be admitted as amicus in this case. Evid adduced. Ord that parties to get together & prepare supplemental ord to comprehensive plan of 1977 to clarify the functions of various agencies operating under that ord. Supplemental ord is to be done by 10/24/80.  Mr. Dysart will act as lead counsel to get everyone together. Ord that pltfs' mot for prelim injunc denied.            FR |
| 26 | | List of exhibits & witnesses |
| 26 | | Transcript of proceedings held on May 2, 1980 before Judge Burns. |
| Oct 7 | 1000) | Transcript of motions held 9/25/80 before Judge Walter Craig |
| 10 | 1001) | Pltf-Intervenor's mot for reconsideration to be heard on affid & w/o oral argument [MC 11/3/80 noa] |
| 10 | 1002) | Affid of Willis "Chip" McConnaha |
| 10 | 1003) | Affid of service by mail |
| 20 | 1004) | ORDER from court of appeals allowing pltf. until 10/31/80 to file its brief. |

227

CIVIL DOCKET CONTINUATION SHEET                                                                    FPI-MAR

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. 68-513 ДЕ |
| USA, et al | Conf. Tribes, et al | PAGE 10 OF____ PAGES |

| DATE 1980 | NR. | PROCEEDINGS |
|---|---|---|
| Oct  24 | 1005) | ORDER pltf-intervenor's mot for reconsideration is denied. |
| | | e/m 10/27/80   s/10/21/80 of   CRAIG |
| 31 | 1006) | ORD that the date on which the proposed suppl ord for implementation of the 5-yr plan is due is ext to 11/25/80.                              CRAIG |
| Nov. 3 | 1007) | State of wa. (appellees ) designation of clerks record. |
| 4 | 1008) | USA designation  of clerks record received. |
| 10 | (( )) | Mailed record on appeal to court of appeals. |
| 1981 | | |
| AUG  20 | 1009) | Pltfs Mot for TRO or Prelim Inj                              [to Judge Craig] |
| 20 | 1010) | Affid re: Notfication of cnsl & certificate of Svce          [c-Craig] |
| 20 | 1011) | Notc of hrg                                                  [c-Craig] |
| 20 | 1012) | Joint Legal Memo in support of Mot for TRO & Prelim Inj      [c-Craig] |
| 20 | 1013) | Affid of Jean Edwards                                        [c-Craig] |
| 20 | 1014) | Affid of Willis E. McConnaha |
| 20 | 1015) | Affid of Phillip B. Roger |
| 21 | 1016) | Memo of the State of Washington Dept of Fisheries in oppos to Tribal Req for Mandatory Inj. & attchd exh A                     [c-Craig] |
| 21 | 1017) | Affid of Michael E. Fraidenburg                              [c-Craig] |
| 21 | 1018) | Affid of Svce by mailing                                     [c-Craig] |
| 21 | 1019) | Affid of A. Dennis Austin w/ attchmnt A                      [c-Craig] |
| 21 | 1020) | Memo of the State of OREG                                    [c-Craig] |
| 24 | 1021) | Prelminary INjunction re: 1981 Treaty Fall Chinook Fishery m/e 8/24/81 |
| | | s Craig 8/24/81 |
| 24 | 1022) | Rec of hearing. Ord granting pltff's mot for prelim inj #1009 (order signed) Ord setting for final hearing Monday, 10/19/81.   CRAIG  (Hrg 10/19/81) |
| 31 | 1023) | LTR: of Regulations adopted by Fish & Wildlife Comm of The Confederated Tribes of the Umatilla Indian Reservations pursuant to Prelim inj issd by Judge Craig on 8/24/81. |
| SEPT 2 | 1024) | LRTR: Re Resolution of the NEZ PERCE TRIBAL EXECUTIVE COMMITTEE OF IDAHO ADOPTING THE 1981 FALL CHINOOK SALMON GILLNET SEASON |
| 3 | 1025) | Resolution of Warm Springs Tribe adopting the 1981 Fall Chinook Salmon Gillnet Season  • |
| 14 | 1026) | State of WA mot to dissolve prelim inj or alt for stay (c-Craig) |
| 14 | 1027) | Affid of A. Dennis Austin |
| 14 | 1028) | Mot to shorten time of serv & Affid of Dennis D. Reynolds (c-CR) |
| 14 | 1029) | Affid of Jack D. Ayerst |
| 14 | 1030) | Affid of serv |
| 14 | 1031) | Notc of hrg. |
| 16 | 1032) | Rec of ORD strik mots & notc of hrg re State of WA's Mot to dissolve prelim inj & mot to shorten time of serv. (Mots are moot per Mr. Reynolds from State of WA. M. DeLap |
| 21 | 1033) | Affid of Tim Weaver in oppos to mot to dissolve Prelim inj |
| 21 | 1034) | Affid of Svce |
| 28 | 1035) | Opinion of the Court taken 8/24/81 before The Honorable Judge Walter E. Craig |
| OCT  13 | 1036) | Rule 37 Mots                                          •          [to M.D.] |
| 13 | 1037) | Affd of Svce of Howard G. Arnett |

(OVER)

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET                                                FPI-MAR

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. _68-513_ |
| | · | PAGE ___ OF ___ PAGES |

| DATE 1981 | NR. | PROCEEDINGS |
|---|---|---|
| OCT 15 | 1038) | Rec of ord striking hrg on 10/19/81. Pltf-Intervenor Conf. Tribes of the Warm Springs Reservation Rule 37 mots will be set by Judge Craig's ofc. CRAIG/v.j. |
| 16 | 1039) | Mot for leave to file Amicus Curiae briefs by professional resource organization Salmon [c-Craig-v.j.] |
| 20 | 1040) | U.S. Memo in oppos to mot for leave to file Amicus Briefs by the Professional Resource Organization-Salmon [c-Craig-v.j.] |
| 21 | 1041) | Suplemntary Cert of Svce by George D. Dysart-Spec Asst US Atty [c-Craig] |
| 22 | 1042) | Affid of Svce by mailing by Mary E. Love [c-Craig] |
| 22 | 1043) | State of Washington's Amended Mot to dissolve Prelim Inj [c-Craig] |
| 22 | 1044) | Notc of Hrg on 11/3/81 or soon thereafter at Seattle, WA presided by Judge Craig re Defts A/Mot to dissolve Inj & Deft State of Wash for Comprehensive Mgt Plan [c-Craig] |
| 22 | 1045) | Suplmntl ORD RE: Comprehensive Mgt Plan [c-Craig] |
| 22 | 1046) | Affid of A. Dennis Austin [c-Craig] |
| 23 | 1047) | State of OREG'S Memo in oppos to mot for leave to file Amicus Briefs by the Professional resource organization-Salmon [c-Craig] |
| 30 | 1048) | Affid of Svce by mailing A/Mot to dissolve Prelim Inj to all cnsl of record [c-Craig] |
| 30 | 1049) | Washington Brief in support of Mot to dissolve Injunction re: 1981 Fall Chinook [c-Craig] |
| NOV 3 from Seattle | 1050) | Rec of HRG re USA vs State of Wa- mot denied on State of Wa. Dept. of Fisheries for preliminary injunction-untimely & lack of serv.; Conf. Tribes of Yakima vs Malcolm Baldridge-pltf's req continuance of due date of workable plan-Tim Weaver appears on behalf of pltfs; USA vs State of Ore-hrg on deft's mot to dissolve portions of the preliminary injunct & deft's mots for supplementary ord re Comprehensive mqnagement plan.ORD cnsl get together & work out the matter of the supplementary ord. State of Wa & Ore req calling technical witness. ORD being immature & directs cnsl 1st before calling witnesses. State of WA req a return date to report-no date set at this time. ORD denying mot to dissolve ord of preliminary injunct.. CRAIG |
| 3 from SE | 1051) | Notc of withdrawal & subsitution of atty for professional resource org. Salmon (pros).(Audrey B. Eide withdrawing-Mark S. Lyon to be substituted) |
| 3 | 1052) | Reply memo in support of mot for leave to file amicus briefs by the professional resource organization (Salmon). |
| DEC 28 | 1053) | ORD dissolving preliminary injunction entered 5-5-80.e/m 12-28 s/12-28-81BU ntfd |
| 1982 | | |
| MAR 8 | 1054) | Notc of w/drawal from 5 yr plan |
| 8 | 1055) | Affid of Svce by mail |
| (3 | 1053a) | Notc of Umatilla Tribe's w/drawal from "A Plan for Mgng Fisheries on Stocks originating from the Columbia River & its Tributaries above Bonneville Dam |
| (3 | 1053b) | Affid of Svce by mail |

(SEE PAGE 11)

DC-111A REV. (1/75)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET                    FPI-WAR—2-14-79-50M-1534

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA, et al | CONF TRIBES, et al | DOCKET NO. 68-513 *HP* <br> PAGE 11 OF ____ PAGES |

| DATE 1982 | NR. | PROCEEDINGS |
|---|---|---|
| APR 26 | 1056) | Intervenor-Pltfs mot & affid for ord releasing cost bond on appeal |
| 26 | 1057) | ORDER Releasing Cost bond on appeal-ORD that the bond on appeal is exonerated. DONE IN OPEN COURT this 19th day of April, 1982      s CRAIG |
| MAY 10 | 1058) | ORDER-In view of the resignation of the Ct's Technical Advisor, effective 5/7/82, the parties ot this litigation may submit the names & qualifications of a successor Technical Advisor to Clk of USDC  on or before 5/21/82 at noon. Thereafter, the CT by appropriate ord, will make its appt of the successor. SO ORD      s CRAIG/v/j 5/5/82      e/m 5/10/82 ntfd |
| 17 | 1059) | MANDATE Judgent C/A affirmed     ntfd |
| 17 | () ) | ORD-retnd as unable to forward to Mr. James B. Hovis |
| 21 | 1060) | Deft's mot for TRO or in the alternative for Preliminary Injunction [c-Craig] |
| 21 | 1061) | Memo of Yakima Indian Nation in support of Mot for TRO or in the alternative for Prelim Inj agnst the State of Wash closure of The Yakima River Subsistence Fishery (Spring 1982)[c-Craig] |
| 21 | 1062) | Affid of Bob Tuck in support of mot for TRO      [c-Craig] |
| 21 | 1063) | Affid of Tim Weaver in Support of Mot for TRO      [c-Craig] |
| 21 | 1064) | Affid of Levi George in support of Mot for TRO or in the alternative for Prelim Inj on Yakima River Subsistence Fishery [c-Craig] |
| 21 | 1065) | Affid of Svce by mail |
| 24 | 1066) | Mot for TRO/Preliminary Inj      [c-Craig] |
| 24 | 1067) | Affid of A. Dennis Austin      [c-Craig] |
| 24 | 1068) | Affid of Svce by mailing |
| 24 | 1069) | Bond for Preliminary Inj in the amt of $250.00 (no signature on bond as matter has been settled per Judge Craig's ofc) |
| [21 | 1065a) | Ltr: re response to Ct ORD in US v. Washington, & US v. Oreg & Wash. |
| JUNE 4 | 1070) | Affid of Bob Tuck in support of Mot for TRO      (c-Craig) |
| 11 | 1071) | ORDER-on 6/22/82 there will be an informal, in-chambers meeting at 9:30 am US Cthse in Ptld. SO ORD    s CRAIG/vj 6/1/82 ntfd |
| 22 | 1072) | ORDER-that Dr. Howard Horton is apptd as the ct's technical advisor w/respect to problems arising in the Columbia River Basin & ocean fisheries & in such further areas as it may be pertinent, subject to further ord of this ct.      ntfd      s CRAIG/vj 6/22/82 e/m 6/22/82 |
| AUG 25 | 1073) | Notc of Hrg on 8/27/82      [c-Craig,vj] |
| 25 | 1074) | Affid of Svce by mailing & Notification of cnsl      [c-Craig] |
| 25 | 1075) | Pltf Intervenors mot for Temp Restraining Ord & Prelim Inj      [c-Craig] |
| 25 | 1076) | Pltf Intervenors Memo in support of mot for TRO & Prelim Inj      [c-Craig] |
| 25 | 1077) | Affid of Jean Edwards      [c-Craig] |

(OVER)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET                    FPI—MAR—2-14-79-50M-1534

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. 68-513 |
| | | PAGE ___ OF ____ PAGES |

| DATE 1982 | NR. | PROCEEDINGS |
|---|---|---|
| AUG 27 | 1078) | Deft State of Oreg Memo in opposn of MOt for TRO & Preliminary Inj    [c-CRaig] |
| 27 | 1079) | U.S. Memo to accompany offer of exh    [c- CRAIG] |
| 27 | 1080) | Rec of hrg pltf's mot for TRO and/or Prelim inj. George Dysart present for USA. Dennis Reynolds for State of Wash. Mary J. Deits for State of Oreg. Howard Arnett, Catherine Wilson, Robert Strom & Tim Weaver for various tribes. State of Wash witness Albert Dennis Austin sworn & examined. Hrg cont'd to Mon 8/30/ at 9 AM    CRAIG/vj ntfd |
| 30 | 1081) | Notc of Hrg on 8/31/82 on deft's mot to shorten time & mot to reconsider mot to dissolve TRO    [c-CRAIG] |
| 30 | 1082) | Deft States Wash & Oreg's mot for reconsideration, mot to dissolve TRO re: 1982 treaty Fall Chinook Fishery    [c-CRAIG] |
| 30 | 1083) | Affid of A. Dennis Austin in support of Mot to reconsider/mot to dissolve TRO    [c-CRAIG] |
| 30 | 1084) | Affid of Mary J. Deits    [c-CRAIG] |
| 30 | 1085) | Deft States Wash & Oreg mot to shorten time to hear mot for reconsideration, mot to dissolve TRO.    [c-CRAIG] |
| 30 | 1086) | Rec on Cont'd hrg on TRO (ex. 82-A & 82-1,2,3,4 & 5 admitted for illustrative purposes only) Cont'd examination of Mr. Austin, Ct calls Dr. Horton, technical adviser, Sworn & examined. The Ct grants TRO w/respect to noon on 9/1/82 thru noon on 9/3/82 for Zone 6 gill net fishing by Indians in Ronneyville Dam to McNary Dam. Further grants fishing by Indians from noon 9/7/82 thru noon 9/11/82 in Bonneyville pool only. No ruling at present time will be made as to 9/14/82 thru 9/16/82. There will be no restraint on the fishing to begin thi date at 5 PM. Ord no fishing on river after 8/30/82 prior to 10/1/82 for non-Indian fisheries.    CRAIG /vj ntfd pr:pr |
| 31 | 1087) | Deft State of Oregon's mot for stay pending appeal    [c-CRAIG] |
| SEPT 1 | 1088) | TRO RE 1982 Treaty Fall Chinook Fishery-ORD-States of Wash & Oreg are enjoined from Interfering w/the taking or disposition of fish taken from the Columbia River above Bonneville Dam by members of the Pltf Tribes in conformity w/regulations of the member's tribe that conform to noon 9/1/ to noon 9/3/82 ZONE 6; Noon 9/7 to noon 9/11/82 Bonneville Pool Only; restrictions: 8" mesh nets;, all existing state sanctuaries remain closed except that the Spring Creek Hatch Sanctuary, the White Salmon River mouth sanct;uary, & the Wind River mouth Sanctuary will be opened during the seasons proposed for Bonneville Pool (SEE ORDER FOR DETAILS) SO ORD    s CRAIG 8/31/82 e/m 9/1/82 ntfd |
| [AUG 31 | 1087A) | Rec of hrg on State of Oreg's mot for stay pending appeal & amending M/E dated 8/30/82 to read Ex. 82-A was admitted in full). (Mot for Stay denied. Mot to shorten time denied. Ct's ord of 8/30 applies to Chinook only.    CRAIG/vj pr:pr ntfd |
| SEPT 7 | 1089) | Pltf, Yakima Nation's mot for reconsideration & Modification of Ct's ord of 8/30/82    [to Craig] |
| 7 | 1090) | Notc of Hrg of Pltf-Intervenor Tibes on 9/8/82 at 9:30 AM Ptld    [to Craig] |
| 7 | 1091) | Affid of Svce by mailing |
| 8 | 1092) | Resolution of Warm Springs Tribe adopting the 1982 Fall Chinook Salmon Gillnet SEason    [to Craig] |

(SEE PAGE TWELVE)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET                    FPI—MAR—7-14-80-70M-4398

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA, et al | CONF. TRIBES, et al | DOCKET NO. 68–513*MA* |
| | | PAGE 12 OF ____ PAGES |

| DATE 1982 | NR. | PROCEEDINGS |
|---|---|---|
| SEPT 8 | 1093) | Affid of Jean Edwards                                              [c-Craig] |
| 8 | 1094) | Rec of Yakima Nation's mot for reconsideration & Modification of Ct's ord of 8/30/82. Mot denied. Subsequently ord that the TRO is converted to Prelim Inj.                          CRAIG/vj pr:pr ntfd |
| 30 | 1095) | Notc of appeal by deft State of OREGON FROM THE FINAL ORD GRANTING AN INJUNCTION ent on 9/8/82. |
| 30 | () ) | Mailed copy of appeal to all cnsl & C/A w/ updated docket sheet |
| 30 | () )` | $70.00 fee pd-$5.00 USDC & $65.00 C/A receipt #18286 |
| OCT 6 | () ) | Copy of notc of appeal retnd -left no forwarding address for Clemens Ady |
| 27 | 1096) | Notc of Appeal by Deft Sate of Washington from the TRO ent on 8/31/82 & as converted to Preliminary Injunction on 9/8/82. |
| 27 | () ) | Mailed copy of appeal & updated docket to C/A |
| 27 | () ) | Mailed copies of appeal to all cnsl |
| 27 | () ) | $70.00 fee pd -$5.00 USDC & $65.00 C/A receipt #18640 |
| 27 | 1097) | Affid of Svce by mailing |
| NOV 5 | 1098) | Resolution of Warm Springs Tribe Adopting the 1982 Late Fall Coho Salmon Gillnet Season                                              [c-Craig] |
| 8 | 1099) | TRO RE: 1982 Treaty FAll Coho Fishery-ORD that the States of Wash & OREG, Their officers, etc in active concert or participation w/them who receive actual notc of this od by personal svce or otherwise are enjoined from: Interfering w/the taking or disposition of fish taken from the Columbia River from Bonneville Dam to the Lyle Boat Landing by members of the Pltf Tribes as follows: Noon 11/1/82 to Noon 11/5/82 from Bonneville Dam to the Lyle Boat landing. Gillnets 7 inches & smaller & 9 inches & larger shall be authorized. This ord shall not affect any traditional subsistence fishery heretofore authorized by appropiate state or tribal law or regulation. FURTHER ORD that all the parties are directed to use good faith effort to monitor the catch during the season ord & report the findings to the CT. ORD this 1st day of 11/82.                          s CRAIG/vj 11/1/82 ntfd e/m 11/8/82 |
| 12 | 1100 | Reporter's T/P of proceedings had 8/27, 30 & 31 before Judge Craig |
| 15 | 1101 | T/P Designation from Deft State of Wash (82-3604 |
| DEC 7 | 1102) | ORDER-These appeals are consolidated for all purposes. Appellants shall ord the addtnl portion of the rptr's t/p previously designated on 12/10/82; Appellants to file a joint brief on 2/28/83 (35 pgs); The Tribes shall file a joint brief or separate briefts on or before 4/1/83 (40 pgs); U.S. shall file a brief on or before 4/15/83 (15 pgs); Appellants may file a joint reply brief w/in 14 days of svce date of the U.S. BRIEF(20 pgs) C/A (82-3604 & 82-3556) |
| 23 | 1103) | Transcript of proceedings had 9-8-82 before Judge Craig |

(OVER)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET                    FPI—MAR—7-14-80-70M-4398

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. 68-513 |
| | | PAGE ____ OF ____ PAGES |

| DATE 1983 | NR. | PROCEEDINGS |
|---|---|---|
| JAN 26 | ( )) | Certificate of Record mailed to C/A & all cnsl |
| MAR 1 | 1104) | Appellants designation of record on appeal |
| APR 4 | 1105) | ORDER-Mot of Conf Tibes for ext of time to 4/15/83 to file ans is DENIED. Their answering brief shall be filed no later than 4/11/83. The mot of US for ext of time to 4/29/83 to file its answering brief is denied. The U.S shall file its ans brief no later than 4/25/83.  C/A ntfd |
| 12 | 1106) | Designation of record on appeal. (Warm Springs) |
| 25 | 1107) | Appellee USA designation of Clerk's record |
| MAY 16 | 1108) | Conf Tribes of Warms Springs, Yakima Indian Nation, Umatilla Indian Reservation & Nez Perce Tribe of Idaho's mot for TRO or in the alternative for Prelim Inj                                                     [to Craig] |
| 16 | 1109) | Affid of Tim Weaver in support of Mot for TRO or in the Alternative for Prelim Inj                                                            [c-Craig] |
| 16 | 1110) | Affid of Wm Yallup in support of Mot for TRO or in the alternative for Prelim Inj                                                            [c-Craig] |
| 16 | 1111) | Pltf-Intervenors Memo in support of Mot for TRO & Prelim Inj RE: 1983 Ceremonial & Subsistence Fishery                                               [c-Craig] |
| 16 | 1112) | Memo of Yakima Indian Nation in support of Mot for TRO or in the alternative for Prelim Inj agnst the State of Wash Closure of the Yakima River Subsistence Fishery (Spring 1983)                                         [c-Craig] |
| 16 | 1113) | The Conf Tribes & Bands of the Yakima Indian Nation's mot for TRO or in the alternative for Prelim Inj (Yakima River, Spring 1983)           [to Craig] |
| 16 | 1114) | Affid of Tim Weaver in support of Mot for TRO or in the alternative for Prelim Inj (Yakima River, Spring 1983)                              [c-Craig] |
| 16 | 1115) | Affid of Levi George in support of mot for TRO or in the alternative for Prelim Inj  on Yakima River Subsistence Fishery (1983)             [c-Craig] |
| 16 | 1116) | Affid of John Hollowed in support of Mot for TRO or in the Alternative for Prelim Inj (Yakima River, Spring 1983)                              [c-Craig] |
| 16 | 1117) | Affid of Svce by mail                                               [c-Craig] |
| 16 | 1118) | Affid of Svce by mail                                               [c-Craig] |
| 16 | 1119) | Affid of N. Kathryn Brigham                                         [c-Craig] |
| 16 | 1120) | Affid of Jean Edwards                                               [c-Craig] |
| 17 | ( )) | Mailed Record on appeal to C/A & copies to cnsl |
| 23 | 1121) | Affid of A. Dennis Austin                                           [c-Craig] |
| 23 | 1122) | Affid of Svce by Mailing                                            [c-Craig] |
| 27 | 1123) | Defts State of Oreg & State of Wash's mot to dissolve TRO |
| 31 | 1124) | Affid of Svce by Mail of Prelim Inj Ord                             [c-Craig] |
| JUNE 3 | 1125) | Preliminary Injunction-Ord the States of Oreg & Washington, etc & all other persons acting in this concert w/them are enjoined form interfering w/the exercise of Pltf's treaty-secured ceremonial & subsistence dipnet fisheries at their usual & accustomed fishing sites on the Columbia River in the States of Oreg & Washington, until they have harvested an addtnl 150 spring chinook or 6/1/83 whichever occurs first.  s CRAIG/v.j. 5/31/83 e/m 6/6/83 ntf |
| 3 | 1126) | ORDER-ORD that the mot of the States of Washington & Oregon to dissolve the TRO granted by this Court on 5/18/83 is hereby denied as moot.                                     s CRAIG/v.j. 5/31/83 e/m 6/6/83 ntf |

(SEE PAGE THIRTEEN)

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

FPI-MAR—7-14-80-70M-4398

| PLAINTIFF | DEFENDANT | DOCKET NO. _68-513A_ |
|---|---|---|
| USA, et al | CONF. TRIBES, et al | PAGE 13_ OF____ PAGES |

| DATE 1983 | NR. | PROCEEDINGS |
|---|---|---|
| JUNE 6 | 1127) | Affid of Tim WEaver in opposn to State of Oreg's mot to dissolve Prelim inj [c-CR] |
| 6 | 1128) | Affid of Svce by Mail |
| 20 | 1129) | Telephone Conf on mot for TRO & Prelim Inj had 5/18/83 before Judge Craig (T/P) |
| 20 | 1130) | Affid of A. Dennis Austin                                                [c-Craig] |
| AUG 19 | 1131) | Pltf Intervenors Mot for TRO & Prelin Inj                          [c-Craig] |
| 19 | 1132) | Notc of hrg Pltf-Intervenor Tibes have hrg on 8/24/83 at Pioneer Cthse 8/24/83 9:30 am by W. Craig        [c-Craig] |
| 19 | 1133) | Affid re notification of cnsl & cert of svce                       [c-Craig] |
| 19 | 1134) | Pltf-Intervenors Yakima Indian Nation's memo of pts & authorities in support of Pltf-Intervenors' mot for TRO & Prelim Inj [c-Criag] |
| 23 | 1135) | Pltf's memo of U.S. RE 1983 Indian Fall Fishing                   (c-Craig) |
| 23 | 1136) | Deft State of OREGON"S RESPONSE TO Pltf- Intervenor's mot for TRO & Prelimn Inj       [c-Craig] |
| 23 | 1137) | Affid of Burnell R. Bohn                                           [c-Craig] |
| 23 | 1138) | Cert of Svce & affid of svce                                       [c-Craig] |
| 24 | 1139) | State of Idaho's mot to intervene & Memo in support               [c-Craig] |
| 24 | 1140) | State of Idaho's pleading in Intervention                          [c-Craig] |
| 24 | 1141) | Affid of John Coon                                                 [c-Craig] |
| 24 | 1142) | Cert of Svce                                                       [c-Craig] |
| 24 | 1143) | Suplmntl Affid of Jean Edwards RE 1983 Indian Fall Fishery        [c-Craig] |
| 24 | 1144) | Rec of hrg on pltf-Intervenor's mot for TRO & PRELIM INJ #1131. Ord deft's o/mots for special admission of Stephen Goddard & participation of State of Idaho granted for the purposes of this proceeding only. No ruling made at present time on State of Idaho's mot for intervention. Deft's (State of Wash) witness Donald McIsaac sworn. Ord pltf's mot for prelim inj is granted. Ord parties to negotiate & have their experts come up with a solution. Parties to follow former plan & make adjustments as appropriate. A plan should be submitted to the ct by 11/1/83. If at an impasse, each party should submit own plan by 11/10/83. Pltf to prepare form of ord. The following were present: H. Arnett (Warm Springs Tribe); Tim Weaver (Yakima Indian Nation); Catherine Wilson (Umatilla Tribe); Robert Strom (Nez Perce Tribe); James M. Johnson (Washington Fisheries & Game); Mary J. Deits (Oreg Fish & Wildlife) Stephen Goddard (Idaho Dept of Fish & Game)              CRAIG/vj pr:pr ntfd |
| 29 | 1145) | Affid of James J. DeShazo                                          [c-Craig] |
| 29 | 1146) | Affid of James B. Martin                                           [c-Craig] |
| 31 | ()) | Rec'd transcriptd dated 5/2/80 & Govt exhs from C/A. |
| SEPT 6 | 1147) | Petitioner for intervention's supplement to State of Idaho's mot to Intervene [c-Craig] |
| 6 | 1148) | Preliminary Injunction RE: 1983 Treaty Fall Fishery-ORD that the States of Wash & Oreg & those persons in active concert or participation w/them who receive actual notc of this ord by personal svce or otherwise are hereby enjoined from (a) interfering w/the taking or disposition of fish taken from the Columbia River above Bonneville Dam by members of the pltf Tribes in conformity w/the following regulations: noon 8/31 to noon 9/3/83- zone 6 gillnet fishing area (Bonneville DAm to McNary Dam); noon 9/7 to noon 9/10, 1983-Bonneville pool only; noon 9/14/ to noon 9/16/83-Bonneville pool only:         CONT'D OTHER SIDE) |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET                    FPI—MAR—7-14-80-70M-4398

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| . | , | DOCKET NO. 68-513 |
| | | PAGE ___ OF ____ PAGES |

| DATE 1983 | NR. | PROCEEDINGS |
|---|---|---|
| SEPT 6 | 1148(CONT'D) | Restrictions: All existing state sanctuaries remain closed except that the Spring Creek Natl Fish Hatchery sanctuary & the Little White Salmon River mouth sanctuary, will be open during the seasons proposed for Bonneville pool. No mesh size restriction. FURTHER ORD THAT: (b) Changed circumstances of law & fact since its entry have rendered this Ct's ord of 2/28/77, subject to revision or modification. The parties are ord to meet & attempt to agree upon a revised or modiried ord for allocation & mgt of Columbia River anadromous fish. (c) That if agreement is reached, said ord shall be submitted by 11/1/83. If no agreeemnt is reached, the parties shall independently submit proposed ords no later than 11/10/83. s 9/1/83 e/m 9/6/83 CRAIG/vj                [c-Craig] |
| 13 | 1149) | Mot for amendment of prelim inj, Affid,                [c-Craig] |
| 19 | 1150) | ORDER AMENDING PRELIMINARY INJUNCTION RE 1983 TREATY FALL FISHERY-1)There is a conservation need to close the fall salmon fisheries on the Columbia River. 2)The Prelim Inj date 9/1/83 is amended to delete that portion from line 17, pg 5 reading "Noon 9/14 to Noon 9/16/83-Bonneville Pool only" so the treaty Indain fishing season scheduled for that period is not allowed & shall remair closed 3)All Indian & non-Indian fisheries for salmon on the Columbia River shall be & remain closed thru 9/20/83. The Columbia River Compart will meet on 9/20/83 to consider further fisheries. Fisheries to be considered at that hrg include further treaty Indian fisheries above Bonneville as well as further non-Indian fisheries. 4)The closure of treaty Indian fisheries is effective as of the time of the ct's oral ruling 9/13/83 & the closure of sports fisheries is effective 6:00 AM 9/15/83 (to allow notc). Parties shall ntfy fisheries. DATED at Honolulu, Hawaii 9/14/83 s CRAIG/vj e/m 9/19/83 ntfd all cnsl |
| 19 | 1151) | Opposn of Pltf-Intervenor Tribes(Warm Springs, Yakima Indian, Nation, The Umatill Tribe & the Nez Perce Tribe)mot to intervene                [c-Craig) |
| 19 | 1152) | Pltf' Intervenor Tribes' Memo in opposn to Mot to Intervene        [c-Craig] |
| 19 | 1153) | Cert of Svce                [c-Craig] |
| 26 | 1154) | T/P of Conf Call had 9/13/83 before Judge Craig |
| 27 | 1155) | ORDER SETTING TIME FOR RESPONSE TO STATE OF IDAHO'S MOT TO INTERVENE-ORD that the time for any party to submit its response to the Mot of State of Idaho to Intervene in this matter is ext to/includ 9/28/83. The Ct's copy of any such response hereafter submitted shall be sent to Judge Craig at Phoenix, Arizona. FURTHER ORD that pending final action of the CT on said mot, the State of Idaho shall be permitted to participate fully in the discussions & negotiations which this Ct directs the parties to conduct for the purpose of attempting to reach agreement on the consideration, modification or replacement of the mgt plan for Upper Columbia River fish run approved by this CT on 2/28/77. DATED AT HONOLULU, HAWAII 9/23/83 s CRAIG/vj ntfd e/m 9/2 |
| 28 | 1156) | State of Idaho's Memo in reply to Pltf-Intervenor Tribes' Memo in opposn to Idaho's mot to Intervene                [c-Craig] |
| 28 | 1157) | Response to Idaho's MOT to Intervene |
| 28 | 1158) | State of Washington's Response to STate of Idaho's Motion to Intervene |
| OCT 4 | 1159) | U.S. Memo re State of Idaho's mot to Intervene                [c-Craig] |
| 7 | 1160) | Idaho's reply to OR's response to ID's mot to intervene |
| 7 | 1161) | ID's reply to WA's response to ID's mot to intervene |
| 7 | 1162) | ID's reply to response of USA to ID's mot to intervene |
| 7 | 1163) | Additional memo of The Yakima Indian Nation in oppos to ID's intervention |
| 7 | 1164) | Cert of serv |

(SEE PAGE FOURTEEN)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA, et al | CONF. TRIBES, et al | DOCKET NO. 68-513 MA<br><br>PAGE 14 OF ____ PAGES |

| DATE 1983 | NR. | PROCEEDINGS |
|---|---|---|
| OCT 17 | 1165) | Idaho's reply to the Yakima Nation's Memo in opposn to Idaho's mot to<br>intervene                                                   [c-Craig) |
| 21 | 1166) | AMENDATORY ORDER RE: SUBMISSION OF ALLOCATION & MANAGEMENT ORDER-ORD  that:<br>the times specified in paragraph (c) of the ord of 9/1/83 (ent 9/6/83)<br>for submitting an agreed ord for allocation & mgt of Columbia River<br>anadromous fish, or in the alternative, separate proposed orders are<br>ext to 12/16/83 & 1/3/84 respectively. s 10/13/83 at Phoenix, Arizona<br>                                              s  CRAIG /vj ntfd e/m 10/21/83 |
| 28 | 1167) | Notc of hrg on the State of Idaho's mot to intervene on 11/14/83<br>at 2 PM in Ctrm #5 before Judge Craig        (cc: LRC) |
| 31 | 1168) | Notc of Appeal by Defts State of Oregon & State of Washington from the final ord<br>granting a prelim inj, ent on 9/1/83. ntfd |
| 31 | ()) | No fee pd-will mail shortly |
| NOV 1 | ()) | Notc of appeal & updated docket sheet mailed to C/A |
| 1 | ()) | Notc of appeal & docketing stmnt mailed to all cnsl |
| 1 | ()) | $70.00 filing fee pd receipt #29460 |
| 14 | 1169) | Rec of hrg State of Idaho's mot to intervene. ORD mot denied. ORD State of<br>Idaho may participate as amicus curiae. Pltf to prepare ord.<br>                                              CRAIG/vj ntfd |
| 21 | 1170) | Designation of reporter's transcript filed (8-24-83) |
| DEC 5 | 1171) | ORDER-the State of Idaho's present mot to intervene pursuant to FRCP 24(a)<br>(2) & 24 (b) (2) is denied as untimely; and FURTHER ORD that the<br>State of Idaho is granted the right to participate in this case as<br>amicus curiae, to the fullest extent allowed by law, including its<br>non-voting participation in the parties negotiations to attempt to<br>agree upon a new or modified plan for mgt & allocation. The CLK & the<br>parties are directed to include the State of Idaho on the svce list<br>for all future pleadings, mots, notcs, memo & ords filed in this case.<br>It shall be noted that Idaho's mot to intervene is denied w/o prej.<br>Should Idaho feel that its interests are not being adequately rep-<br>resented, in a future proceeding, Idaho is granted leave to reassert<br>its mot to intervene.          s CRAIG/vj 11/30/83 e/m 12/5/83 ntfd |
| 14 | 1172) | MANDATE-ORD the judgment of D.C is affirmed. Costs taxed agnst States of<br>Wash & Oreg in the amt of $138.85. C/A ntfd & cc:Craig LD 7 p. 152 &<br>                                              x p. 233 |
| 19 | 1173) | ORD granting ext of deadline until 2-17 for the Columbia River Management Plan<br>proposal talks. e/12-19 s/12-16-83 Walter Craig ntfd |
| 21 | 1174) | Notc of Appeal by Applicant for Intervention State of Idaho from the final<br>ord denying Idaho's mot to intervene ent on 12/5/83.        [c-Craig] |
| 21 | 1175) | State of Idaho's mot to stay pending appeal & attchd affid of J.Coon [c-Craig] |
| 21 | 1176) | Memo in support of Idaho's mot for a Stay                       [c-Craig] |
| 21 | 1177) | Cert of Svce                                                    [c-Craig] |
| 21 | ()) | $70.00 fee pd receipt # 30180 |
| 21 | ()) | Notc of appeal & updated docket sheet mailed to C/A |
| 21 | ()) | Copies of notc of appeal & docketing stmnt to all cnsl |
| | | CONTINUED |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
|---|---|---|
| | | PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1983** | | |
| Dec. 23 | 1178) | Transcript of proceedings had of Idaho's mot to intervene  of 11-14-83 before Judge Craig. |
| 23 | 1179) | Transcript of proceedings had 11-14 before Judge Craig |
| 30 | 1180) | T/P designation by Idaho Dept of Fish & Game |
| **1984** | | |
| JAN 6 | 1181) | Pltf's mot for ext of time to file response to mot to stay          [c-Craig) |
| 6 | 1182) | Memo in opposn to mot to stay pending appeal          [c-Craig] |
| 6 | 1183) | Cert of Svce          [c-Craig] |
| 9 | 1184) | T/P had 8/24/83 before Judge Craig |
| 10 | () ) | Cert of record mailed to C/A & copies to all cnsl (C/A #83-4254) |
| 12 | 1185) | Appellant State of Idaho's designation of Reporter's T/P for appeal |
| 16 | 1186) | Idaho's reply to the Memo in opposn to Idaho's mot to stay pending appeal[c-Craig] |
| 19 | 1187) | ORDER GRANTING EXT OF TIME TO FILE RESPONSE TO MOT TO STAY-ORD DENYING MOT TO STAY PENDING APPEAL-ORD that pltfs & defts are granted until 1/11/84 to file their joint memo in opposn to the State of Idaho's Mot to stay the proceedings in this action pending appeal. FURTHER ORD that the State of Idaho's Mot to Stay is DENIED. ·          s CRAIG 1/17/84 e/m 1/19/84 ntfd |
| 20 | () ) | Cert of record  (84-3501) mailed to C/A & copies to all cnsl |
| 31 | 1188) | ORDER-Appellant to file brief of 30 pgs on 2/20/84 2)Appellee Tribes to file brief of 30 pgs on 3/26/84 3)Appellee U.S. to file brief of 15 pgs on 3/26/84; 4)Appellant to file reply brief of 15 pgs w/in 14 days of svce date of appellees brief 5) On 2/29/84, The States of OREG & Wash shall ntfy the parties & Conf atty of their position on this appeal 6)The Clk shall endeavor to calendar this appeal for argument asap after briefing is compltd 7) THis ord is subject to reconsideration by a judge if any objn is filed w/in 10 days of the entry of the ord. C/A |
| FEB 2 | 1189) | T/P by  Applicant for Intervention State of Idaho |
| 2 | 1190) | HRG on State of Idaho's mot to intervene had 11/14/83 before Judge Craig |
| 21 | 1191) | ORDER-RE: Submission of allocation & Mgt Order-ORD that the 2/17/84 deadline, for the submission of an allocation & mgt ord in the Columbia River Mgt plan, is contnd to 5/1/84.          s CRAIG/vj 2/17/84 at Phoenix, Arizona          e/m 2/22/84 ntfd |
| 27 | 1192) | State of Idaho's designation of the Clk's record |
| Mar. 27 | 1193) | Pltfs Intervenor-Appellee Umatilla Tribe's designation of clerks record filed |
| 29 | 1194) | Pltf/Appellee USA's designation of Clk's record |
| APRIL 11 | ()() | MAILED RECORD ON APPEAL TO THE COURT OF APPEALS. |
| 16 | 1195) | ORD from C/A- mot to dismiss appeal as moot is Denied |
| 16 | 1196) | ORD from C/A appelalnts mot for stay pending appeal is Denied because Idaho has not established the requisite balance of hardships & likelihood of success onthe merits to warrant relief. Denial is w/out prejudice to any subqsequent mot. |

(SEE PAGE FIFTEEN)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET                    FPI—MAR—2-14-79-50M-1534

| PLAINTIFF | DEFENDANT | DOCKET NO. 68-513 |
|-----------|-----------|-------------------|
| USA, et al | CONF. TRIBES, ET AL | PAGE 15 OF ____ PAGES |

| DATE 1984 | NR. | PROCEEDINGS |
|-----------|-----|-------------|
| APR 25 | 1197) | ORDER RE: STATUS HRG ON COLUMBIA RIVER MGT PLAN-ORD that all cnsl participating in the Columbia River mgt & allocation discussions shall appear at the U.S. Cthse, Ptld, OR on 5/4/84 at 3 PM to report the status of the negotiations. All Cnsl are urged to contact the Clk's ofc for specifiic info on our ctrm asgnmt.        s CRAIG/vj 4/23/84 at Phoenix, Arizona ntfd |
| MAY 4 | 1198) | ORDER EXT DEADLINE-ORD that the deadline for a settlement agreement in the Columbia River Mgt Plan talks is contd from 5/1/84 to 8/15/84.                    s CRAIG/vj 5/4/84 at Ptld, Oreg ntfd |
| 7 | 1199) | ORDER-Any party may file a suplmntl design of the r/p t/p on 5/11/84; Appellant State of Washington shall file a brief of 35 pgs on 6/1/84; Intervenor shall file a brief of 25 pgs on 6/1/84; The Tribal appellees shall file a  joint brief of 50 pgs on 7/6/84; The U.S.A. shall file a brief of 20 pgs on 7/27/84; Appellant State of Wash may file a rep;y brief of 25 pgs on 8/13/84 & intervenor may file a reply brief of 15 pgs by the same date.A/A. |
| 7 | 1200) | ORDER-The State of Oreg moves to w/draw its appeal. The notc of appeal was filed jointly by the States of Oreg & Wash. Accordingly, the mot is construed as a mot to abandon issues. So construed, the mot is granted.   C/A |
| 14 | 1201) | Pltf/Intervenor/Appellee Indian Tribes suplmntl design of record on appeal T/P design C/A #83-4254 |
| 14 | () | Amended cert of record to C/A & copies to all cnsl |
| 16 | 1202) | Amended Suplmntl design of record on appeal by Pltf Intervenor-appellee Indian Tribes (Suplmntl design of R/p T/p) |
| 25 | 1203) | ORDER TO TRANSFER AWARDED COSTS-ORD that the bill of costs in the amt of $138.85 deposited be made payable to U.S. Treasury. The Clk is directed to send ck to Maria Iizuka, Appellate Section., Land & Natural Resources Div. Benj Franklin Station, POB 7415, Wash D.C. 20044                    s FR 5/25/84  e/m 5/25/84 ntfd |
| JUNE 7 | 1204) | ORDER-The State of Washington's req for reconsideration of the Prebriefing ord is denied. Any suplmntl design of the rptr's t/p may be promptly filed in the D.C. pursuant to the Prebriefing Conf ord. C/A |
| 7 | 1205) | ORDER-Appelalnt & intervenor shall file their opening briefs on 7/6/84, The Tribal appellees shall file their brief on 8/10/84; The U.S. shall file its brief on 8/31/84; Appellant & intervenor may file their reply briefs on 9/17/84. C/A |
| 11 | 1206) | Transcript of proceedings had Oct. 29, 1982 before Judge Craig |
| 15 | 1207) | T/P had 10/29/82 before Judge Craig |
| JULY 9 | 1208) | Appellant State of Washington's deisgn of record |
| 9 | 1209) | Affid of mailing |
| 12 | 1210) | State of Idaho's design of clk's record |
| AUG 3 | 1211) | Pltf's mot for TRO & Preliminary Injunction                    [c-RE] |
| 3 | 1212) | Affid re notication of cnsl & cert of svce                    [c-RE] |
| 6 | 1213) | Pltf & Pltf/Intervenor's mot for OSC                    [c-RE] |
| 6 | 1214) | Memo of pts & authorities in support of mot for TRO & Preliminary Injunction [c-RE] |
| 6 | 1215) | Affid of Jean Edwards                    [c-RE] |
| 6 | 1216) | Corrected Affid re Notification of cnsl & cert of svce                    [c-RE |

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**    FPI—MAR—2-14-79-50M-1534

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| . | , | DOCKET NO. 68-513 |
| | | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1984** | | |
| AUG 6 | 1217) | Affid of Jean Edwards re 8/3/84 compact hrg [c-RE] |
| 6 | 1218) | Cert of svce by mail [c-RE] |
| 6 | 1219) | Cert of svce by mail [c-RE] |
| 6 | 1220) | Yakima INdian Nation REgulations for 1984 & ltr to parties & cert of svce |
| 6 | 1221) | ORDER-ORD that the states of Washington & Oregon, their agents & persons acting in concert w/them who receive actual notc of this ord are enjoined from interferin w/the taking or mktng of steelhead taken from the Columbia River above Bonnevi Dam by members of the pltf-intervenor Tribes in conformity w/the following limitations: Noon 8/6 to Noon 8/9/84 Zone 6 gillnet fishing area (Bonneville Dam to McNary Dam); Noon 8/13 to Noon 8/16/84-Zone 6 gillnet fishing area (Bonneville DAm to McNary Dam). FURTHER ORD that the Columbia River Compact adopt this season for the treaty steelhead fishery. s LE 8/6/84 e/m 8/6/84 ntfd |
| 6 | 1220a) | Rec of hrg on pltf USA's mot for TRO & Prelim Injunction (#1211). ORD that the mo be allowed. ORD to follow.      LE pr:pr ntfd |
| 9 | 1222 | Nez Perce Tribe of Idaho Resolution establishing regulations for 1984 |
| 9 | 1223) | Certof serv |
| 9 | 1224) | ORD(83-4254) trial appellees shall file their breif 8-17, US its brief 9-14, appellant reply 10-9. |
| 10 | 1225) | Resolution of Warm Springs TRibe establishing the 1984 Commercial Steelhead Gillnet season & cert of svce |
| 16 | 1226) | U.S. Cost Bill [to RMC] |
| Sept. 4 | 1227) | ORD from C/A- obj. of the US to the ocurt's ord of 8-7 is construed as a mot for ext of time is granted. Brief of US is now due 9-28, appellant may file its reply 10-22. |
| 17 | 1228) | T/P had 8/6/84 before Judge Leavy |
| 24 | ()) | Costs taxed in the amt of $259.00      s CLERK  9/24/84  LD 8 p. 235 |
| 26 | 1229) | Appellee USA designation of record |
| OCT 9 | 1230) | State of Idaho's mot to intervene & Memo in support [to Craig] |
| 9 | 1231) | Pleading in intervention [to Craig] |
| 9 | 1232) | Affid of Herbert A. Pollard, II [to Craig] |
| 9 | 1233) | Affid of James J. Deshazo [to Craig] |
| 9 | 1234) | Affid of Svce by mailing |
| 9 | 1235) | Idaho's reply memo in support of Idaho's mot to suplmnt Idaho's design of record on appeal [to Craig] |
| 9 | 1236) | Columbia Rivert Tribes' mot for TRO & preliminary injunction(no action to be take at this time per aaty Weaver) [to Craig] |
| 9 | 1237) | Memo of pts & authorities in support of mot for TRO & Preliminary Inj [to Craig] |
| 9 | 1238) | Affid of Jean Edwards in support of pltf tribes mot for TRO re: Treaty Fishery from 10/9/84 to 10/16/84 [to Craig] |
| 9 | 1239) | Pltfs notc of hrg [to Craig] |
| 9 | 1240) | TRO re: ext of 1984 treaty fall fishery (unsgnd by Judge-req of atty WEaver to file as part of record) |
| 9 | 1241) | PLtf-Intervenors mot for OSC [c-Craig] |
| 9 | 1242) | OSC-unsgnd by Judge(req to file by atty Weaver to be part of record [c-Craig] |
| 9 | 1243) | Cert of svce by mail [c-Craig] |

(SEE PAGE SIXTEEN)

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA | CONF. TRIBES, et al | DOCKET NO. 68-513 46 |
| | | PAGE 16 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1984 | | |
| OCT 15 | ( ) | REcord on appeal mailed to C/A & copies to all cnsl |
| NOV 5 | 1244) | Suplmntl design of clk's record |
| 5 | 1245) | Affid of svce by mailing |
| 13 | 1246) | ORDER-The req fo appellant State of Idaho for an ext of time to 11/1/84 to file reply brief is granted C/A |
| DEC 26 | 1247) | C/A MANDATE Judgement Reversed & Remanded |
| 1985 | | |
| APR 16 | 1248) | State of Idaho's mot for a TRO & preliminary injunction    [to LE] |
| 16 | 1249) | Affid of David L. Hanson    [to LE] |
| 16 | 1250) | Cert of svce |
| 16 | 1251) | Notc of hrg for State of Idaho's mot for a TRO & preliminary injunction    [HRG 4/19/85 9:30 am LE] |
| 18 | 1252) | Memo of the Conf TRibes & Bands of the Yakima Indian Nation in opposn to Idaho's mot for TRO re 1985 Spring Chinook Ceremonial & subsistence Fishery    [c-LE] |
| 18 | 1253) | Affid of Jean Edwards    [c-LE] |
| 18 | 1254) | Affid of S. Timothy Wapato    [c-LE] |
| 18 | 1255) | Affid of William Yallup opposn to State of Idaho's mot for TRO or in the alternative for Preliminary Injunction on the issue of 1985 ceremonial & subsistence Fisheries for Spring Chinook Salmon    [c-LE] |
| 18 | 1256) | Affid of Robert Tuck in opposn to mot for TRO or in the alternative for Preliminary Restraining ord    [c-LE] |
| 19 | 1257) | Joint Tribal Memo in opposn to Idaho's mot for TRO & Preliminary Injunction [c-LE] |
| 19 | 1258) | Rec of hrg on State of Idaho's mot for TRO & prelim Inj (#1248). ORD that the ct will hear from the non-party Shoshone-BAnnock represented by Larry Echohawk. ORD allowing oral mot that Larry Echohawk be admitted for the purposed of this hrg. ORD that the moving party, State of Idaho, be permitted to intervene to seek the relief encompassed in its mot on file. ORD that the State of Idaho's oral mot that a copy of the 1985 agreement be provided is denied. Evidence adduced. ORD the YAKIMA Tribe's oral mot (joined by pltf & pltf intervenors) to strike the affid of DAvid Hanson & oral mot to dismiss are denied. ORD that the Warm Springs Tribe's renewed oral mot to strike HaNSON AFFID IS DENIED. ORD mot (#1248) taken u.a. Witness list attchd    LE pr:pr ntfd |
| 22 | 1259) | ORDER-ORD that the State of Idaho's mot for a preliminary Inj is denied.    s LE 4/22/85 e/m 4/22/85 ntfd |
| 22 | 1260) | ORDER-ORD t;hat the State of Idaho is permitted to intervene for the purpose of presenting the pending mot for a preliminary injunction & for that purposed only, subject to further ord of the ct.    s LE 4/22/85 e/m 4/22/85 ntfd |
| 22 | 1261) | ORDER-ORD that the Shoshone-Bannock Tribe be allowed to intervene for the purpose of being hrd on the State of Idaho's mot, & that purpose only.    s LE 4/22/85 e/m 4/22/85 ntfd |

(OVER)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. 68-513 |
| | | PAGE ____ OF ____ PAGES |

| DATE 1985 | NR. | PROCEEDINGS |
|---|---|---|
| APR 23 | 1262) | Findings of fact & conclusions of law & ORD-Idaho's mot for TRO or a preliminary injunction is denied on the merits(PLEASE SEE ORDER) |
| | | s LE 4/23/85 e/m 4/23/85 ntfd |
| 24 | 1263) | Cert of svce of Joint Tribal Memo , etc. |
| MAY 3 | 1264) | ORDER-The State of Idaho has submitted to the ct a proposed ord granting Idaho's mot to intervene in these proceedings. Any objns to the proposed ord should be filed w/the ct no later than Fri 5/10/85. The ct will conduct a hrg on Idaho's proposed ord & any objns on 5/20/85 at 9:30 am at the USChse, Ptld, Ore |
| | | SO ORD Dated at Phoenix,Arizona |
| | | s CRAIG/vj 5/2/85 e/m 5/3/85 ntfd |
| | | [HRG 5/20/85] |
| 10 | 1265) | Notc of taking depos upon o/exam of Wm Wilkerson at Olympia, WA. on 5/16/85 |
| 10 | 1266) | Notc of taking depos upon o/exam of Jean Edwards on 5/15/85 |
| 10 | 1267) | Notc of taking depos upon o/exam of Tim Wapato on 5/15/85 |
| 10 | 1268) | Notc of taking depos upon o/exam of Jack Donaldson on 5/14/85 |
| 10 | 1269) | Notc of taking depos upon o/exam of Jack Weyland on 5/14/85 |
| 10 | 1270) | Notc of taking depos upon o/exam of Jim Martin on 5/14/85 |
| 10 | 1271) | Notc of taking depos upon o/exam of Dennis Austin on 5/15/85 |
| 10 | 1272) | Notc of taking depos upon o/exam of Sam Wright on 5/14/85 at Olympia, WA |
| 10 | 1273) | Notc of taking depos upon o/exam of Ed Manary on 5/15/85 at Olympia, WA |
| 10 | 1274) | U.S. objections to proposed ord re Idaho INtervention      [c-Craig] |
| 10 | 1275) | State of Oregon's response to ord granting Idaho's intervention      [c Craig] |
| 10 | 1276) | The State of Idaho's mot for fairness hrg on proposed ord & brief in support |
| | | [c-Craig] |
| 13 | 1277) | Objns of the Columbia River Tribes to Idaho's proposed intervention order [c-Craig |
| 13 | 1278) | Cert of svce for #1277 |
| 15 | 1279) | Rec of ord setting hrg on joint mot for ord approving 1985 ocean & in river mgt agreement for Upper Columbia River Fall Chinook & Coho Salmon & State of Idaho mot for fairness hrg for 9:30 am. Tues 5/21/85 in Ptld, Oreg. |
| | | CRaig/vj ntfd |
| 20 | 1280) | Rec of hrg on State of Idaho's proposed ord granting mot to intervene. ORD that Clive Strong be admitted in this ct for purposes of the hrgs in this case. |
| | | ORD taking u.a.      Craig/vj pr:pr ntfd |
| 20 | 1281) | ORDER-ORD that the State of Idaho is permitted to intervene in this cause as a party defendant. FURTHER ORD 1)The State of Idaho shall not attempt to relitigate matters previously decided by this ct prior to Idaho's intervention 2)The State of Idaho shall not initiate clms agnst the State of Oreg, the State of Wash or the US in this litigation, directly or indirectly, which woul deprive this ct of jurisdiction; 3)The State of Idaho shall not assert clms agnst the Tribes beyond those to which the Tribes have consented; 4)The State of Idaho shall not assert any clms unrelated to the Tribes' treaty fishing rights; 5)The State of Idaho shall not seek to expand the geographical scope of this case; & 6)The State of Idaho shall limit its participation to matters which directly or indirectly affect fish which would migrate to Idaho. |
| | | s Craig/vj  5/20/85 e/m 5/21/85 ntfd |
| 21 | 1282) | Ltr to Judge Leavy re Idaho Anadromous sportsfisherman from Gary B. Busch dated 5/14/85 |
| 21 | 1283) | Idaho's response to the Objns of the US, The Columbia River Tribes & The State of Oregon to Idaho's proposed INtervention ORD      [c-Craig] |

(SEE PAGE SEVENTEEN)

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA | CONF TRIBES, et al | DOCKET NO. 68-513 *MA* |
| | | PAGE __17__ OF ____ PAGES |

| DATE 1985 | NR. 1284 | PROCEEDINGS |
|---|---|---|
| MAY 21 | 1284) | Rec of hrg on joint mot for ord approving 1985 ocean & in river mgt agremnt for Upper Columbia River Fall Chinook & Coho Salmon & State of Idaho's mot for fairness hrg. ORD Idaho's mot for fairness hrg is denied. ORD Idaho's o/mot to postpone hrg is denied. Evidence adduced. ORD hrg contd to 5/22/85 at 8:30 am.                    Craig/vj pr:pr ntfd |
| 22 | 1285) | Joint mot for fish mgt agreement |
| 22 | 1286) | Cert of svce for #1285 |
| 22 | 1287) | Rec of hrg on joint mot for ord appriving 1985 ocean & inriver mgt agreement, 2nd day. Evidence adduced. ORD that there be an ord appriving the 1985 ocean & in river mgt agreement for Upper Columbia River Fall Chinook & Coho Salmon. ORD State of Wash o/mot for protective ord is granted. Exhs & witness list attchd.                    Craig/vj ntfd pr:pr |
| 22 | 1288) | ORDER APPROVING 1985 MGT AGREEMENT-ORD 1)The attchd "1985 Ocean & In-River Mgt Agreement for Upper Columbia River Fall Chinook & Coho Salmon" is approved insofar as it pertains to fisheries mgt measures that are applicable w/in the geographic limits of this case & the parties are ord to comply w/& enforce such measures w/in such georgraphic area except to the extent that they may unanimously agree otherwise in a written amendatory agreement filed w/the ct. (SEE ORD) There being no just reason for delay, the Clk is directed to enter this ord as a final Judgment pursuant to Rule 54(b)FRCP.                    s CRAIG/vj 5/22/85 e/m 5/22/85 ntfd |
| JUNE 17 | 1289) | Notc of appeal by Deft Intervenor, State of Idaho from the D.C final ord ent on 5/22/85 approving the 1985 mgt agreement negotiated by the other parties in this proceedings. This appeal is also from the ct's denial of Idaho's mot for a fairness hrg on the proposed ord; denial of Idaho's mot for a continuance & the ct's granting Washington's mot for a protective ord prohibiting Idaho from deposing any of the Washington parties. ntfd |
| 21 | 1290) | Transcript of mot had 5/22/85 before Judge Craig |
| 26 | 1291) | Appellant's t/p design (5/21/85 & 5/22/85) |
| 26 | 1292) | T/P of proceedings had 5/20/21/85 before Judge Craig |
| 28 | ( )) | Cert of record sent to C/A & copies to all cnsl |
| JULY 17 | 1293) | Findings of fact & conclusions of law re 1985 Mgt Plan for Upper Columbia River FAll Chinook & Coho-Idaho's mot for a continuance is denied & the plan is approved. Further, Idaho's mot for discvy is denied. The mot of the State of Washington for a protective ord u/FRCP 26(c) is granted pursuant to this finding. The ct finds that teh agreement is satisfactory to the negotiating parties & that it neither adversely affects Idaho's interests nor forecloses the specific regulatory options listed above. The ct Concludes the agreement is flexible, fair & reasonalbe & it is hreeby approved (SEE FINDINGS)                    s Craig/vj 7/2/85 e/m 7/17/85 ntfd |
| 18 | 1294) | T/P had 4/19/85 before Judge Leavy |
| 18 | 1295) | Cert of svce of ltrs: 5/9/85; 5/10/85; 5/13/85. |
| 22 | 1296) | ORDER EXEMPTING CASE FROM PREBRIEFING CONF PROGRAM |

(OVER)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. 68-513 |
| | | PAGE ___ OF ___ PAGES |

| DATE 1985 | NR. | PROCEEDINGS |
|---|---|---|
| AUG 21 | 1297) | Deft Yakima Indian Nation 1985 Fall Fishery Regulations |
| 21 | 1298) | Cert of Svce for 1297 |
| 26 | 1299) | Cert of serv of ltr from Dysart of 6-17 re his proposed findings of fact & con. clusions of law re 1985 mgmt plan for upper columbia river fall chinook & coho & ord re scheudling of req. for determ. re montreaty catch accounting |
| 27 | 1300) | Transcript of hrg before Judge Leavy on Friday, 4/19/85 |
| SEPT 11 | 1301) | Appellant's desig of Clerk's Record |
| OCT 2 | 1302) | MANDATE-ORD the judgment of D.C is affirmed in C/A 83-4254.Costs taxed agnst State of Washington in the amt of $69.15 C/A ntfd cc:J.Craig |
| 10 | 1303) | USA/Appellee design of record |
| 11 | 1304) | Shoshone BAnnock Tribes mot to intervene (expdtd hrg & o/a reqstd)      [to CR] |
| 11 | 1305) | Shoshone BAnnock Tribes' complnt in Intervention      [to CR] |
| 11 | 1306) | Affid of DAniel DAley in support of Shoshone-Bannock Tribes' mot to intervene [to |
| 11 | 1307) | Affid of Fredrick Auck in support of Shoshone-Bannock Tribes Mot to intervene[c-C |
| 11 | 1308) | Affid of DAniel Christopherson in support of Shoshone-BAnnock Tribes' mot to intervene      [c-Craig] |
| 11 | 1309) | Affid of Arthur Hayball in support of Shoshone-Bannock TRibes' mot to intervene      [c-Craig |
| 11 | 1310) | Affid of Velda Racehorse Auck in support of Shoshone-Bannock Tribes' mot to inter      [c-Craig] |
| 15 | 1311) | Cert of svce for #'s 1304-1310) |
| 16 | 1312) | Assn of cnsl of Gail L. Achterman of Stoel, Rives, Boley, Fraser & Wyse, 900 SW Fifth Avenue, Portland, OR 97204 has asstd w/Jim JOnes & Stephen V. God in representation of deft-intervenor State of Idaho in this case. |
| 17 | 1313) | ORDER-Appellees' mot for asgnmt of this appeal to a conf atty is granted.C/A |
| 21 | 1314) | ORDER - Mot by states of OR & WN for ext of time to file brief is granted. Due date will be established by Conf Atty. This ORD subject to reconsid by judge if any oppos is filed w/in 10 day of entry of order. C/A |
| 31 | 1315) | Notc of hrg on 11/14/85 at 1:30 in Ptld USDC on Shoshone-Bannock Tribes' mot to intervene in these proceedings. ntfd      [to DR] |
| Nov 4 | 1316) | Yakima Ind. Nation's mot to continue hrg on Shoshone-Bannock mot to intervene |
| 4 | 1317) | Affid of Tim Weaver in supp of mot for continuance of Shoshone-Bannock mot for intervention |
| 4 | 1318) | Cert of Service of #1316 & #1317 above.      [c/CR] |
| 4 | 1319) | USA's mot to postpone hearing |
| 4 | ( ) | Mailed record on appeal to C/A & copies to all cnsl |
| 13 | 1320) | T/P of TElephonic Hrg conf had 11/7/85 (Judge Craig) |
| DEC 9 | 1321) | ORDER POSTPONING HRG ON MOT OF SHOSHONE-BANNOCK TRIBES TO INTERVENE-The hrg on th mot of the Shoshone-BAnnock Tribes for permission to intervene in this action is postponed until 3/12/86 at 9:30 am or such other time as the ct may subsequently designate.( SEE ORD FOR SPECIFICS)      s Craig v/j 11/29/85 e/m 12/9/85 ntfd |
| 9 | 1322) | ORDER-Any remaining appellees' briefs shall be filed on or before 1/20/86. Any appellee may submit a volume of exhs by 1/20/86 to be ldgd for considerat by the merits panel. Appellant shall file its reply brief on 2/10/86 & may submit exhs by that date. C/A |

(SEE PAGE EIGHTEEN)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 68-513 _NA_ |
|---|---|---|
| USA | conf tribes, et al | PAGE __18__ OF ____ PAGES |

| DATE 1985 | NR. 1323 | PROCEEDINGS |
|---|---|---|
| DEC 16 | 1323) | T/P had 11/14/85 before Judge Craig |
| 23 | 1324) | Memo in support of Shoshone-BAnnock Tribes' mot to intervene                  [c-Craig] |
| **1986** | | |
| JAN 22 | 1325) | Appellees, State of Oreg & State of Wash's design of clk's record |
| FEB 5 | 1326) | Appellee Tribes design of clk's record |
| 5 | 1327) | Cert of svce for #1326 |
| 5 | 1328) | Response of the US to req & mot of Washington State Trollers Assn   [c-Craig] |
| 7 | 1329) | Objn of Deft State of Wash to req of WAsh State Trollers Assn for leave to appear as Amicus Curiae                  [c-Craig] |
| 10 | ( )) | Additional record on appeal mailed to C/A & copies to all cnsl |
| 11 | 1330) | Suplmntl cert of svce for #1328 |
| 18 | 1331) | REq & mot of Washington State Trollers Assn to appear as Amicus Curiae   [to Craig] |
| 24 | 1332) | Objn & req for hrg of pltf intervenor Indian Tribes to req fo Washington State Trollers assn for leave to appear as Amicus Curiae                  [c-Craig] |
| 26 | 1333) | Mot of Pltf Intervenor Indian Tribes for bifurcation of issues & establishment of briefing schedule                  [c-Craig) |
| 26 | 1334) | Pltf-Intervenor Tribes' memo in support of mot for bifurcation of issues & response of Tribal Pltf Intervenors to Shoshone Bannock ord establishing briefing schedule                  [c-Craig) |
| 26 | 1335) | Cert of svce #1333 & 1334 |
| 26 | 1335a) | Pltf-Intervenor Tribes' proposed ord on filing of briefs & bifurcation of issues on Shoshone-Bannock mot to intervene.                  [c-Craig] |
| MAR 3 | 1336) | Shoshone-BANnock TRibes memo in opposn to mot for bifurcation of issues [c-Craig] |
| 4 | 1337) | Memo of US RE Shoshone-BAnnock Mot for intervention                  [c-CRaig . |
| 5 | 1338) | Joint Memo of Columbia River Tribes & State of Wash in opposn to Shoshone-BAnnock Tribes mot to intervene                  [to Craig] |
| 5 | 1339) | Affid of Jean Edwards                  [to Craig] |
| 5 | 1340) | Cert of svce for #1338 & 1339 |
| 6 | 1341) | Deft State of Oregon's memo in opposn to Shoshone-Bannock Tribes' mot to intervene                  [c-Craig] |
| 7 | 1342) | ORDER RE BRIEFING SCHEDULE & BIFURCATION-The hrg on the Shoshone-Bannock Tribe's mot to intervene, presently set for 3/12/86 in Ptld, is vacated & the ct will ntfy the parties of the rescheduled date. The ct establishes a briefing schedule as follows: Any parties may submit briefs in opposn to the Shoshone-Bannock mot to intervene on or before 3/18/86. The Shoshone-Bannock Tribe may submit a reply brief on or before 3/26/86. SO ORD                  s Craig/vj 3/5/86 e/m 3/7/86 ntfd |
| 17 | 1343) | ORDER-ORD resetting the hrg on the Shoshone-BAnnock mot for intervention for 4/28/86 at 9:30 am in the US Cthse, Ptld, Oreg                  s Craig/vj 3/12/86 ntfd  [HRG 4/28/86] |
| 20 | 1344) | Notc of hrg re Washington Trollers Assn., Mot for Amicus Status       [to Craig] |
| 20 | 1345) | Notc of substitution of attys of Mark Bennett for the Washington Trollers Assn in place & stead of Dennis D. Reynolds                  [c-Craig] |
| 20 | 1346) | Req & mot of Washington State Trollers Assn for ord allowing substitution of attys                  [c-Craig] |
| 20 | 1347) | Affid of Mark Bennett re: Washington State Trollers Assn req for Amicus Status                  [c-Craig] |
| 20 | 1348) | Mot for leave for ord allowing special practice & appearance of atty Mark Bennett                  [c-Craig] |
| 20 | 1349) | Cert of svce for #1344-1348          (OVER) |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. _____ |
| | | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1986** | | |
| Mar. 31 | 1350) | ORD hrg in the Shoshone-Bannock Tribe's mot for intervention is rescheduled from 4-28 to 4-24 at 9:30am. in POrtland. s/3-25 Craig.e/3-31    [hrg 4-24]ntfd |
| 31 | 1351) | ORD allowing subst. of attys-Mark Bennet be subst. for Dennis D. Reynolds as atty. for Wa. State TRollers Assoc. e/3-31 s/3-25 Craig ntfd |
| APR 11 | 1352) | Shoshone-Bannocks' reply to the Joint Memo of the Columbia River Tribes & State of Washington in opposn to Shoshone-Bannock Tribes' mot to intervene   [c-Craig] |
| 14 | 1353) | ORDER-ORD vacating the Washington Trollers Assn's mot for amicus status hrg, presently set for 4/29/86. FURTHER ORD based on this ct's finding that the Washington Trollers Assn's mot for amicus status does not require o/a, that that mot be decided on the briefs. All responses to the Washington Trollers Assn mot shall be filed by 4/19/86. Any reply shall be filed by 4/28/86. s CRAIG/vj 4/9/86 e/m 4/14/86 ntfd |
| 18 | 1354) | Intervenor Tribes' mot to strike reply brief of Shoshone-Bannock Tribe's  [to Crai |
| 18 | 1355) | Cert of Svce for #1354 |
| 18 | 1356) | Rec of ord hrg on Shoshone-Bannock Mot to intervene #1304 is vacated; to be reset by the Ct.                 Craig/vj ntfd |
| 21 | 1357) | Shoshone-BAnnock Tribes opposn to mot to strike reply brief of Shoshone-Bannock Tribes                                       [c-Craig] |
| MAY 9 | 1358) | 4 Volumes of T/P 's recved from C/A |
| 12 | 1359) | Cert of svce of Ans of US to req for Admission by State of Idaho dated 4/14/86 |
| 14 | 1360) | Cert of svce  of Amendment to US Ans to Idaho's req for admissions dated 5/13/86 to all cnsl |
| 19 | 1361) | ORDER-ORD resetting the Shoshone-BAncock Tribe's mot to intervene in this case for 6/3/86 at 9:30 AM in the US Cthse, Ptld, Oreg. s Craig 5/16/86 ntfd |
| 22 | 1362) | ORDER-Washington State Trollers Assn's mot for leave to appear as amicus curiae should be granted subject to the following limitations: 1)That as amicus the Wash State Trollers Assn shall present its views solely in writing except where oral presentation is consented to by the parties & the ct, 2) That the Wash State Trollers Assn shall be allowed to participate only in those proceedings in which it has a definable interest(SEE ORD) SO ORD                 s Craig/vj 5/19/86 e/m 5/22/86 ntfd |
| 27 | 1363) | Mot for clarification of ord dated 5/20/85 admitting ID as a party |
| | 1364) | Memo in supp of mot for clairification of ord dated 5/20/85 admit ID as a party |
| | 1365) | Cert of serv |
| 27 | 1366) | Am/cert of serv |
| 27 | 1367) | Rec of ORD striking hrg set 6-3. This hrg will be reset by the court.   CR n/b |
| JULY 3 | 1368) | Notc of reasgnmt to Judge Leavy per CMC ntfd |
| 9 | 1369) | Idaho's supplement to mot for clarification dated 5/23/86                [to LE] |
| 14 | 1370) | Rec of ORd setting Shoshone Banncock Tribes' mot to intervene #1304 & mot for clarification of ord dated 5-20 admitting ID as a party # 1363 for hrg before JUdge Leavy on 7-25 at 9am.                 LE[HRG 7-25]n/b |
| 15 | 1371) | Suplmntl Citations to US Memo re intervention by Shoshone-BAnnock Tribes [c-LE] |

(SEE PAGE NINETEEN)

DC 111A
Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA | CONF TIRBES, et al | DOCKET NO. 68-513 <br> PAGE 19 OF ____ PAGES |

| DATE 1986 | NR. | PROCEEDINGS |
|---|---|---|
| JULY 22 | 1372) | U.S. Memo in opposn to Idaho mot for clarification of ord dated 5/20/85. [c-LE] |
| 23 | 1373) | Washington's response to Idaho's mot for clarification [c-LE] |
| 23 | 1374) | Joint tribal memo in opposn to mot for clarification of Idaho Intervention ord [c-LE] |
| 23 | 1375) | Affid of Jean Edwards [c-LE] |
| 23 | 1376) | Affid of S. Timothy Wapato [c-LE] |
| 23 | 1377) | Cert of Svce For #1374-1376 [c-LE] |
| 23 | 1378) | Oregon's response to Idaho's mot for clarification [c-LE] |
| 25 | 1379) | Affid of svce by mailing for #1378 |
| | 1380) | Rec of HRG on : Yakima Indian Nation's mot to strike reply brief of Shoshone-Ban #1354; mot w/drawn by cnsl. Shoshone-Bannock Tribes' mot to intervene #1304; ORD mot to intervene allowed. State of ID's mot for clarification #1363; ORD ID's OA req for leave to file reply denied. ORD mot for clarification denied. <br> LE        n/b |
| Aug. 7 | 1381) | Affidvt of serv by mailing Washingotn's response to req. for admissions by the State of Idaho |
| 12 | 1382) | LeRoy W. Wilder's mot to w/draw as cnsl for Shoshone-Bannock Tribes [to LE] |
| 14 | 1383) | Rec of ord allowing Leroy Wilder's mot ot w/draw as cnsl for Shoshone-Bannock Tribes.                    LE ntfd |
| 15 | 1384) | Cert of svce of US Response to Idaho's req for admissions dated 7/14/86. |
| 20 | 1385) | Cert of svce of U.S. response to Idaho's req for production & US response to Idaho's interrogs |
| 22 | 1386) | Response of the Conf Tribes & Bands of the Yakima Indian Nation to Idaho's interrogs dated 7/14/86. [to LE] |
| 22 | 1387) | Response of the Conf Tribes & BAnds of the Yakima Indian Nation to Edaho's req for production dated 7/14/86 [to LE] |
| 22 | 1388) | Response of the Conf Tribes & BAnds of the Yakima Indian Nation to Idaho's req for admissions date 7/14/86 [to LE] |
| 22 | 1389) | Affid of mailing #1386 to 1388 |
| 25 | 1390) | Mot for leave to w/draw as cnsl for Larry Echohawk w/Shoshone Bannock Tribes [to LE] |
| 25 | 1391) | Affid of Larry EchoHawk [to LE] |
| 26 | 1392) | Rec of ord mot for leave to w/draw as cnsl for Larry Echohawk #1350 GRANTED. <br> LE ntfd |
| 27 | 1393) | MANDATE-ORD the appeal from the judgment of the D. C is dsmsd . Neither party shall recover costs or attys' fees C/A ntfd |
| SEPT 4 | 1394) | Affid of svce by mailing Wash response to interrogs, & response to Idaho's req for production of docuemnts |
| 12 | 1395) | ANS of Warm Srpings Tribe-presenting defenses under rule 12(b) to the complt in intervention of the SHoshone-Bannock Tribes |
| OCT 29 | 1396) | Transcript of mots had 7/25/86 before Judge Leavy |
| 1987 | | . |
| FEB 4 | 1397) | Deft State of Wash Status report & joint req for conf [c-LE] |
| 4 | 1398) | Cert of svce for Oreg & Wash Status report & joint req for conf |

(OVER)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | | DOCKET NO. 68-513#A |
|---|---|---|---|
| | | | PAGE ___OF____ PAGES |

| DATE 1987 | NR. | PROCEEDINGS |
|---|---|---|
| FEB 12 | 1399) | Rec of ord setting status conf 2/18/87 at 8 am. |
| | | LE Ntfd [Status 2/18/87] |
| 13 | 1400) | Stte of Idaho's response to Status report & joint req for conf          [to LE] |
| 13 | 1401) | Rec of ord striking status conf 2/18/87.  LE Ntfd |
| 19 | 1402) | Rec of ord setting status conf 3/16/87 at 3 pm. LE ntfd [Status 3/16/87] |
| MAR 28 | 1403) | Rec of status conf. ORD taht the parties submit questions by 4/14/87; opening brief |
| | | are to be filed by 5/4/87; reply briefs are to be filed by 5/18/87 & hrg |
| | | is set 6/1/87 at 1:30 pm.              LE pr:pr ntfd [HRG 6/1/87] |
| APR 14 | 1404) | Deft State of Idaho's mot reqstng determination of a legal question          [c-LE] |
| 14 | 1405) | Parties req for declaratory Judgment          [c-LE] |
| 21 | 1406) | Notc of reasgnmt to Judge Marsh per CMC ntfd |
| 23 | 1407) | Parties corrected req for declaratory Judgment          [c-LE] |
| MAY 4 | 1408) | State of Washington's memo re Columbia River Mgt Plan settlement negotiation[c-LE] |
| 4 | 1409) | Affid of svce by mailing |
| 4 | 1410) | Memo of the State of OReg in support of req for declaratory Judgment    [c-MA] |
| 5 | 1411) | Pltf USA's req for approval of late filing of opening memo. Filing & svce is |
| | | approved on 5/5/87              s MA 5/5/87 ntfd |
| 5 | 1412) | US Memo on reqs for declaratory Judgment (questions to ct re proposed mgt Plan) |
| | | [c MA] |
| 6 | 1413) | Columbia River Tribes' joint memo re questions #1 from 4/14/87 req for declatory |
| | | Judgment              [to MA] |
| 6 | 1414) | Cert of svce |
| 6 | 1415) | Columbia River Tribes' Joint Memo re questions #2 & Idaho's question    [c-MA] |
| 6 | 1416) | Memo in supoort of Idaho's mot reqstng determination of a legal question & in |
| | | response to joint req for declaratory judgment          [c-MA] |
| 6 | 1417) | Brief of Shoshone-BAnnock Tribes on Legal Issues pertaining to Columbia River Mgt |
| | | plan negotiations          [c-MA] |
| 11 | 1418) | Rec of ord resetting hrg on briefs as to State of Idaho's mot reqstng determinatio |
| | | of a legal question #1404 & USA's req for declaratory judgment #1405 from |
| | | 6/1/87 to Mon 6/15/87 at 10 am before Judge Marsh. ORD ext date for filing of |
| | | replies to 6/1/87.              MA ntfd [HRG 6/15/87] |
| 13 | 1419) | T/P of proceedings had 3/27/87 before Judge Leavy |
| 22 | 1420) | Rec of ord striking hrg on briefs as to State Of Idaho's mot reqstng determination |
| | | of legal question #1404 & USA's req for declaratory judgment #1405 from |
| | | 6/15/87 to a time to be later set. ORD ext date for filing replies to 6/8/87. |
| | | ORD setting for conf Thurs 5/28/87 at a time to be set |
| | | MA ntfd  [Conf 5/28/87] |
| 26 | 1421) | Rec of ord setting conf. 5-28 at 1:30pm          MA[conf. 5-28]n/b |
| 28 | 1422) | US memo on req. for declaratory jdgmt (quest. to court re proposed mgmt plan). |
| 28 | 1423) | Rec of OCNF: ORD set State of Id mot req determin of legal question #1404 & Partie |
| | | corrected req for declaratory jdgmt #1407 OA Mon 6/29/87 10 am. |
| | | MA          (HRG 6/29/87)n/b |
| JUNE 8 | 1424) | Joint req to w/draw questions to the ct Nos. 1 & 2          [c-MA] |

(SEE PAGE TWENTY)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO.68-513MA |
|---|---|---|
| USA | CONF TRIBES , et al | PAGE 20 OF _____ PAGES |

| DATE 1987 | NR. | PROCEEDINGS |
|---|---|---|
| JUNE 8 | 1425) | US reply memo on questions to ct re Columbia River Mgt Plan          [c-MA] |
| 8 | 1426) | Reply Memo of the State of Oreg on req for declaratory Judgment          [c-MA] |
| 10 | 1427) | State of Wash reply memo re Columbia River Mgt Plan-req for declaratory  relief          [c-MA] |
| 10 | 1428) | Affid of Svce by Mailing by Marey E. Love          [c-MA] |
| 10 | 1429) | Columbia River Tribes' reply memo in opposn to Idaho's question      [c-MA] |
| 10 | 1430) | Response memo re Idaho's mot reqstng determination of a legal que;stion (unsgnd)          [c-MA] |
| 11 | 1431) | Response memo RE Idaho's mot reqstng determination of a legal question (sgnd)[c-MA] |
| 11 | 1432) | State of Idaho's ltr req that response memo be accepted nunc pro tunc 6/8/87[c-MA] |
| 17 | 1433) | Shoshone-BAnnock Tribes' mot to file reply brief out of time          [c-MA] |
| 17 | 1434) | Reply Brief of Shoshone-Bannock Tribes on Idaho's mot for determination of legal question          [c-MA] |
| 18 | 1435) | Stip mot for ord approving 1987 Ocean & In-River Mgt agreement(except Idaho)[c-MA] |
| 18 | 1436) | Cert of svce for #1435 |
| 18 | 1437) | Rec of ord Shoshone-Bannock Tribes' mot to file reply brief from 6/8/87 to 6/11/87 #1433 GRANTED. ORD setting mot for ord approving 1987 ocan & in-river mgt stmt #1435 for o/a Tues 7/14/87 at 9:30 am before Jduge Marsh                    MA ntfd          [HRG 7/14/87] |
| 24 | 1438) | State of Idaho's mot to vacate o/a          [c-MA] |
| 24 | 1439) | Rec of ord parties' joint req to w/draw questions to the ct #'s 1 & 2 GRANTED. corrected req for declaratory judgment #1407 taken off Judge Marsh's 6/29/87 cal. ORD State of Idaho's mot to vacate o/a (set 6/29/87]#1438 GRANTED. ORD resetting State of Idaho's mot reqstng determination of legal question #1404 for o/a Tues 7/14/87 at 9:30 am before Judge Marsh. (to be hrg along w/ mot for ord apporving 1987 ocan & in-river mgt agremnt #1435 already set)                    MA ntfd          [HRG &?L$?*&[ |
| 30 | 1440) | State of Idaho's response memo re: mot for ord approving 1987 ocean & in-river mgt agreement          [c-MA] |
| 30 | 1441) | affid of Dexter R. Pitman          [c-MA] |
| 30 | 1442) | Rec of ord striking Idaho's mot reqstng determination of legal question #1404 from hrg 7/14/87 at Idaho's req. ORD resetting time for hrg on remaining mot for ord approving 1987 ocean & in-river mgt agreement #1435 to 8:30 am on 7/14/87. At that time Idaho will be asked to show cause why their mot reqstng determination of legal question #1404 should not be hrd in the near future.                    MA ntfd          [HRG 7/14/87] |
| JULY 9 | ()) | Returned no such address to Mark Bennett |
| 10 | 1443) | Oregon's reply to Idaho's response to porposed Mot are 1987 Mgt Agreemnt [c-MA] |
| 10 | 1444) | Warm Springs Tribe's reply memo in support of mot to approve 1987 Ocean & In-River Mgt Agreement          [c-MA] |
| 10 | 1445) | Memo of US in support of mot to approve 1987 Mgt Plan          [c-MA] |
| 10 | 1446) | Cert of Svce |
| 14 | 1447) | Affid of Frances Clark |
| 14 | 1448) | Rec of hrg: ORD mot for ord approving 1987 ocean & in-river mgt agreement #1435 u/a. ORD State of Idaho's mot req determiniation of legal question #1404 remains  unset.                    MA pr:pr ntfd |

(OVER)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 68-513MA |
|---|---|---|
| | | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1987 | | |
| JULY 17 | 1449) | Reply of Yakima Indian Nation to Idaho's response memo re: 1987 ocean & in-River Mgt Agreement                                                           [c-MA] |
| 24 | 1450) | OPN-I find that Idaho has not demonstrated a likelihood of harm to a protectable interest that outweighs the probably advantages to all the parties & the public interest in approval of the mgt plan. I further find that the Plan does reach the required balance between the Indians' treaty fishing rights, optimal fish harvest & conservation of all species. I therefore adopt the 1987 Ocean & In-River Mgt Agreement for Upper Columbia River Fall Chonook & Coho Salmon.                     s MA 7/24/87 e/m 7/24/87 ntfd |
| 24 | 1451) | ORDER-The 1987 Ocean & In-River Mgt Agreement for Upper Columbia River FAll Chinook & Coho Salmon is adopted. SO ORD                     S MA 7/24/87 e/m 7/24/87 ntfd |
| AUG 5 | 1452) | T/P proceedings had 7/14/87 before Judge Marsh |
| 7 | 1453) | State of Idaho's mot to reconsider & to amend opn & memo in support     [c-MA] |
| 7 | 1454) | Rec of ord setting Idaho's mot to reconsider & to amend opn #1453 on Judge Marsh's Tues 9/8/87 noa m/c.                     MA ntfd                [MC 9/8/87]noa |
| 10 | 1455) | T/P of proceedings had 5/28/87 before Judge Marsh |
| 17 | 1456) | State of Washington's response to Idaho's mot for reconsideration         [c-MA] |
| 17 | 1457) | Affid of svce by mailing                                                   [c-MA] |
| 20 | 1458) | Warm Springs Tribe's memo in opposn to Idaho's mot to reconsider & amend opn [c-MA] |
| 20 | 1459) | Cert of svce |
| 21 | 1460) | Mot of the Yakima Nation & Nez Perce Tribe of Idaho to strike Idaho's mot for reconsideration & for assessment of costs & atty's fees as sanctions pursuant to FRCP 11                                                           [c-MA] |
| 21 | 1461) | Yakima Nation & Nez Perce Tribe of Idaho's memo in support of mot to strike Idaho's mot for reconsideration & for sanctions agnst Idaho cnsl pursuant to Civil Rule 11                                                         [c-MA] |
| 21 | 1462) | Affid of Jean Edwards                                                      [c-MA] |
| 21 | 1463) | Affid of mailing                                                          [c-MA] |
| 21 | 1464) | US response to Idaho's mot to reconsider & amend opn                       [c-MA] |
| 21 | 1465) | Rec of ord setting mot of Yakima Nation & Nez Perce Tribe of Idaho to strike Idaho's mot for reconsideration & for assessment of costs & atty's fees as sanctions #1860 on Judge Marsh's Tues 9/8/87 noa m/c.                     MA ntfd                [MC 9/8/87]noa |
| 24 | 1466) | Cert of svce |
| 27 | 1467) | Idaho's reply to Washington's response to Idaho's mot for reconsideration. c/MA. |
| 27 | 1468) | Yakima Indian Nation's concorrence with in memo of Warm Springs and Umatilla Tribes.                                                                     c/MA. |
| 27 | 1469) | Affidav. of Mailing.                                                         c/MA. |
| 27 | 1470) | Response of the Confederated Tribes of the Umatilla Indian Reservation to Idahos' mot to reconsider and to amend opinion re 1987 Ocean and in-river management agreement.                                                           c/MA. |
| 27 | 1471) | Cert. of Serv.                                                             c/MA. |
| 28 | 1472) | Nez Perce Tribe of Idaho's concurrence w/thje memo of Warm Springs & Umatilla Tribes                                                               [c-MA] |
| 28 | 1473) | Cert of scv. |

(SEE PAGE 21)

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA | CONF TRIBES, et al | DOCKET NO. 68-513MA<br>PAGE 21 OF ____ PAGES |

| DATE<br>1987 | NR. | PROCEEDINGS |
|---|---|---|
| SEPT 1 | 1474) | Notc of substitution of cnsl of Cheryl F. Coodley Asst Atty Genrl be substituted<br>for Michael A. Holstun as Attys for State of Oreg. |
| 2 | 1475) | Idaho's reply to the Confederated Tribes of the Umatilla Indian Reservation's<br>response to Idaho's mot for reconsidcation                                [c-MA] |
| 2 | 1476) | Affid of Dexter R. Pitman                                                    [c-MA] |
| 3 | 1477) | Idaho's reply to Warm Springs, Nez Perce & Yakima Tirbes' responses to Idaho's<br>mot to reconsider                                                    [c-MA] |
| 3 | 1478) | Affid of Dexter R. Pitman                                                    [c-MA] |
| 4 | 1479) | Idaho's reply to US response to Idaho's mot to reconsider                     [c-MA] |
| 23 | 1480) | Notc of change of address of the Atty Gen in Olympia, WA. |
| OCT 9 | 1481) | OPN-Idaho's mot for reconsideration is denied. The Confederated Tribes & Bands<br>of the Yakima Nation & Nez Perce Tribes' mot to strike & for sanctions is<br>denied.                               s MA 10/9/87 c/m 10/9/87 ntfd |
| 9 | 1482) | ORDER-The State of Idaho's mot for reconsideration (#1453) is DENIED. The<br>Confederated Tribes & Bands of the Yajima Nation & Nez Perce Tirbes'<br>mot to strike & for sanctions (#1460) is DENIED. SO ORD<br>s MA 10/9/87 e/m 10/9/87 ntfd |
| 19 | 1483) | Pltf Intervenor Conf TRIbes of the Umatilla Indian Reservation notc of<br>substitution of cnsl of Douglas Nash in place of Weisha Mize          [c-MA] |
| 19 | 1484) | Cert of svce |
| DEC 31 | 1485) | Req & mot of Washington State Trollers Assn for ord allowing substitution of<br>attys                                                            [to MA] |
| 31 | 1486) | Mot for leave for ord allowing special proactice & appearance by Wash Trollers<br>Assn                                                            [to MA] |
| 31 | 1487) | Notc of substitution of ayys of Donald D. Stuart                        [to MA] |
| 31 | 1488) | cert of svce by mail |
| **1988** | | |
| JAN 6 | 1489) | ORDER ALLOWING SUBSTITUTION OF AAYS for Donald D. Stuart for Mark Bennett as<br>atty for Washington State Trollers Assn.<br>s MA 1/6/88 ntfd |
| MAR 11 | 1490) | Pltfs mot for ord approving Columbia River Mgt Plan                      [to MA] |
| 11 | 1491) | Cert of svce |
| 14 | 1492) | Rec of ord setting mot for ord approving Columbia River Mgt Plan #1490 for<br>hrg before Judge Marsh Tues 4/19/88 at 9:30 am.<br>MA ntfd                    [HRG 4/19/88] |
| 17 | 1493) | State of Idaho's mot for ext of time to respond to mot for ord approving Columbia<br>River Mgt Plan                                                    [c-MA] |
| 17 | 1494) | Notc of substitution of cnsl of Narda Pierce for DAniel William Wyckoff for<br>State of Washington                                                    [to MA] |
| 17 | 1495) | Affid of svce by mail |
| 18 | 1496) | Parties joint objn to Idaho's mot for ext of time (re #1493)              [c-MA] |
| 18 | 1497) | Amici Curiae Columbia River Fisherman's Protective Union & NW Gillnetters<br>Assn's mot for ext of time w/in which to respond to mot for ord approving<br>Columbia River Mgt Plan                                                [c-MA] |

(OVER)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 68-513MA |
|---|---|---|
| | | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1988 | | |
| MAR 24 | 1498) | Makah Indian Tirbe's mot to file oversized brief |
| 24 | 1499) | Affid in support of Makah Indian Tribe's mot to file oversized brief |
| 24 | 1500 | Cert of svce |
| 24 | 1501) | Rec of ord State of Idaho's mot for ext of time to respond to Mgt Plan (#1493) is granted until 4/8/88. ORD Amici Curia Columbia River Fisherman's protective Union & NW Gillnetter's Assn mot for ext of time to respond to Mgt Plan (#1497) is granted until 4/8/88. ORD Makah Indian Tirbe's mot to file oversized brief denied.          MA ntfd |
| 25 | 1502) | Rec of ord Makah Indian Tribe's o/req for ext to file its mot to interven GRANTED to Fri 4/1/88 by 5 pm.          MA ntfd |
| 28 | 1503) | Defts Makah INdian Tribe's mot for admission of attys Pro Hac Vice of Alvin J. Ziontz & Marc Slonim          [to MA] |
| 28 | 1504) | Affid in support of mot for admission of attys PRO HAC VICE          [to MA] |
| 28 | 1505) | Cert of svce |
| 28 | 1506) | Rec of ord: At req of Marvin D. Osborne. the Shoshone Bannock Tribe is granted until 4/8/88 to retain new cnsl. By 4/8/88 the new cnsl is to report to the ct & the ct will then consider any further extns.          MA ntfd |
| 30 | 1507) | Rec of ord granting mot for adm of attys Pro Hac Vice (#1503)          MA ntfd |
| APR 1 | 1508) | Mot of Makah Tribe to intervene o/a reqstd          [c-MA] |
| 1 | 1509) | Makah Brief in support of mot to intervene          [c-MA] |
| 1 | 1510) | 3/24/88 affid of George Bowechop          [c-MA] |
| 1 | 1511) | 3/24/88 affid of Stephen H. Joner          [c-MA] |
| 1 | 1512) | 3/31/88 affid of Alvin J. Ziontz          [c-MA] |
| 1 | 1513) | Cert of svce |
| 4 | 1514) | Deft-Intervenor State of Idaho's mot to ext hrg date & establish hrg schedule o/a & expdtd hrg reqstd          [c-MA] |
| 4 | 1515) | State of Idaho's objns to proposed 10 yr Columbia River Fish Mgt Plan [c-MA] |
| 4 | 1516) | Declaration of Geo K. Meier, II in support of Idaho's mots for hrg date ext & scheduling ord          [c-MA] |
| 4 | 1517) | Notc of appearance of cnsl-Catherine E. WIlson for Confederated Tribes of The Umatilla Indian Reservation |
| 5 | 1518) | Columbia River Fish Mgt Plan-page correction (Index) by Pltf          [c-MA] |
| 6 | 1519) | Rec of ord striking o/a mot for adoption of Mgt Plan from 4/19/88 cal. ORD Makah Indians' mot to intervene (#1508) set for 9:30 am o/a on Judge Marsh's 4/19/88 Cal. ORD status conf on scheduling of mot for adoption of mgt plan set 4/19/88 at 9:30 unless parties submit stip scheduling ord.          MA ntfd          [MC 4/19/88]o/a |
| 6 | 1520) | Notc of substitution of cnsl of Thane W. Tienson as atty for NW Gillnetters Assn in place of Charles Yates.          [to MA] |
| 8 | 1521) | Comments of Amicus Wash State Trollers Assn to Columbia River Fish Mgt Plan [c-MA] |
| 8 | 1522) | Cert of svce |
| 8 | 1523) | Memo in opposn to mot for ord approving Columbia River Fish Mgt Plan          [c-MA] |

(SEE PAGE TWENTY-TWO)

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA | conf tribes, et al | DOCKET NO. 68-513MA<br>PAGE 22 OF ___ PAGES |

| DATE 1988 | NR. | PROCEEDINGS |
|---|---|---|
| Apr 8 | 1524) | Rec of ord based upon the representation made by phone on 4/7/88, by Marvin D. Osborne, the Shoshone-BAnnock tribe is granted until 4/13/88 to report on the status of legal cnsl to the ct.<br>     MA ntfd |
| 8 | 1525) | Rec of phone conf: striking hrg on 4/19/88 & resetting hrg on Makah Indian's mot to intervene (#1508) & scheduling conf to 7:30 am. 4/28/88. Any opposn to Makah's mot to intervene (#1508) is due 4/19/88 w/ no reply necessary. Rec of ord paties to respond to 4/8/88 ltr req of ct by 4/22/88.<br>     MA Ntfd        [Conf 4/28/88] |
| 14 | 1526) | Defts notc of substitution of cnsl of Cheryl F. Coodley , Asst Atty Genrl is substituted for Michael A. Holston as atty for State of Oreg   [c-MA] |
| 14 | 1527) | Affid of svce by mail                  [c-MA] |
| 14 | 1528) | Rec of ord Shoshone-BAnnock tribe's oral mot for ext of time GRANTED. Shoshone-Bannock to submit any opposn to mot for ord approving the Columbia Mgt Plan (#1490) & to Makah Indian's Mot to intervene (#1508) by 4/22/88. Reply to ltr of ct dated 4/8/88 due 4/22/88. REC of ord: pursuant to LR 110-2(b) Daniel Press may petition w/appropriate affid to appear pro hac vice on behalf of the Shoshone-Bannock Tribe.    MA ntfd |
| 14 | 1529) | Rec of ord : At the req fo the proponents who advise that Idaho does not object, the deadline to reply to Idaho's objns to the mot for adoption of the Columbia River Mgt Plan (#1490) is ext to 4/20/88.<br>     MA ntfd |
| 19 | 1530) | Response to comments of amicus Wa. State Trollers to COlumbia RIver Fish Mgmt plan |
| 19 | 1531) | Memo of moving parties in response to Makah Tribe's mot to intervene |
| 19 | 1532) | Affidvt of serv by mail of doc 1531 |
| 20 | 1533) | Affidvtof serv by mail of doc 1530 |
| 20 | 1534) | REply of moving parties to Idaho's objns to the Columbia River Fish Mgt Plan [c-MA] |
| 22 | 1535) | Deft Shoshone-Bannock Tribes mot Pro hac vice of DAniel S. Press   [c-MA] |
| 22 | 1536) | Notc of substitution of cnsl for Shoshone BAnnock Tribes of Daniel S. Press to represent their interests           [c-MA] |
| 22 | 1537) | Objns of the Shoshone Bannock Tribes to the Columbia River Fish Mgt PLan [c-MA] |
| 22 | 1538) | Makah Tribe's response to Ct's 4/8/88 ltr req re procedures for mot to approve plan                  [c-MA] |
| 22 | 1539) | Cert of svce |
| 22 | 1540) | Idaho's memo concerning procedural requirements & scheduling   [c-MA] |
| 22 | 1541) | Suplmntl cert of svce to Makah Tribe's cnsl |
| 22 | 1542) | Moving parties stmnt of position re procedures & scheduling of mot for ord approving Columbia River Mgt Plan         [c-MA] |
| 22 | 1543) | Cert of svce |
| 25 | 1544) | Mot of Idaho SteelHead & Salmon Unltd for leave to appear Amicus Curiae [to MA] |
| 25 | 1545) | Affid of DAn Magers in support of mot for leave to apepar Amicus Curiae [c-MA] |
| [22 | 1543a) | Moving parties response to Amici Curiae Gillnetters' memo in opposn to mot for ord approving Columbia River Fish Mgt Plan      [c-MA] |
| 25 | 1546) | Suplmntl cert of svce1535 & 1537 |
| MAY 5 | 1547) | Moving parties joint reply to objns of Shoshone-BAnnock Tribes to the Columbia River Fish Mgt Plan           [c-MA] |

(OVER)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 68-513MA |
|---|---|---|
| | | PAGE ___ OF ____ PAGES |

| DATE 1988 | NR. | PROCEEDINGS |
|---|---|---|
| MAY 11 | 1548) | Shoshone Bannock ltr brief re exclusion from negotiations"    [to MA] |
| 12 | 1549) | Yakima Indian Nation's suplmntl memo in opposn to the Makah Tribe's mot to intervene                                                    [c-MA] |
| 12 | 1550) | Moving parties' memo re ct's req for addtnl briefing on Makah Tribe's mot to intervene                                               [c-MA |
| [APR 28 | 1546a) | Rec of mot hrg scheduling conf: ORD Dft Shoshone-BAnnock Tirbes' mot to admit DANie S. Press Pro Hac Vice #1535 GRANTED. ORD Dfts Makah Tribe's mot for admission pro hac vice of attys. Alvin J. Ziontz & Marc Slonim Pro hac vice #1503 GRANTE ORD mot of Makah Tibe to intervene (#1508) held in abeyance. ORD moving partie shall file suplmntl opposn to Makah Tribe mot to intervene 5/12/88, Makah Tribe's reply shall be filed 5/24/88. Upon submission of Makah Tirbe's reply on 5/24/88, the matter will be taken u/a. ORD Dft Shoshone BAnnock on 5/9/88, shall submit ltr to ct setting forth specific times they were excluded from negotiations. ORD Dft Shoshone BAnnock's o/mot for ltd discvy held in abeyance. ORD State of Idaho's oral mot for ltd discvy held in abeyance. ORD Idaho Steelhead & Salmon Unltd's mot for leave to appear Amicus Curiae (#1544) DENIED. ORD Amicus N.W. Gillnetters Assn's oral mot for ltd discvy to find out why they were excluded from praticipation DENIED. ORD State of Wash's oral mot to admit Narda Pence Pro Hac Vice GRANTED. (d.d. 5/18/88)                                            MA ntfd |
| MAY 19 | 1551) | Rec of ord: Shoshone BAnnock Tribe's phone req to respond to moving parties' joint reply to Shoshone-Bannock's objns to Columbia River Mgt Plan GRANTED as follows. Idaho's req to respond (#1540) to moving parties' joint reply to Idaho's objns to Columbia River Mgt Plan GRANTED as follows: Shoshone-Bannock & Idaho are allowed to respond only to new issues raised by moving parties to their joint replies. Suplmntl responses is due 5/31/88. Further ruling on procedural requirements & scheduling matters is u/a.                                           MA ntfd |
| 23 | 1552) | Makah Tribe's mot to ext time to file reply brief expdtd consideration reqstd [c-MA |
| 23 | 1553) | Cert of svce |
| 23 | 1554) | T/P of proceedings had 4/28/88 |
| 24 | 1555) | Rec of ord-Makah Tribe's mot to ext time to file reply brief to 6-3 is granted.                                            MA n/b |
| 27 | 1556) | Rec of ord Atty for Shoshone-Bannock is to provide copies of his ltr of 5/9/88 & attchments to all cnsl                          MA ntfd |
| 31 | 1557) | State of Idaho's response to reply of moving aprties re the Columbia River Fish Mgt Plan                                             [c-MA] |
| 31 | 1558) | Affid of DAvid L. Hanson                                       [c-MA] |
| 31 | 1559) | Affid of Donald W. Chapman                                     [c-MA] |
| 31 | 1560) | Affid of Dexter R. Pitman                                      [c-MA] |
| 31 | 1561) | Rec of ORD: Shoshone Bannock's tel mot for x/time til 6/6/88 to file supp response to moving parties joint reply to Shoshone Bannock's obj to Columbia River Plan Granted.                                              MA n/b |
| JUN 1 | 1562) | Filed Letter (copy) to Judge MA 5/9/88 from Shoshone-Bannock |
| 1 | 1563) | Filed orig letter to Judge MA 5/31/88 from Shoshone-Bannock |
| 1 | 1564) | Cert of serv |
| 3 | 1565) | Pltf's memo re subsequent decision in a prior referenced case           [to MA] |

(SEE PAGE TWENTY_THREE)

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA | CONF TIRBES, et al | DOCKET NO. 68-513MA<br>PAGE 23 OF _____ PAGES |

| DATE<br>1988 | NR. | PROCEEDINGS |
|---|---|---|
| JUNE 3 | 1566) | Makah Reply Brief in support of intervention                                    [c-MA] |
| 6 | 1567) | Shshone-Bannock Tribe's mot to substitute cnsl of Howard Funke for DAniel S. Press |
| 6 | 1568) | Rec of ord all briefing recvd by ct on Makah's mot to intervene #1508 except for Makah's response to moving parties' memo re: subsequent decision in a prior referenced case. Makah response, if any, due 6/14/88 at which time mot will be u/a.                    MA ntfd |
| 8 | 1569) | Makah response to Moving parties' memo re Makah v Baldrige                    [c-MA] |
| 8 | 1570) | Cert of svce |
| 9 | 1571) | Shoshone-Bannock Tribes' response to Moving Parties joint reply to objns of Shoshone Bannock Tribes to the Columbia River Fish Mgt Plan        [c-MA] |
| 9 | 1572) | Rec of ord Shoshone-Bannock Tribe's mot to substitute Howard Funke for Daniel S. Press as its cnsl #1567 granted. ORD Shoshone' Bannock Tribes' response to moving parties' joint reply to objns of Shoshone-Bannock Tribes to the Columbia River Fish Mgt Plan #1571 has been filed by the clk's ofc but is not in proper form. This pleading shall be refiled as "Amended suplmntl response" shall be no more than 35 pgs in length, typed on numbered pleading papers & in all other ways comply w/the local rules of this ct. Filing shall be made by Tues 6/14/88 at 4 pm.          MA ntfd |
| 9 | 1573) | Affid of Jean Edwards                                                          [c-MA] |
| 9 | 1574) | Cert of svce |
| 13 | 1575) | Mot of the Quinault, Hoh, Quileute, & Klallam Tribes for leave to appear as Amicus Curiae                                                            [c-MA] |
| 13 | 1576) | Memo of Amicus Quinault to mot                                                 [c-MA] |
| 13 | 1577) | Moving parties' req for status conf                                            [c-MA] |
| 14 | 1578) | Mot for ext of time to file Shoshone-Bannock Tribes response to moving parties' joint reply to objns of Shoshone-Bannock to the Columbia River Fish Mgt Plan                                                                      [to MA] |
| 14 | 1579) | Shoshone-BAnnock Tribes' Amended response to moving parties joint reply to objns of Shoshone-Bannock Tribes to the Columbia River Fish Mgt Plan    [to MA] |
| 14 | 1580) | 2nd Memo of UNderstanding, appendix to 6/9/88 Shoshone-BAnnock Tribes' suplmntl response                                                               [c-MA] |
| 14 | 1581) | Table of Contents to 6/9/88 Shoshone-Bannock Tribes' response to moving parties' joint reply to objns of Shoshone-BAnnock Tribes to Columbia River Fish Mgt Plan                                                                      [c-MA] |
| 14 | 1582) | Attachment to 5/9/88 ltr to Judge Marsh exh A of appendix to 6/9/88 Shoshone-Bannock Tribes Suplmntl response                                          [c-MA] |
| 14 | 1583) | Cert of svce |
| 15 | 1584) | Rec of ord: mot for ext of time to file Shoshone-BAnnock Tribes response to moving parties' joint reply to objns of Shoshone-Bannock to the Columbia River Plan Mgt Plan #1578 moot.   MA ntfd |
| 23 | 1585) | Rec of ord: Moving Parties' req for status conf is DENIED. The ct will accept no further briefing on the mot for ord approving Columbia River Mgt Plan (#1490). Hrg on mot #1490 is in recess while the ct meets w/its technical advisor. After the meetings are compltd, mot #1490 will be taken u/a. Mot of Quinault, Hoh, Quileute & Klallam Tribes for leave to appear as amicus curiae (#1575) IS DENIED.   MA ntfd |
| 24 | 1586) | State of Idaho's response to moving Parties' req for status conf              [c-MA] |

(OVER)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | | DOCKET NO. _____ |
| --- | --- | --- | --- | --- |
| | | | | PAGE ____ OF _____ PAGES |

| DATE | NR. | PROCEEDINGS | |
| --- | --- | --- | --- |
| 1988<br>Jul 21 | 1587 | Mot to subst. transcript of addresses to the n/west power planning cnsl's 1st round table in lieu of testimony by 2 expert witnesses & req. for judicial notc | |

Docket as of September 12, 2000 7:20 pm              Page 7

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

3/11/88   1490    MOTION by plaintiff USA for ord approving Columbia River
                  Management Plan (noa) (df) [Entry date 09/09/88]

4/1/88    1490    MOTION to intervene of Makah Tribe (noa) (df)
                  [Entry date 09/09/88]

9/9/88    1588    Opinion   The Makah Tribe's mot to intervene as of right or
                  alternatively for permissive intervention is denied. Signed
                  9/9/88 microfilmed 9/9/88 Honorable Malcolm F. Marsh (df)

9/9/88    1589    Opinion   I grant the motion of the moving parties & adopt
                  the Columbia River Fish Mgt Plan, as amended . Signed
                  9/9/88 microfilmed 9/9/88 Honorable Malcolm F. Marsh (df)

9/9/88    1590    ORDER denying motion to intervene of Makah Tribe (1508) &
                  the motion for order approving Columbia River Fish Mgt Plan
                  (#1490) is granted w/ the following amendments: Pg 3, Sec
                  1A, add numberal 9, Shoshone-Bannock Tribe, subject to Sec
                  1.G. (see order for added amendments) The Shoshone-Bannock
                  Tribes' mot to substitute (1587) is denied. SO ORD s MA
                  9/9/88 e/m 9/9/88 ntfd. [1490-1] (df)
                  [Edit date 09/13/88]

10/6/88   1591    Notice of appeal by intervenor State of Idaho  from Dist.
                  Court  decision [1490-1] approving the Columbia River Fish
                  Mgt Plan ent on 9/9/88. (df) [Entry date 10/07/88]

10/6/88   --      Received   C/A fee of $: 100.00  D/C fee of $: 5.00 Receipt
                  # 067015) (df) [Entry date 10/07/88]

10/7/88   --      Notification form sent to US Court of Appeals for the Ninth
                  Circuit (df)

10/7/88   1592    Amended Opinion (Plan) I grant the mot of the moving
                  parties & adopt the Columbia River Fish Mgt Plan, as
                  amended. Signed 10/7/88 microfilmed 10/11/88 Honorable
                  Malcolm F. Marsh (df) [Entry date 10/11/88]

10/7/88   1593    Amended Opinion (Intervention)   The Makah Tribe's mot to
                  intervene as of right or alternatively for permissive
                  intervention is denied. Signed 10/7/88 microfilmed 10/11/88
                  Honorable Malcolm F. Marsh (df) [Entry date 10/11/88]

10/7/88   1594    Amended ORDER-Amending opns filed herrein 9/9/88, the Makah
                  Tribe's mot to intervene (#1508) is DENIED & the mot for
                  ord approving Columbia River Fish Mgt Plan (#1490) is
                  GRANTED w/amendments (see ord for specifics re amendments)
                  The Shoshone-Bannock Tribes' mot to substiture (#1587) is
                  denied. SO ORD Signed 10/7/88 microfilmed 10/11/88
                  Honorable Malcolm F. Marsh (df) [Entry date 10/11/88]

Docket as of September 12, 2000 7:20 pm            Page 8

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

10/11/88 1595    Notice of appeal by defendant Makah Tribe  from Dist. Court
                 decision [1490-1] ent on 9/9/88 which denied the Makah
                 Tribe's mot to intervene & granted the mot for ord
                 approving Columbia River Mgt Plan. (df)

10/11/88 --      Received   C/A fee of $: 100.00  D/C fee of $: 5.00 (
                 Receipt # 66773) (df)

10/11/88 --      Notification form sent to US Court of Appeals for the Ninth
                 Circuit (df)

10/11/88 1596    Certificate of svce for notc of appeal by defendant Makah
                 Tribe (df)

10/17/88 1597    Transcript Designation and Ordering Form for date(s)
                 4/28/88 by appellant State of Idaho (df)
                 [Entry date 10/18/88]

10/18/88 --      Certificate of Record Transmitted to US Court of Appeals
                 for the Ninth Circuit (Notc of appeal filed 10/6/88 by Deft
                 State of Idaho) on 10/18/88 for t/p 4/28/88 #1554 (df)

10/21/88 1598    Amended Notice of appeal by intervenor State of Idaho  from
                 Dist. Court decision [1594-1] ent on 10/7/88 (df)

10/21/88 --      Notification form sent to US Court of Appeals for the Ninth
                 Circuit (df)

10/28/88 1599    Amended Notice of appeal by defendant Makah Tribe  from
                 Dist. Court decision amended ord ent 10/7/88 (df)

10/28/88 1600    Certificate of svce by defendant Makah Tribe (df)

10/28/88 --      Notification form sent to US Court of Appeals for the Ninth
                 Circuit (df)

11/8/88  1601    Notice of appeal by intervenor Shoshone Bannock]  from
                 Dist. Court decision [1590-1] ent 9/9/88 ,amended by ord
                 ent 10/7/88. (df) [Entry date 11/09/88]

11/8/88  --      Received   C/A fee of $: 100.00  D/C fee of $: 5.00 (
                 Receipt # 67617) (df) [Entry date 11/09/88]

11/8/88  --      Notification form sent to US Court of Appeals for the Ninth
                 Circuit (df) [Entry date 11/09/88]

11/18/88 1602    Transcript Designation and Ordering Form for date(s)
                 7/25/86,3/27/87, 7/14/87 & 4/28/88 (df)
                 [Entry date 11/21/88]

11/21/88 1603    Transcript Designation and Ordering Form for date(s)
                 7-25-86,3-27-87,7-14-87, & 4-28-88-all have been filed. (te)

[Entry date 01/30/89]

Docket as of September 12, 2000 7:20 pm                Page 9

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

11/30/88 1604    Transcript Designation and Ordering Form for date(s)
                 4/28/88 to the amended appeal filed 10/28/88. (te)
                 [Entry date 01/30/89]

11/30/88 1605    Certificate of service of trans. designation form for the
                 Makah Indian Tribe. (te) [Entry date 01/30/89]

1/12/89  1606    Certified Copy of Order from the US Court of Appeals for
                 the Ninth District that w/in 14 days of the entry of this
                 ord-cnsl wishing to participate in the prebriefing conf.
                 shall ntfy C/A. ntfd. (te) [Entry date 01/30/89]

1/20/89  1607    Columbia River Fisheries enforcement referral agreement
                 with Warm Springs Tribe. (te) [Entry date 01/30/89]

2/6/89   1608    Substitution of counsel on behalf of Umatilla Indian
                 Confederated Tribes  ,n" attorney Craig Dorsay is
                 substituted for CATHERINE WILSON for Umatilla Indian
                 Confederated Tribes (df)

2/24/89  1609    MOTION to intervene by Confederated Tribes of the Colville
                 Reservation #1609 o/a reqstd (df)

2/24/09  1610    Memorandum  in support of motion to intervene by
                 Confederated Tribes of the Colville Reservation #1609 o/a
                 reqstd [1609-1] (df)

2/24/89  1611    Certificate of svce by Colville Tribes of mot to intervene
                 (df)

2/27/89  1612    RECORD OF ORD; setting  motion to intervene by Confederated
                 Tribes of the Colville Reservation #1609 on Fri 4/7/89 at
                 9:30 am. ORD any briefs in opposn to the mot to intervene
                 #1609 shall be filed b 3/10/89, replies shall be filed by
                 3/17/89 ea by 4:00 pm. ntfd Honorable Malcolm F. Marsh (df)

3/1/89   1613    MOTION by intervenor Nez Perce Tribe to withdraw ROBERT C
                 STROM as attorney #1613 (df)

3/1/89   1614    Certificate of svce by intervenor Nez Perce Tribe (df)

3/2/89   1615    Substitution of counsel on behalf of State of Washington
                 ,n" attorney Robert K. Costello is substituted for NARDA
                 PIERCE for State of Washington (df) [Entry date 03/03/89]

3/2/89   1616    Certificate  of svce for substitution of cnsl (df)
                 [Entry date 03/03/89]

Docket as of September 12, 2000 7:20 pm                   Page 10

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

3/9/89    1617    RECORD OF ORD: based on req of Atty Tim Weaver, the filing
                  of opposn briefs to mot to intervene of Colville Cconf
                  Tribes #1609 is ext to 3/17/89, replies shall be filed
                  3/24/89. ORD striking hrg on  motion to intervene by
                  Confederated Tribes of the Colville Reservation #1609 from
                  3/17/89 & resetting for hrg on 4/24/89 at 8:30 am. ntfd
                  Honorable Malcolm F. Marsh (df) [Entry date 03/14/89]

3/14/89   1618    RECORD OF ORD: Robert C. Strom's mot to w/draw as cnsl for
                  pltf-Intervenor, Nez Perce Tribe #1613 will be granted upon
                  the date the ct is ntfd that substitute cnsl has been
                  selected & has appeared.ntfd Honorable Malcolm F. Marsh (df)
                  [Entry date 03/16/89]

3/17/89   1619    Memo by intervenor Confederated Tribes of Warm Springs in
                  opposition to motion to intervene by Confederated Tribes of
                  the Colville Reservation #1609 o/a reqstd [1609-1] (df)

3/17/89   1620    Certificate of svce by intervenor Confederated Tribes of
                  Warm Springs (df)

3/17/89   1621    Comments by plaintiff USA  re  motion to intervene by
                  Confederated Tribes of the Colville Reservation #1609 o/a
                  reqstd [1609-1] (df) [Entry date 03/20/89]

3/17/89   1622    Memo by intervenor Umatilla Indian Confederated Tribes in
                  opposition to motion to intervene by Confederated Tribes of
                  the Colville Reservation #1609 o/a reqstd [1609-1] (df)
                  [Entry date 03/20/89]

3/17/89   1623    Memo by intervenor Yakima Indian Confederated Tribes  in
                  opposition to motion to intervene by Confederated Tribes of
                  the Colville Reservation #1609 o/a reqstd [1609-1] (df)
                  [Entry date 03/20/89]

3/17/89   1624    Affidavit of Jean Edwards in support of Yakima Indian
                  Naation's memo in opposn to Colville Tribe's mot to
                  intervene #1623 (df) [Entry date 03/20/89]

3/17/89   1625    Declaration of Levi Geoge in support of the Yakima Indian
                  NAtion's memo in opposn to Colville Tribe's mot to
                  intervene (df) [Entry date 03/20/89]

3/17/89   1626    Certificate of svce by intervenor Yakima Indian
                  Confederated Tribes (df) [Entry date 03/20/89]

3/20/89   1627    Response by defendant State of Washington  to motion to
                  intervene by Confederated Tribes of the Colville
                  Reservation #1609 o/a reqstd [1609-1] (df)

3/20/89    1628    Certificate of svce by defendant State of Washington (df)

3/20/89    1629    Suplmntl Certificate of svce for comments of USA re
                   Colville's mot to intervene by plaintiff USA (df)


Docket as of September 12, 2000 7:20 pm              Page 11

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

                   [Entry date 03/21/89]

3/21/89    1630    Memo by intervenor Nez Perce Tribe  in opposition to motion
                   to intervene by Confederated Tribes of the Colville
                   Reservation #1609 o/a reqstd [1609-1] (df)

3/21/89    1631    Attorney Douglas Nash appearance for intervenor Nez Perce
                   Tribe (df)

3/21/89    1632    Certificate of svce by intervenor Nez Perce Tribe (df)

3/24/89    1633    Reply Brief filed by intervenor-plaintiff Conf
                   Tribes/Colville (df)

3/24/89    1634    Certificate of svce by intervenor-plaintiff Conf
                   Tribes/Colville (df)

3/24/89    1635    Certified copy of Order from the US Court of Appeals for
                   the Ninth District   Appeal Nos. 88-4311 & 88-4347 are
                   consolidated. Appeal nos. 88-3976, 88-4316 & consolidated
                   nos 88-4311 & 88-4347 will be calendared for disposition by
                   the same panel at the same time. Briefing is complete in
                   no. 88-3976. Briefing in nos. 88-4311 & 88-4347 shall
                   proceed as Idaho shall file opening brief of 50 pgs on
                   4/24/89; The Shoshone-Bannock Tribes shall file 40 pg
                   opening brief on 5/15/89;All appelees except the U.S. shall
                   file a 90 pg ans brief on 8/4/89; U.S. ans brief of 30 pgs
                   on 8/18/89; Idaho to file reply brief of 25 pgs on 9/1/89;
                   Shoshone-Bannock Tribes to file reply brief of 25 pgs on
                   9/8/89. Briefing in 88-4316 as Appellant to file opening
                   brief of 50 pgs on 6/16/89; Appellees except U.S. to file
                   joint brief of 50 pgs on 9/15/89; U.S. ans brief of 30 pgs
                   on 9/29/89; Shoshone-Bannock to file suplmntl ans brief of
                   30 pgs on 9/29/89; Reply brief of 35 pgs on 10/27/89. These
                   appeals to be on 12/89 cal in Seattle. All documents for
                   Nez Perce Tribe to Allen Pinkham, Tribal Chairman, Nez
                   Perce Tribal Executive Committee, PO Bx 305, Lapwai, ID
                   83540; until an appearance is ent. (df)
                   [Entry date 03/29/89]

4/7/89     1638    Notice to parties b Dale T. White of Whiteing, Thompson &
                   White of Boulder, CO 80301 that the are not cnsl to any
                   party to this action and their name should not appear by
                   any parties on their certificate of svce (df)
                   [Entry date 04/11/89]

4/10/89    1636    Substitution of counsel on behalf of Trollers Assoc
                   Washington State  James A. Wexler of Mitchell, Lang & Smith
                   of Seattle, Washington is substituted as atty in place of

Donald Stuart (df) [Entry date 04/11/89]

4/10/89    1637    Affidavit of Svce of w/drawal & subs of cnsl of Beverly L.
                   Bailey (df) [Entry date 04/11/89]

Docket as of September 12, 2000 7:20 pm                    Page 12

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

4/21/89    1639    MOTION by intervenor-plaintiff Conf Tribes/Colville to
                   proceed *Pro Hac Vice* of Alan C. Stay #1639 (df)
                   [Entry date 04/24/89]

4/24/89    1640    RECORD OF hrg: granting  motion to proceed Pro Hac Vice of
                   Alan C. Stay #1639 [1639-1] granting  motion to withdraw
                   ROBERT C STROM as attorney #1613 [1613-1] taking under
                   advisement on 4/24/89 motion to intervene by Confederated
                   Tribes of the Colville Reservation #1609 o/a reqstd
                   [1609-1] ntfd, , ,    Honorable Malcolm F. Marsh (df)
                   [Entry date 04/25/89]

5/4/89     1641    Transcript filed had 4/14/88 before Judge Marsh (df)

5/8/89     1642    ORDER  setting scheduling conf on 5/12/89 at 2pm to set an
                   evidentiary hearing to address the question prior to ruling
                   on the merits of the Colvilles' mot to intervene., ntrd
                   Signed 5/8/89 Honorable Malcolm F. Marsh (te)

5/10/89    1643    AMENDED ORDER  re intervention and setting a scheduling
                   conf for 5/12 at 2pm to set an evidentiary hrg. (see file).
                   ntfd Signed 5/9/89 Honorable Malcolm F. Marsh (te)

5/12/89    1644    Additional authority submitted by the Conf Tribes/Colville
                   re□mot to intervene [1609]. (te)

5/12/89    1645    RECORD OF scheduling hrg: ORD by 6/9/89 Colville Tribe
                   submits memo on how it wishes to proceed. Other parties
                   submit responses by 6/23/89. A further scheduling hrg will
                   then be set., ntfd Honorable Malcolm F. Marsh (df)
                   [Entry date 05/17/89]

6/5/89     1646    MOTION by defendant State of Washington for temporary
                   restraining order agnst The Conf Tribes of The Colville
                   Reservation, applicant for intervention #1646 (df)
                   [Entry date 06/06/89]

6/5/89     1647    Memorandum by defendant State of Washington  in support of
                   motion for temporary restraining order agnst The Conf
                   Tribes of The Colville Reservation, applicant for
                   intervention #1646 [1646-1] (df) [Entry date 06/06/89]

6/5/89     1648    Affidavit of Joseph Blum regarding motion for temporary
                   restraining order agnst The Conf Tribes of The Colville
                   Reservation, applicant for intervention #1646 [1646-1] (df)
                   [Entry date 06/06/89]

6/5/89     1649    Response by defendant State of Washington to motion to

intervene by Confederated Tribes of the Colville
Reservation #1609 o/a reqstd [1609-1] (df)
[Entry date 06/06/89]

Docket as of September 12, 2000 7:20 pm              Page 13

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

6/5/89    1650    Memorandum by intervenor-plaintiff Conf Tribes/Colville  in
                  opposition to motion for temporary restraining order agnst
                  The Conf Tribes of The Colville Reservation, applicant for
                  intervention #1646 [1646-1] (df) [Entry date 06/06/89]

6/5/89    1651    RECORD OF hrg: denying motion for temporary restraining
                  order agnst The Conf Tribes of The Colville Reservation,
                  applicant for intervention #1646 .ORD admitting Robert K.
                  Costello pro hac vice for purposes of this case. Mr.
                  Costello's affid shall be filed which supports the o/mot
                  for admission. ntfd Honorable Malcolm F. Marsh (df)
                  [Entry date 06/06/89]

6/12/89   1652    Colville Tribes informational filing re limited fishery on
                  Icicle Creek, a tributary of the Wenatchee River. (df)

6/12/89   1653    Memorandum  (in support of A/Complnt to be filed at a later
                  date, if approved)by intervenor-plaintiff Conf
                  Tribes/Colville (df) [Entry date 06/14/89]

6/12/89   1654    Certificate  of svce of memo by intervenor-plaintiff Conf
                  Tribes/Colville (df) [Entry date 06/14/89]

6/15/89   1655    Certificate of svce for Memo in opposn for req for TRO by
                  intervenor-plaintiff Conf Tribes/Colville (df)

6/16/89   1687    Certificate of svce by defendant State of Oregon (fshr)
                  [Entry date 08/17/89]

6/19/89   1656    Affidavit of Robert K. Costello in support of oral mot to
                  appear pro hac vice (te)

6/19/89   1657    Certificate  of service of document [1656]. (te)

6/23/89   1658    Memorandum by intervenor Yakima Indian Confederated Tribes
                  in response to Colville's A/Complnt (df)

6/23/89   1659    Certificate of svce by intervenor Yakima Indian
                  Confederated Tribes (df)

6/23/89   1660    Memorandum by intervenor Nez Perce Tribe  in response  to
                  a/complnt & memo The Colville Tribe (df)

6/23/89   1661    Certificate of svce by intervenor Nez Perce Tribe (df)

6/23/89   1662    Response by plaintiff USA  to Colville Tribes' stmnt on
                  procedure for considering motion to intervene by

Confederated Tribes of the Colville Reservation #1609 o/a
reqstd [1609-1] (df)

6/26/89    1663    Response by Warm Springs Confederated Tribes  to  Colville
                   Tribes' proposed A/Complt (df)

Docket as of September 12, 2000 7:20 pm              Page 14

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

6/29/89    1664    Report of the Signatory parties on the Columbia River Mgt
                   Plan's 6/30/89 Steelhead review (df) [Entry date 06/30/89]

6/29/89    1665    Affidavit of Evelyn Walton (df) [Entry date 06/30/89]

6/29/89    1666    Certificate of svce by defendant State of Oregon (df)
                   [Entry date 06/30/89]

6/30/89    1667    State of Idaho Steelhead Status Report (df)
                   [Entry date 07/03/89]

7/3/89     1668    Transcript filed    held 5/12/89 (df)

7/3/89     1669    Transcript filed held 4/24/89 before Judge Marsh (df)

8/1/89     1670    Petition by intervenor State of Idaho for adoption of New
                   interim Steelhead Mgt provisions for the Columbia River
                   #1670 evidentiary hrg & o/a reqstd (fshr)

8/1/89     1671    Memorandum by intervenor State of Idaho  in support of
                   motion for adoption of New interim Steelhead Mgt provisions
                   for the Columbia River #1670 evidentiary hrg & o/a reqstd
                   [1670-1] (fshr)

8/7/89     1672    Opinion-see order dated 8/7/89 for specifics. ntfd  Signed
                   8/7/89 microfilmed & ent 8/7/89 Honorable Malcolm F. Marsh
                   (fshr)

8/7/89     1673    ORDER granting  motion to intervene by Confederated Tribes
                   of the Colville Reservation #1609 upon the conditions that
                   the Colvilles 1)establish that they have federally secured
                   off-reservation fishing rights w/respect to fish covered by
                   the Mgt Plan before they may take or engage in activity
                   that would affect the Columbia River Fish Mgt Plan & 2)
                   accept the law of this case including the Columbia River
                   Fish Mgt Plan as is now in effect. SO ORD ntfd   Signed
                   8/7/89  microfilmed & ent 8/7/89  Honorable Malcolm F.
                   Marsh (fshr)

8/9/89     1674    RECORD OF ORD: setting for scheduling conf on Fri 8/18/89
                   at 9:00 am. to set briefing & hrg on petition by Intervenor
                   State of Idaho for adoption of new interim steelhead mgt
                   provisions for the Columbia River #1670., ntfd
                   Honorable Malcolm F. Marsh (fshr)

8/10/89    1675    RECORD OF ORD hrg on  motion for adoption of New interim

Steelhead Mgt provisions for the Columbia River #1670 is
set for Wed 8/23/89 at 9:00 am. ORD striking 8/18/89
scheduling conf. All responses to Idaho's petition to adopt
new interim steelhead mgt provisions #1670 shall be filed
by noon 8/16/89, reply by Idaho shall be filed by noon
8/21/89. , ntfd  Honorable Malcolm F. Marsh (fshr)

8/14/89   1676     Status report on Colville Tribal Fisheries (fshr)


Docket as of September 12, 2000 7:20 pm            Page 15

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

          [Entry date 08/15/89]

8/14/89   1677     Certificate of svce by intervenor-plaintiff Conf
                   Tribes/Colville (fshr) [Entry date 08/15/89]

8/14/89   1678     Response by intervenor Nez Perce Tribe, intervenor Umatilla
                   Indian Confederated Tribes, intervenor Confed Tribes W/Spri
                   raising jurisdictional & procedural defenses to Idaho's
                   petition to adopt New Steelhead Mgt. Provisions (fshr)
                   [Entry date 08/15/89]

8/14/89   1679     Supplemental Response by intervenor Umatilla Indian
                   Confederated Tribes  to State of Idaho's petition to adopt
                   New Steelhead Mgt provisions. (fshr) [Entry date 08/15/89]

8/14/89   1680     Certificate of svce by intervenor Nez Perce Tribe,
                   intervenor Umatilla Indian Confederated Tribes, intervenor
                   Confed Tribes W/Spri (fshr) [Entry date 08/15/89]

8/14/89   1681     MOTION by plaintiff USA to dismiss #1681, or in the
                   alternative for summary judgment #1681 (fshr)
                   [Entry date 08/15/89]

8/14/89   1682     Memorandum by plaintiff USA  in support of motion for
                   summary judgment #1681 [1681-2], of motion to dismiss #1681
                   Idaho's petition for adoption of new interim steelhead mgt
                   provisions (fshr) [Entry date 08/15/89]

8/16/89   1683     Position of Colville Tribes re: Idaho's petition to modify
                   Steelhead plan (fshr) [Entry date 08/17/89]

8/16/89   1684     Certificate of svce by intervenor-plaintiff Conf
                   Tribes/Colville (fshr) [Entry date 08/17/89]

8/16/89   1685     Response by defendant State of Oregon  raising
                   jurisdictional & procedural defenses to Idaho's petition to
                   adopt New Steelhead Mgt Provisions (fshr)
                   [Entry date 08/17/89]

8/16/89   1686     Affidavit of Burnell R. Bohn (fshr) [Entry date 08/17/89]

8/16/89   1688     Response by defendant State of Washington  to Idaho's
                   petition to adopt new Steelhead Mgt Provisions (fshr)
                   [Entry date 08/17/89]

8/16/89    1689    Certificate of svce by defendant State of Washington (fshr)
                   [Entry date 08/17/89]

8/16/89    1690    Response by intervenor Yakima Indian Confederated Tribes
                   to Idaho's petition for New interim steelhead Mgt
                   guidelines (fshr) [Entry date 08/17/89]


Docket as of September 12, 2000 7:20 pm                Page 16

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

8/16/89    1691    Affidavit of Jean Edwards  in support of Yakima Indian
                   Nation's memo in opposn to Edaho's petition for adoption of
                   New Interim Steelhead Mgt Provisions (fshr)
                   [Entry date 08/17/89]

8/16/89    1692    Certificate of svce by intervenor Yakima Indian
                   Confederated Tribes (fshr) [Entry date 08/17/89]

8/18/89    1693    Position of Colville Tribes, re Idaho's petition to modify
                   Steelhead Plan (fshr)

8/18/89    1694    Certificate of svce by intervenor-plaintiff Conf
                   Tribes/Colville (fshr)

8/18/89    1695    Response by defendant State of Washington to Idaho's motion
                   for adoption of New interim Steelhead Mgt provisions for
                   the Columbia River #1670 evidentiary hrg & o/a reqstd
                   [1670-1] (fshr) [Entry date 08/21/89]

8/18/89    1696    Certificate of svce by defendant State of Washington (fshr)
                   [Entry date 08/21/89]

8/18/89    1697    RECORD OF phone conf: ORD briefs re sovereignty & Supreme
                   Court issues shall be filed by noon Tues 8/22/89., ntfd
                   Honorable Malcolm F. Marsh (fshr) [Entry date 08/21/89]

8/21/89    1698    Reply by intervenor State of Idaho to the jurisdictional
                   defenses raised in the responses & suplmntl response of
                   Oregon, Washington, Warm Springs, Nez Perce & Umatilla
                   Tribes, Colville Tribe, Yakima INdian Nation & the US to
                   Idaho's petition to adopt new Steelhead Mgt Provisions.
                   (fshr)

8/21/89    1699    Reply by intervenor State of Idaho  to  responses of the
                   Yakima Indian Nation, The Warm Springs, Nex Perce, &
                   Umatilla Tribes, Oregon, Washington, U.Ss. & Colville
                   Tribes raising Plan Defenses to Idaho's petition for
                   adoption of New interim Steelhead Mgt provisions for the
                   Columbia River #1670 evidentiary hrg & o/a reqstd [1670-1]
                   (fshr)

8/21/89    1700    Idaho hrg Exhibits 1-20 (fshr) [Entry date 08/22/89]

8/21/89    1701    Witness statement filed by intervenor State of Idaho (fshr)

[Entry date 08/22/89]

8/21/89  1702    Certificate of svce for wit stmnts by intervenor State of
                 Idaho (fshr) [Entry date 08/22/89]

8/21/89  1703    Certificate of svce of exhs by intervenor State of Idaho
                 (fshr) [Entry date 08/22/89]

8/22/89  1704    Amended Certificate of svce by intervenor State of Idaho
                 for reply to responses of Yakima, etc. (fshr)


Docket as of September 12, 2000 7:20 pm              Page 17

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al


8/22/89  1705    Amended Certificate of svce of reply to jurisdictional
                 defenses by intervenor State of Idaho (fshr)

8/22/89  1706    Supplemental memorandum  by plaintiff USA  re jurisdiction
                 of the Ct (fshr)

8/22/89  1707    Certificate of svce by plaintiff USA (fshr)

8/22/89  1708    Supplemental memorandum  by defendant State of Washington,
                 defendant State of Oregon (fshr)

8/22/89  1709    Certificate of svce by defendant State of Washington,
                 defendant State of Oregon (fshr)

8/22/89  1710    Supplemental memorandum  by intervenor Yakima Indian
                 Confederated Tribes (fshr) [Entry date 08/23/89]

8/22/89  1711    Position of Shoshone-Bannock Tribes on reqs to readopt
                 expired provisions or adopt new interim provisions for
                 Steelhead u/the 1988 Columbia River Fish Mgt Plan (Attorneys
                 fax orig) (fshr) [Entry date 08/23/89]
                 [Edit date 08/23/89]

8/23/89  1712    Position of Shoshone-Bannock Tribes on reqs to readopt
                 expired provisions or adopt new interim provisions for
                 steelhead under the 1988 Columbia River Fish Mgt Plan (fshr)

8/23/89  1713    MOTION by intervenor Shoshone Bannock] to withdraw as
                 attorney by Lori Irish Bauman of Lindsay, Hart, Neil &
                 Weigler #1713 (fshr) [Entry date 08/24/89]

8/23/89  1714    RECORD OF hrg: Based on the ct's oral conclusions, denying
                 Intervenor State of Idaho 's motion for adoption of New
                 interim Steelhead Mgt provisions for the Columbia River
                 #1670  ntfd   Honorable Malcolm F. Marsh (fshr)
                 [Entry date 08/24/89]

9/5/89   1715    RECORD OF ORD: denying motion to withdraw as attorney by
                 Lori Irish Bauman of Lindsay, Hart, Neil & Weigler #1713
                 for Pltf-Intervenor Shoshone-Bannock Tribes pursuant to LR
                 110-2(b) which requires that cnsl admitted pro hac vice
                 associate w/ "an active member in good standing of the bar

of this ct". ntfd Honorable Malcolm F. Marsh (fshr)
[Entry date 09/06/89]

Docket as of September 12, 2000 7:20 pm                    Page 18

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

9/18/89    1716    Certified Copy of Order from the US Court of Appeals for
                   the Ninth District -The Govt's mot for 5 day ext of time to
                   file responsive brief is granted. The Govt's brief is now
                   due 9/18/89; Reply brief of the Shoshone-Bannock is due
                   10/4/89; All appellees except the US shall file an ans
                   brief by 10/11/89; The Govt Shall file an ans brief by
                   10/25/89; Shoshone-Bannock may file suplmntl ans brief by
                   10/25/89: Appellant Makah Indian Tribe may file reply brief
                   by 11/8/89. (fshr)

9/19/89    1717    Transcript of proceedings held 6/5/89 before Judge Marsh
                   filed (fshr) [Entry date 09/20/89]

9/19/89    1718    Transcript of proceedings held 8/23/89 before Judge Marsh
                   filed (fshr) [Entry date 09/20/89]

9/29/89    1719    ORDER-The appt of Dr. Howard Horton as the ct technical
                   advisor is hereby renewed w/the duties of such advisor
                   being expanded ot include those as facilitator pursuant to
                   the Columbia River Mgt Plan adopted by ord of this ct on
                   10/10/88, w/judicial immunity. ntfd Signed 9/29/89
                   microfilmed 10/2/89 Honorable Malcolm F. Marsh (fshr)
                   [Entry date 10/02/89]

10/19/89   --      Clerk's record on appeal transmitted to US Court of Appeals
                   for the Ninth Circuit,,,,, C/A Numbers 88-4311, 88-4316,
                   88-4347 w/copies to all cnsl (fshr)

12/28/89   --      Transmitted supplemental record (T/P's ordered by Mr.
                   Arnett of Conf Tribes ) 5/22/85 #1290, 4/19/85 # 1294, &
                   5/28/87 # 1455) on appeal to US Court of Appeals for the
                   Ninth Circuit (fshr)

1/16/90    1720    Affidavit of Charles F. Adams (fshr) [Entry date 01/17/90]

1/16/90    1721    Affidavit of Barbara Craig (non-involvement) (fshr)
                   [Entry date 01/17/90]

1/22/90    1722    MOTION by intervenor-plaintiff Conf Tribes/Colville to
                   establish pretrial schedule #1722 (fshr)

2/6/90     1723    RECORD OF ORD: taking under advisement on 2/7/90 motion to

establish pretrial schedule #1722 [1722-1] ntfd Honorable
Malcolm F. Marsh (fshr)

3/19/90   1724   Statement of intent to engage in limited off-reservation
fishery of the Confederated Tribes of the Colville
Reservation ; o/a req. (tely)

3/19/90   1725   Certificate of service by intervenor-plaintiff Conf
Tribes/Colville   of document [1724] (tely)

Docket as of September 12, 2000 7:20 pm              Page 19

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

3/20/90   1726   RECORD OF ord settin Coleville Tribe's statement of intent
to engage in limited off-reservation fishery [1724] for hrg
4/30/90 at 3pm. ntfd Honorable Malcolm F. Marsh (tely)
[Entry date 03/21/90]

3/23/90   1727   MOTION by intervenor-plaintiff Conf Tribes/Colville for
expedited hearing to determine that the Colville Tribes
fishery at the Wells Dam Hatchery is consistent with
court's ord #1727 (tely)

3/23/90   1728   Certificate  of service by intervenor-plaintiff Conf
Tribes/Colville  of document #1727 (tely)

3/28/90   1729   Columbia River Fisheries enforcement referral agreement
w/Umatilla Indian Tribe submitted by USA (see document)
(qsdr) [Entry date 03/29/90]

3/30/90   1730   US' comment on Colville Tribes statement of intent re
off-reservation fishery. (tely)

3/30/90   1731   Case Management ORDER -The ct determines that all discvy
shall be compltd by 8/30/90. Dispositive mots (if any)
shall be filed by 9/28/90, responses by 10/19/90 & replies
by 11/2/90. These mots will be argued on 11/19/90 at 1:30
pm. The parties shall file their PTO by 12/14/90 & the PTC
will be hld on 1/7/91 at 1:30 pm. The hrg on this matter is
set for an 8 day c/t commencing on 1/15/91 at 9:30 am. ,
;status hearing set 3:00 7/9/90, SO ORD ntfd Signed
3/30/90  microfilmed 4/2/90  Honorable Malcolm F. Marsh
(fshr) [Entry date 04/02/90]

4/4/90   1732   The Confederated Tribes of the Colville Reservation w/draw
their req for expdtd hrg (fshr)

4/4/90   1733   Certificate of svce by intervenor-plaintiff  Colville
Tribes (fshr)

4/6/90   1734   Statement  re filing of briefs in opposn to Colville's stmt
of intent re off-rreservation fishery by defendant State of
Washington (fshr)

4/9/90    1735    Joinder by intervenor Yakima Indian Confederated Tribes in
                  U.S. comments on Colville Tribes' stmt of intent re:
                  off-reservation fishery (fshr)

4/9/90    1736    Certificate of svce by intervenor Yakima Indian
                  Confederated Tribes (fshr)

4/20/90   1737    Response by intervenor Yakima Indian Confederated Tribes in
                  oposn to the Colville Tribe's statement of intent to engage
                  in limited off reservation fisheries (fshr)


Docket as of September 12, 2000 7:20 pm                 Page 20

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

4/20/90   1738    Affidavit of Steve Parker in support of Yakima Indian
                  Nation's memo in opposn to Colville Tribe's proposed
                  fishery (fshr)

4/20/90   1739    Affidavit of Jean Edwards in support of Yakima Indian
                  Nation's memo in opposn to Ccolville Tribe's proposed
                  Fishery (fshr)

4/20/90   1740    Affidavit of Elmer Schuster  in support of Yakima Indian
                  Nation's memo in opposn to Colville Tribe's proposed
                  Fishery (fshr)

4/20/90   1741    Certificate of svce by intervenor Yakima Indian
                  Confederated Tribes (fshr)

4/20/90   1742    Response by plaintiff USA  to Colville Tribe's stmt of
                  intent re off-reservation fishery (fshr)
                  [Entry date 04/23/90]

4/23/90   1743    Response by defendant State of Washington  to Colville
                  proposed fisheries (fshr)

4/23/90   1744    Affidavit of Brian Edie (fshr)

4/23/90   1745    Warm Springs Tribe's comments on Colville Tribes' stmt of
                  intent re: off-reservation fishery (fshr)

4/23/90   1746    Certificate of svce by intervenor Confed Tribes W/Spri (fshr)

4/30/90   1747    Reply brief re 1990 fisheries by intervenor-plaintiff Conf
                  Tribes/Colville (fshr) [Entry date 05/01/90]

4/30/90   1748    Affidavit of Jerry Marco regarding reply [1747-1] (fshr)
                  [Entry date 05/01/90]

4/30/90   1749    Certificate of svce by intervenor-plaintiff Conf
                  Tribes/Colville (fshr) [Entry date 05/01/90]

4/30/90   1750    RECORD OF hrg: ORD Colville Tribes' stmt of intent to
                  engage in ltd off reservation fishery #1724 MOOT as to

issue at Wells Dam (part of #1724). ORD any further memos on new matters raised in the Colville reply shall be filed 5/8/90, by 4:00 pm. ORD the remainder of #1724 is taken u/a 5/9/90. ORD the Colville Tribe is restrained from any fishery until the ct's ord on #1724 is filed. ntfd Honorable Malcolm F. Marsh (fshr) [Entry date 05/02/90]

5/2/90   1751   Comment by the State of Oregon on Colville Tribe's proposed off-reservation fishery (fshr)

5/8/90   1752   Response by intervenor-plaintiff Conf Tribes/Colville  re: Proposed Colville Fisheries (fshr)

Docket as of September 12, 2000 7:20 pm            Page 21

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

5/8/90   1753   Nez Perce Tribe's comments on Colville Tribe's stmt of intent re: off-reservation fishing (fshr)

5/8/90   1754   Certificate of svce by intervenor Nez Perce Tribe (fshr)

5/8/90   1755   Memorandum  by intervenor Shoshone Bannock re: issues raised by the stmt of intent by the Confederated Tribes of the Colville Reservation to engage in limited off-reservation fishery (fshr) [Entry date 05/09/90]

5/8/90   1756   Response by intervenor-plaintiff Conf Tribes/Colville  to req by Yakima Nation for ext of time (fshr) [Entry date 05/09/90]

5/9/90   1757   MOTION by intervenor Yakima Indian Confederated Tribes  to extend time to respond to Colville papers #1757 (fshr)

5/9/90   1758   Affidavit of Tim Weaver in support of Yakima's  motion  to extend time to respond to Colville papers #1757 [1757-1] (fshr)

5/9/90   1759   Certificate of svce (fshr)

5/9/90   1760   RECORD OF ORD: granting  Yakima's motion  to extend time to respond to Colville papers #1757 to 5/11/90, to file response to the Colville papers. ntfd Honorable Malcolm F. Marsh (fshr) [Entry date 05/11/90]

5/11/90  1761   Reply by intervenor State of Idaho to Collville Tribes Stmt of intention to conduct a ltd off-reservation fishery (fshr)

5/14/90  1762   Rebuttal Brief filed by intervenor Yakima Indian Confederated Tribes  to Colvilles' reply brief (fshr) [Entry date 05/15/90]

5/14/90  1763   Supplemental Affidavit of Steve Parker  in response to Colville Filings & the argument of their atty (fshr) [Entry date 05/15/90]

| | | |
|---|---|---|
| 5/14/90 | 1764 | Certificate of svce by intervenor Yakima Indian Confederated Tribes (fshr) [Entry date 05/15/90] |
| 5/24/90 | 1765 | ORDER The Colvilles' mot to engage in ltd off-reservation ifshery #1724 is DENIED AS MOOT as to the Wells Dam fishery & DENIED as to the Icicle River & Priest ;Rapids Dam fisheries. SO ORD ntfd Signed 5/23/90 microfilmed 5/25/90 Honorable Malcolm F. Marsh (fshr) [Entry date 05/25/90] |
| 5/29/90 | 1766 | Notice by Confed Tribes W/Springs by atty of change of firm address (tely) |
| 6/5/90 | 1767 | Transcript of proceedings held 4/30/90 before Judge Marsh filed (fshr) |

Docket as of September 12, 2000 7:20 pm                Page 22

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

| | | |
|---|---|---|
| 7/6/90 | 1768 | Status Conference Report (Confed Tribes of the Colville Reservation, Nespelem, WA) (qsdr) |
| 7/6/90 | 1769 | Columbia River Fisheries enforcement referral areement with Nez Perce Indian Tribe. (neal) |
| 8/7/90 | 1770 | RECORD OF phone status hrg: ORD striking the 9/20/90 filing schedule & 1/15/91 c/t dates. ORD by 8/24/90 the parties submit a s/j schedule & case schedule which will allow the c/t to commence 3/19/91., ntfd Honorable Malcolm F. Marsh (fshr) [Entry date 08/10/90] |
| 8/23/90 | 1771 | RECORD OF ord The following schedule is to be followed: 9/14/90 End all written discvy except admissions. Identfy all expert witnesses. Idntfy all non-expert witnesses & area will testify. 10/1/90 Idntfy all addtnl experts employed as a result of experts disclosed on 9/14/90. 10/8/90 S/J filed re: preclusive effect of clms cases: 10/1-10/31 depos of non-expert witnesses; 10/29/90 response to S/J mots filed; 11/12/90 reply to response or S/J mots filed; 11/15/90 produce documents relied on by experts not otherwise produced; 11/19/90 Hrgs on s/j mots (1:30 pm) 12/1-12/21 depos of experts; 1/11/91 reqs for admissions; 1/18/91 Possible x-mots for s/j filed on the issue of the Colville Tribes' political successorship to the Chief Joseph Band of Nez Perce;1/25/91 responses to req for admissions filed; 2/4/91 responses to x-mots for s/j filed; 2/8/91 all replies to mots for s/j. 2/11/91 s/j mots set on noa cal (ruling on submissions) ; 2/18/91 ldg PTO; 3/11/91 PTC 3:00 pm.; 3/18/91 C/T commencing at 9:30 am. ntfd , Honorable Malcolm F. Marsh (fshr) [Entry date 08/24/90] |
| 9/11/90 | 1772 | RECORD OF ORD: ;status hearing set 4:00 9/27/90, ntfd Honorable Malcolm F. Marsh (fshr) [Entry date 09/12/90] |
| 9/27/90 | 1777 | RECORD OF status conf: ORD parties submit ltrs re status of Policy Committee. ORD, if necessary, setting for hrg re Yakima fishery matter on Tues 10/2/90 at 1:30 pm. Rec of |

Chambers conf re Volville issue: ORD striking filing, response, reply & 11/19/90 hrg dates for Colville's mot for s/j. ORD 10/19/90 s/j mot filed re preclusive effect of clms cases. 10/24/90 Parties advise ct when they want to file responses. (reply & hrg dates to be set after 10/24/90 info.), , ntfd Honorable Malcolm F. Marsh (fshr) [Entry date 10/01/90]

9/28/90  1773    MOTION by intervenor Yakima Indian Confederated Tribes for temporary restraining order agnst the States of Washington & Oregon #1773 (fshr) [Entry date 10/01/90]

9/28/90  1774    Memorandum by intervenor Yakima Indian Confederated Tribes in support of motion for temporary restraining order agnst the States of Washington & Oregon #1773 [1773-1] (fshr) [Entry date 10/01/90]

Docket as of September 12, 2000 7:20 pm            Page 23

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

9/28/90  1775    Affidavit of Steven S. Parker regarding motion for temporary restraining order agnst the States of Washington & Oregon #1773 [1773-1] (fshr) [Entry date 10/01/90]

9/28/90  1776    Affidavit of Michael A. Matylewich regarding motion for temporary restraining order agnst the States of Washington & Oregon #1773 [1773-1] (fshr) [Entry date 10/01/90]

10/1/90  1778    RECORD OF ORD: setting Yakima Indian Nation's motion for temporary restraining order agnst the States of Washington & Oregon #1773 (filed 9/28/90) on 10/2/90 at 1:30 pm. (mot is scheduled based on 10/1/90 confirmation of necessity by Tim Weaver) Honorable Malcolm F. Marsh (fshr) [Entry date 10/02/90]

10/1/90  1779    Certificate of svce of mot for TRO by intervenor Yakima Indian Confederated Tribes (fshr) [Entry date 10/02/90]

10/2/90  1780    Memorandum by intervenor State of Idaho  in opposition to Yakima Nations' motion for temporary restraining order agnst the States of Washington & Oregon #1773 [1773-1] (fshr)

10/4/90  1781    Memorandum by defendant State of Washington  in opposition to Tribe's motion for temporary restraining order agnst the States of Washington & Oregon #1773 [1773-1] (fshr) [Entry date 10/05/90]

10/4/90  1782    Certificate of svce by defendant State of Washington (fshr) [Entry date 10/05/90]

10/5/90  1783    Affidavit of Gene DiDonato (fshr)

10/5/90  1784    Affidavit of James R. Neilsen (fshr)

10/5/90  1785    Certificate of svce by defendant State of Washington (fshr)

10/5/90  1786    RECORD OF ORD: Yakima Indian Conf Tribes' motion for
                 temporary restraining order agnst the States of Washington
                 & Oregon #1773 is w/drawn on 10/2/90 (& the 10/3/90 hrg was
                 stricken)ntfd Honorable Malcolm F. Marsh (fshr)
                 [Entry date 10/10/90]

10/22/90 1787    MOTION by intervenor-plaintiff Conf Tribes/Colville for
                 partial summary judgment re: Collateral estoppel #1787 o/a
                 reqstd (fshr) [Entry date 10/23/90]

10/22/90 1788    Memorandum by intervenor-plaintiff Conf Tribes/Colville  in
                 support of motion for partial summary judgment re:
                 Collateral estoppel #1787 [1787-1] (fshr)
                 [Entry date 10/23/90]

10/22/90 1789    Certificate of svce by intervenor-plaintiff Conf
                 Tribes/Colville (fshr) [Entry date 10/23/90]

Docket as of September 12, 2000 7:20 pm              Page 24

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

10/22/90 1790    Exhibits Supplementing brief of the Conf Tribes of the
                 Colville Reservation in support for partial Ss/J Vol I
                 (exhs 1-27) (fshr) [Entry date 10/29/90]

10/22/90 1791    Exhibits supplementing brief of the Conf Tirbes of The
                 Colville Reservation in support for partial S/J Vol II
                 (exhs 28-38) (fshr) [Entry date 10/29/90]

10/31/90 1792    RECORD OF ORD: Responses to intervenor-pltf Colville
                 Tribes'  motion for partial summary judgment re: Collateral
                 estoppel #1787 shall be filed by 12/6/90, replies by
                 12/30/90. Setting Colville's mot for p/sum jgm on M/C
                 1/14/91 at 1:30 pm. ntfd Honorable Malcolm F. Marsh (fshr)
                 [Entry date 11/01/90]

11/27/90 1798    Affid of mailing by Conf Tribes/Yakima (qsdr)
                 [Entry date 11/29/90]

11/29/90 1793    MOTION by intervenor Yakima Indian Confederated Tribes for
                 waive of pro hac vice cnsl rule #1793 (tely)

11/29/90 1794    Affidavit of Tim Weaver regarding motion for waive of pro
                 hac vice cnsl rule  [1793-1] (tely)

11/29/90 1795    Affidavit of mailing of documents [1793 & 1794]. (tely)

11/29/90 1796    MOTION by intervenor Yakima Indian Confederated Tribes  to
                 extend time for filing response to Colville mot for s/j
                 [1787-1] #1796 (qsdr)

11/29/90 1797    Affidavit of Tim Weaver regarding motion  to extend time
                 for filing response to Colville mot for s/j [1787-1] #1796
                 (qsdr)

11/29/90 1799    RECORD OF ORD: granting Conf Tribes & Bands of the Yakima

Indian Nation's motion  to extend time for filing response
to Colville mot for s/j [1787-1] #1796 . The Yakimas shall
have until 12/13/90 to respond; the Colvilles til 1/4/91 to
reply. Striking the 1/14/91 o/a setting & resetting motion
for partial summary judgment re: Collateral estoppel #1787
to 2/11/91 at 1:30 pm. ntfd   Honorable Malcolm F. Marsh
(fshr) [Entry date 11/30/90]

11/30/90  1800    ORDER granting  motion for waive of pro hac vice cnsl rule
                  #1793 . ORD The Clk shall accept pleadings, mots & briefs
                  sgnd by the cnsl of record for the parties w/o the
                  nexessity of the signature & Bar Assn # of the pro hac vice
                  cnsl of rec w/o the signature & Bar Assn of asstd Oreg
                  cnsl.ntfd Signed 11/29/90 microfilmed 12/3/90  Honorable
                  Malcolm F. Marsh (fshr) [Entry date 12/03/90]

12/5/90   1801    Transcript of proceedings held 9/27/90 before Judge Marsh
                  filed (fshr) [Entry date 12/06/90]

Docket as of September 12, 2000 7:20 pm              Page 25

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

12/6/90   1802    RECORD OF ORD: Based on the Colville's ltr dated 12/5/90,
                  the Colville's shall have until 12/30/90 to reply in
                  support of their mot for p/s/j. Striking the 2/11/91 o/a on
                  motion for partial summary judgment re: Collateral estoppel
                  #1787 & resetting to 1/14/91 at 1:30 pm. ntfd Honorable
                  Malcolm F. Marsh (fshr)

12/14/90  1803    Memorandum by intervenor Yakima Indian Confederated Tribes
                  in opposition to motion for partial summary judgment re:
                  Collateral estoppel #1787 [1787-1] (fshr)

12/14/90  1804    Certificate of svce by intervenor Yakima Indian
                  Confederated Tribes (fshr)

12/26/90  1805    Application for admission to practice on behalf of State of
                  Idaho  by  Steven W. Strack (fshr) [Entry date 12/27/90]

1/2/91    1806    Reply Brief filed by intervenor-plaintiff Conf
                  Tribes/Colville (fshr) [Entry date 01/03/91]

1/2/91    1807    Reply Brief Exhibit list by intervenor-plaintiff Conf
                  Tribes/Colville (fshr) [Entry date 01/03/91]

1/2/91    1808    Certificate of svce by intervenor-plaintiff Conf
                  Tribes/Colville (fshr) [Entry date 01/03/91]

1/14/91   1810    RECORD OF HRG: taking under advisement on 1/14/91 Pltf
                  Intervenor Colville Tribes' motion for partial summary
                  judgment re: Collateral estoppel #1787 . ORD by 1/25/91 all
                  parties advise the ct of their position on standing re the
                  Colville Tribe & if they will be bound by the ruling of the
                  ct. ORD Colville Tribe's oral mot to reset trial date u.a.
                  ORD  granting application of Steven W. Strack to appear pro
                  hac vice [1805-1] ntfd Honorable Malcolm F. Marsh (fshr)

[Entry date 01/28/91]

1/23/91  1809   United States' stmt re effect of ct's ruling on Colville
                Tribes' mot for S/J (fshr) [Entry date 01/24/91]

1/24/91  1915   AFFIDAVIT by Yakima Indian Confederated Tribes  of Steve
                Parker (qsdr) [Entry date 10/25/91]

1/28/91  1811   Statement of position re: effect of ct's ruling on Colville
                Tribes' mot for partial s/j by intervenor Confed Tribes
                W/Spri (fshr)

1/28/91  1812   Certificate of svce by intervenor Confed Tribes W/Spri (fshr)

1/30/91  1928   Certificate/svc by Yakima Indian Confederated Tribes (qsdr)
                [Entry date 10/31/91]

2/6/91   1813   Statement on legal effect of party's positions (clar)
                [Entry date 02/07/91]

Docket as of September 12, 2000 7:20 pm          Page 26

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

2/6/91   1814   Certificate of service re doc# 1813 (clar)
                [Entry date 02/07/91]

2/25/91  1815   Opinion - see ord dated 2/25/91 for specifics. ntfd  Signed
                2/25/91 microfilmed 2/26/91 Honorable Malcolm F. Marsh (fshr)
                [Entry date 02/26/91]

2/25/91  1816   ORDER - The Colville's mot for partial s/j is granted in
                part & denied in part. (see ord) ntfd SO ORD Signed 2/25/91
                microfilmed 2/26/91 Honorable Malcolm F. Marsh (fshr)
                [Entry date 02/26/91]

3/7/91   1817   RECORD OF t/conf. ORD striking the 3/11 PTC & 3/18 C/T. ORD
                the following sched will be followed:  6/24 PTO to be
                lodged; 6/24 expert witness narratives filed; 7/15 PTC set
                at 3pm and 7 day C/T set for 7/23/91 at 9am. The trial will
                also continue on 7/29/91 thru 7/31/91., ntfd Honorable
                Malcolm F. Marsh (tely)

3/11/91  1818   ORDER  establishing court trial date & pretrial conference
                & procedures. (See file.), ntfd Signed 3/11/91
                microfilmed 3/12/91 Honorable Malcolm F. Marsh (sher)
                [Entry date 03/12/91]

3/28/91  1819   MANDATE/JUDGMENT from USCA  affirming the decision of the
                District Court for C/A #'s 88-4311, 88-4316 & 88-4347. ntfd
                (fshr)

4/5/91   1820   Notc of w/drawal of George Dysart for USA, Charles Turner
                will represent USA for the present time (fshr)
                [Entry date 04/08/91]

4/15/91  1821   Substitution of counsel:  JEANETTE WOLFLEY substituted for

                    attorney HOWARD FUNKE for Shoshone Bannock (fshr)
                    [Entry date 04/16/91]

    4/26/91   1822   Request by intervenor-plaintiff Conf Tribes/Colville to
                    authorize off-reservation fishery at Icicle River #1822
                    (fshr) [Entry date 04/29/91]

    4/26/91   1823   Attachment list by intervenor-plaintiff Conf
                    Tribes/Colville re motion to authorize off-reservation
                    fishery at Icicle River #1822 [1822-1] (fshr)
                    [Entry date 04/29/91]

    4/26/91   1824   Certificate of svce by intervenor-plaintiff Conf
                    Tribes/Colville (fshr) [Entry date 04/29/91]

    4/26/91   1825   RECORD OF ORD: Resetting the start of the Colville C/T
                    (from 7/23/91, to now commence Mon 7/22/91, at 9:00 am.
                    (trial will continue 7/29/91 the following Mon w/o break)
                    , ntfd Honorable Malcolm F. Marsh (fshr)
                    [Entry date 04/29/91]


    Docket as of September 12, 2000 7:20 pm              Page 27

    Proceedings include all events.
    3:68cv513 USA, et al v. State of Oregon, et al


    4/26/91   1826   ORDER denying Colvilles motion to authorize off-reservation
                    fishery at Icicle River #1822 . ntfd    Signed 4/26/91
                    microfilmed 4/29/91  Honorable Malcolm F. Marsh (fshr)
                    [Entry date 04/29/91]

    5/2/91    1827   Notice by Northwest Gillnetter, Columbia River Fish  of
                    change of address  of Thane W. Tienson, COPELAND( LANDYE(
                    BENNETT AND WOLF , 3500 First Interstate Tower, Ptld, OR
                    97201. (fshr)

    6/24/91   1828   MOTION by intervenor-plaintiff Conf Tribes/Colville  to
                    extend time to file pretrial material #1828 (fshr)

    6/24/91   1829   Certificate of svce by intervenor-plaintiff Conf
                    Tribes/Colville (fshr)

    6/25/91   1830   RECORD OF ORD: granting Intervenor's  motion  to extend
                    time to file pretrial material #1828 .  ntfd    Honorable
                    Malcolm F. Marsh (fshr) [Entry date 06/26/91]

    6/25/91   1844   EXHIBIT LIST by Conf Tribes/Colville Reservation (clar)
                    [Entry date 07/09/91]

    6/25/91   1845   Lay Witnesses. (clar) [Entry date 07/09/91]

    6/25/91   1846   Certificate of service re Lay witness list. (clar)
                    [Entry date 07/09/91]

    7/2/91    1831   MOTION by intervenor Yakima Indian Confederated Tribes for
                    adjustment of pre-trial procedures #1831 (fshr)

    7/3/91    1832   WITNESS LIST submitted by intervenor Yakima Indian

Confederated Tribes (tely)

| | | |
|---|---|---|
| 7/3/91 | 1833 | Agreed Statement of facts by intervenor Yakima Indian Confederated Tribes (tely) |
| 7/3/91 | 1834 | PRETRIAL ORDER  of Colville Confederated Tribes & Confederated Tribes & Bands of the Yakima Reservation. (tely) |
| 7/3/91 | 1835 | Secondary material re: Chief Joseph Band of Nez Perce (tely) |
| 7/3/91 | 1836 | Certificate by intervenor Yakima Indian Confederated Tribes (tely) |
| 7/3/91 | 1865 | EXHIBIT LIST by intervenor Yakima Indian Confederated Tribes (fshr) [Entry date 07/17/91] |
| 7/5/91 | 1837 | Yakima Nation's pretiral memo in opposition to Colville's motion for intervention (qsdr) |
| 7/5/91 | 1838 | Pre-Trial briefs submitted by Nez Perce Tribe (qsdr) |

Docket as of September 12, 2000 7:20 pm          Page 28

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

| | | |
|---|---|---|
| 7/5/91 | 1839 | Certificate of svc by Nez Perce Tribe (qsdr) |
| 7/8/91 | 1840 | MOTION by Conf Tribes/Colville for leave to file 2 pretrial briefs #1840 (tely) |
| 7/8/91 | 1841 | Certificate of service by Conf Tribes/Colville of document [1840]. (tely) |
| 7/8/91 | 1842 | Pretrial brief re: Chief Joseph Band of Nez Perce (tely) |
| 7/8/91 | 1843 | Pretrial brief re: Wenatchi, Entiat, Chelan, Columbia & Palus (tely) |
| 7/9/91 | 1847 | RECORD OF finding the motion for adjustment of pre-trial procedures [1831-1] denied as  moot. ntfd   Honorable Malcolm F. Marsh (clar) [Entry date 07/10/91] |
| 7/10/91 | 1848 | Expert Testimony of David Chance to be utilized as direct testimony. (clar) [Entry date 07/11/91] |
| 7/10/91 | 1849 | Expert testimony of Jay Miller, Ph, D. to be utilized as direct testimony. (clar) [Entry date 07/11/91] |
| 7/10/91 | 1850 | Expert testimony of Gary B. Palmer, Ph.D. to be utilized as direct testimony (clar) [Entry date 07/11/91] |
| 7/10/91 | 1851 | Volume I - Secondary material pertaining to Nez Perce - Colville Issues. (clar) [Entry date 07/11/91] |
| 7/10/91 | 1852 | Volume II - Secondary material pertaining to Nez Perce - Colville Issues (clar) [Entry date 07/11/91] |

http://peord/cgi-bin/dktq/dktf?csno=3+68...t=Today&lpdest=&jln=admin&printview=View

7/10/91   1853   Confederated Tribe & Bands of the Yakima Indian Nations
                 findings of fact & conclusions of law (tely)
                 [Entry date 07/11/91]

7/11/91   1854   MOTION by intervenor-plaintiff Conf Tribes/Colville for
                 o/a & suggestions for PTC #1854 (tely)

7/11/91   1855   Confederated Tribes of the Colville Reservations PRETRIAL
                 ORDER (tely)

7/11/91   1856   MOTION by intervenor-plaintiff Confederated Tribes of the
                 Colville Reservation to strike exhs & to preclude surprise
                 witnesses #1856 (tely)

7/11/91   1857   Proposed statement of facts & conclusions of law by Nez
                 Perce Tribe (tely)

7/11/91   1858   Certificate of service by  Nez Perce Tribe of document
                 [1857]. (tely)


Docket as of September 12, 2000 7:20 pm            Page 29

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

7/11/91   1859   MOTION by intervenor-plaintiff Confederated Tribes of the
                 Colville Reservation to strike exhs & to preclude surprise
                 witnesses #1859 (tely) [Entry date 07/12/91]

7/11/91   1860   Rebuttal EXHIBIT LIST by Conf Tribes/Colville (tely)
                 [Entry date 07/12/91]

7/11/91   1861   Findings of fact and conclusions of law re: Wenatchi,
                 Columbia, Entiat, Chelan & Palus. (tely)
                 [Entry date 07/12/91]

7/11/91   1862   Findings of fact and conclusions of law re: Chief Joseph
                 Band of Nez Perce (tely) [Entry date 07/12/91]

7/11/91   1863   Certificate of service by Conf Tribes/Colville of documents
                 [1859-1862]. (tely) [Entry date 07/12/91]

7/12/91   1864   OBJECTIONS by intervenor Yakima Indian Confederated Tribes
                 to  Colville's ehxs. (tely)

7/15/91   1866   RESPONSE by intervenor Yakima Indian Confederated Tribes to
                 Colville mot to preclude witnesses (fshr)
                 [Entry date 07/17/91]

7/15/91   1867   RESPONSE by intervenor Yakima Indian Confederated Tribes to
                 Colville's mot to exclude exhs (fshr) [Entry date 07/17/91]

7/15/91   1868   AFFIDAVIT by intervenor Yakima Indian Confederated Tribes
                 of Tim Weaver  in response to Colville's mot to strike
                 Yakima Lay witnesses (fshr) [Entry date 07/17/91]

7/15/91  1869   MOTION by intervenor-plaintiff Conf Tribes/Colville for
                out of state atty Bruce E. Didesch to proceed Pro Hac Vice
                #1869 (fshr) [Entry date 07/17/91]

7/15/91  1870   RESPONSE by intervenor-plaintiff Conf Tribes/Colville  to
                Yakima Tribe's mot to strike (fshr) [Entry date 07/17/91]

7/15/91  1871   Certificate of svce by intervenor-plaintiff Conf
                Tribes/Colville (fshr) [Entry date 07/17/91]

7/15/91  1872   Additional authority by Colville (fshr)
                [Entry date 07/17/91]

7/15/91  1873   RESPONSE by intervenor Yakima Indian Confederated Tribes to
                Colville's mot to exclude exhs (fshr) [Entry date 07/17/91]


Docket as of September 12, 2000 7:20 pm                Page 30

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

7/15/91  1874   RECORD OF PTC: ORD Nez Perce Secondary Material Vol I
                #1851, Vol II #1852 recvd. ORD all Pltf & Deft exhs not
                objected to are recvd. ORD mot for intervenor Pltf Colville
                to strike exhs (part of #1856 & 1859) ruling reserved & to
                preclude surprise witnesses (part of #1856 & 1859) denied
                as moot. ORD mot of Intervenor-Pltf Colville for o/a &
                suggestions for PTC #1854 moot. ORD mot by Intervenor Pltf
                Colville for leave to file 2 pretrial briefs #1840 ruling
                reserved. ORD granting pltf-Intervenor Colville's 7/15/91
                mot for admission of Bruce E. Didesch pro hav vice #1869.
                , , ntfd   Honorable Malcolm F. Marsh (fshr)
                [Entry date 07/22/91]

7/19/91  1875   Amended Certificate of svce  of Pretrial brief & stmt of
                facts by intervenor Nez Perce Tribe (fshr)
                [Entry date 07/22/91]

7/22/91  1877   RECORD OF ct trial re Colville Tribe's A/compt in
                intervention , 1st day. evidence adduced. ORD contng c/t to
                7/23/91 at 9:00 am (ctrpter-Bob Stimler)ntfd Honorable
                Malcolm F. Marsh (fshr) [Entry date 07/29/91]

7/23/91  1876   ORDER - I hereby appt as an expert consultant of the ct in
                the trial of the w/in matter starting on 7/22/91, for the
                duration of said trial, Dr. Barbara Lane, The expert fee
                for Dr. Lane is $150 per hr plus expenses. SO ORD ntfd
                Signed 7/23/91 microfilmed 7/24/91 Honorable Malcolm F.
                Marsh (fshr) [Entry date 07/24/91]

7/23/91  1878   RECORD OF c/t re Colville Tribe's A/complt in intervention,

2nd day: evidence adduced. Interpretor Elizabeth Davis sworn. ORD contng c/t to 7/24/91 at 9:00 am. (ctrptr-Bob Stimler )ntfd. Honorable Malcolm F. Marsh (fshr) [Entry date 07/29/91]

7/24/91     1879     RECORD OF c/t re Colville Tribe's A/complt in intervention, 3rd day: Evidence adduced. ORD Yakima Deft's oral mot to dsms denied. ORD RECEIVING all exhs submitted by all parties. ORD contng c/t to 7/25/91 at 9:00 am ntfd Honorable Malcolm F. Marsh (fshr) [Entry date 07/29/91]

7/25/91     1880     RECORD OF c/t re Colville Tribe's A/C in intervention, 4th day: Evidence adduced. ORD parties take perpetuation depo of Yakima Deft's remaining witness by 8/30/91. ORD for simultaneous submissions of written arguments by Colville, Yakima & Nez perce by 9/16/91. Pltf Colville is lmtd to not more than 30 pgs. Defts Yakima & Nez Perce are limited to not more than 25 pgs. ORD all other parties who wish to submit memo may filed by 9/30/91, ea limited to 25 pgs. ORD taking this matter u/a 10/1/91. ntfd  Honorable Malcolm F. Marsh (fshr) [Entry date 07/29/91]

7/25/91     1881     List  of exhibits and witnesses (fshr) [Entry date 07/29/91]

Docket as of September 12, 2000 7:20 pm                    Page 31

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

7/25/91     1882     Technical corrections--testimony of Roderick Sprague, PHD (fshr) [Entry date 07/29/91]

8/30/91     1883     Deposition of Johnson Meninick  taken on the following date(s): 8/27/91 (qsdr)

9/3/91      1884     AFFIDAVIT by Conf Tribes/Colville re census & membership rolls (qsdr)

9/3/91      1885     Submission of rolls (see #1884) by  Conf Tribes/Colville (qsdr) [Entry date 09/05/91]

9/3/91      1886     Certificate of svc by Conf Tribes/Colville (qsdr) [Entry date 09/05/91]

9/18/91     1887     Post Trial briefs submitted by Conf Tribes/Colville (qsdr)

9/18/91     1888     Certificate of svc by Conf Tribes/Colville (qsdr)

9/18/91     1889     Post-Trial briefs submitted by Yakima Indian Confederated Tribes (qsdr)

9/18/91     1890     Post Trial briefs submitted by Nez Perce Tribe (qsdr)

9/18/91     1891     Certificate of svc by Nez Perce Tribe (qsdr)

9/19/91     1892     Certificate of svc by Yakima Indian Confederated Tribes (qsdr)

9/25/91  --    AFFIDAVIT  of Paul Lumley in support of trial mot for tro
               or in the alt for preliminary inj. (tely)

9/25/91  1894  AFFIDAVIT  of Jean Edwards in support of tribal mot for tro
               or in the lat. for a preliminary inj. (tely)

9/26/91  1895  MOTION by intervenor Nez Perce Tribe for temporary
               restraining order to terminate the non-treaty sport fishery
               that is currently underway #1895 (tely)

9/26/91  1896  Certificate of service by intervenor Nez Perce Tribe of
               document [1895] (tely)

9/26/91  1897  MOTION by intervenor Yakima Indian Confederated Tribes for
               order shortening time for hrg #1897 (tely)
               [Entry date 09/27/91]

9/26/91  1898  MOTION by Yakima Indian Confederated Tribes, Umatilla
               Indian Confederated Tribes for temporary restraining order
               # 1898-1, or in the alt for preliminary injunction #
               1898-2 (tely) [Entry date 09/27/91]


Docket as of September 12, 2000 7:20 pm                    Page 32

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

9/26/91  1899  MEMORANDUM by Yakima Indian Confederated Tribes, Umatilla
               Indian Confederated Tribes  in support of motion for
               temporary restraining order  [1898-1], of motion for
               preliminary injunction  [1898-2] (tely)
               [Entry date 09/27/91]

9/26/91  1900  Supplemental memorandum  by Yakima Indian Confederated
               Tribes to motion for temporary restraining order  [1898-1],
               to motion for preliminary injunction [1898-2] (tely)
               [Entry date 09/27/91]

9/26/91  1901  AFFIDAVIT  of Elmer Schuster re motion for temporary
               restraining order  [1898-1], re motion for preliminary
               injunction  [1898-2] (tely) [Entry date 09/27/91]

9/26/91  1902  RECORD OF hrg: ORD the 9/26/91 petition of Yakima &
               Umatilla Tribes' mot for TRO or in the alternative for a
               preliminary inj #1298 is treated as a petition for
               preliminary inj & is GRANTED. SEE ORD. ord THE 9/26/91 mot
               of Yakima & Umatilla Tribes for an ord shortening time is
               moot. ntfd Malcolm F. Marsh (fshr) [Entry date 09/27/91]

9/27/91  1903  ORDER- the 9/26/91 petition of the Yakima & Umatilla Tribes
               for a TRO is treated as a petition for a preliminary inj &
               is granted. The States of Oregon & Washington are enjoined
               from enforcing the decision of the Columbia River Compact
               dated 9/16/91 closing the Treaty INdian Fishery above
               Bonneville Dam. The Tribal Commercial Fishery shall be

allowed to run for three additional days, pursuant to
tribal regulations, daily from 6 am to 6 pm beginning Mon
9/30/91 & contng to Wed 10/2/91 at 6 pm. The tribes will
serve their regulations on the States of Oreg & Wash & file
the same w/the ct. FURTHER ORD that this inj will not
affect the continuation of the non-Indian sport fishery in
Hanford Reach above the mouth of the Snake River. ntfd
Signed 9/27/91 microfilmed & ent 9/27/91 Honorable Malcolm
F. Marsh (fshr)

9/30/91   1904     MEMO in Opposition by State of Washington  to motion for
                   temporary restraining order and/or prelim inj [1895-1] (qsdr)

9/30/91   1905     AFFIDAVIT by defendant State of Washington  of Gene
                   DiDonato (qsdr)

9/30/91   1906     AFFIDAVIT by defendant State of Washington  of Guy R.
                   Norman (qsdr)

10/2/91   1907     Post-Trial briefs submitted by Confed Tribes W/Springs re
                   Colville treaty rights claim (qsdr)

10/7/91   1908     Fishery Regulations filed by Yakima Indian Confederated
                   Tribes (qsdr)

10/7/91   1909     Certificate of svc by intv Conf Tribes Yakima (qsdr)

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al


10/24/91  1910     PETITION by Yakima Indian Confed Tribes for TRO #1910-1 ,
                   or in the alt, for preliminary injunction #1910-2 (qsdr)
                   [Entry date 10/25/91]

10/24/91  1911     MEMORANDUM by Yakima Indian Confederated Tribes in support
                   of motion for TRO [1910-1], or preliminary injunction
                   [1910-2] (10/24/91) (qsdr) [Entry date 10/25/91]

10/24/91  1912     AFFIDAVIT by Yakima Indian Confederated Tribes  of Elmer
                   Schuster re motion for TRO [1910-1], re motion for
                   preliminary injunction [1910-2] (qsdr) [Entry date 10/25/91]

10/24/91  1913     AFFIDAVIT by Yakima Indian Confederated Tribes  of Paul
                   Lumley re motion for TRO [1910-1], re motion for
                   preliminary injunction [1910-2] (qsdr) [Entry date 10/25/91]

10/24/91  1914     MOTION by Conf Tribes Yakima for an order shortening time
                   #1914 (qsdr) [Entry date 10/25/91]

10/24/91  1916     Certificate of svc by Yakima Indian Confederated Tribes
                   (qsdr) [Entry date 10/25/91]

10/24/91  1917     RESPONSE by USA  to motion for TRO [1910-1], motion for
                   preliminary injunction [1910-2] (qsdr) [Entry date 10/25/91]

10/24/91  1918     RESPONSE by State of Oregon to motion for TRO [1910-1], or

alt preliminary injunction (qsdr) [Entry date 10/25/91]

10/24/91  1919    RECORD OF TRO TIME: finding the motion for TRO [1910] moot.
                  ntfd Honorable Malcolm F. Marsh (qsdr) [Entry date 10/25/91]

10/25/91  1920    ORDER, Pet TRO, prelim inj moot. *States of OR & WA agree to*
                  *allow Treaty Indina Fishery above Bonneville to run 3*
                  *additional days, Begin FRI, 10/25/91, 8:00 am and cont to*
                  *MON, 10/28/91 at 12:00 noon. OR & WA will not interfere*
                  *w/tribal regs, by agreemt. Tribes agree nofurth reqs for*
                  *dish days be made til winter mgt season.* ntfd Signed
                  10/25/91 microfilmed & ent 10/25/91 Honorable Malcolm F.
                  Marsh (qsdr)

10/28/91  1921    MEMO in OPPOSITION by State of Washington  to Tribal motion
                  for injunction [1910-2] (qsdr) [Entry date 10/29/91]

10/28/91  1922    AFFIDAVIT by State of Washington  of Gene DiDonato re
                  *response [1921-1] (qsdr) [Entry date 10/29/91]*

10/28/91  1923    AFFIDAVIT by State of Washington  of Dennis Austin (qsdr)
                  [Entry date 10/29/91]

10/28/91  1924    AFFIDAVIT by State of Washington  of Guy Norman (qsdr)
                  [Entry date 10/29/91]

10/28/91  1925    Affidavit of mailing by Yakima Indian Confederated Tribes


Docket as of September 12, 2000 7:20 pm            Page 34

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

                  (qsdr) [Entry date 10/29/91]

10/29/91  1926    NOTICE by State of Oregon of additional cnsl for svc of
                  process Eric Bloch while Cheryl Coon  maternity leave (qsdr)
                  [Entry date 10/30/91]

10/30/91  1927    Fishery Regulations (10/24/91) by Yakima Indian
                  Confederated Tribes (qsdr) [Entry date 10/31/91]

11/4/91  1929     ORDER granting  motion for an order shortening time #1914
                  for OSC hrg to 10/24/91 at 4:00 pm. ntfd  Signed nun pro
                  tunc 10/24/91 microfilmed 11/8/91  Honorable Malcolm F.
                  Marsh (fshr) [Entry date 11/08/91]

11/4/91  1930     ORDER  to show cause why TRO or in the alternative a
                  preliminary injunction should not issue-ORD Staes of Oreg &
                  Wash to appear on 10/24/91 at 4:00 pm to show cause why the
                  petition for a TRO should not issue. DONE IN OPEN COURT nun
                  pro tunce to 10/24/91(11/4/91) ntfd  Signed 10/24/91
                  microfilmed 11/8/91 Honorable Malcolm F. Marsh (fshr)
                  [Entry date 11/08/91]

12/6/91  --       Returned from C/A 6 vol. of t/p's, 1/25/86 #1396, 3/27/87
                  #1419, 7/14/87 #1452, 4/28/88 #1554, 5/22/85 #1290, 5/28/87
                  #1455 (fshr) [Entry date 12/09/91]

1/3/92    1931    Opinion- see ord dated 1/3/92 for specifics. ntfd    Signed
                  1/3/92 microfilmed & ent 1/3/92 Honorable Malcolm F. Marsh
                  (fshr)

1/3/92    1932    ORDER-In accordance w/my opn filed on this date, the complt
                  in intervention of the Confederated Tribes of the Colville
                  Nation is dsmsd. ntfd  Signed 1/3/92 microfilmed & ent
                  1/3/92 Honorable Malcolm F. Marsh (fshr)

1/21/92   1933    NOTICE OF APPEAL to Court of Appeals by
                  intervenor-plaintiff Conf Tribes/Colville from
                  order/opinion dated 1/3/92 [1931-1] (tomg)
                  [Entry date 01/23/92]

1/21/92   --      RECEIVED fee from Conf Tribes/Colville  in amount of $ 5.00
                  USDC, $100.00 C/A ( Receipt # 102655) (tomg)
                  [Entry date 01/23/92]

1/21/92   --      Mailed copy of N/A to counsel and to US Court of Appeals
                  for the Ninth Circuit, along with copy of opinion/order and
                  docket sheet. (tomg) [Entry date 01/23/92]

2/14/92   --      Notification by US Court of Appeals for the Ninth Circuit
                  of Docket Number 92-35150 (tomg) [Entry date 02/19/92]

2/20/92   1934    MOTION by intervenor Shoshone Bannock] for temporary
                  restraining order, or in the alternative for preliminary
                  injunction  o/a reqstd (fshr) [Entry date 02/21/92]

Docket as of September 12, 2000 7:20 pm                    Page 35

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

2/20/92   1935    MEMORANDUM by intervenor Shoshone Bannock]  in support of
                  motion for temporary restraining order [1934-1], of motion
                  for preliminary injunction [1934-2] (fshr)
                  [Entry date 02/21/92]

2/20/92   1936    AFFIDAVIT by intervenor Shoshone Bannock]  of Keith A.
                  Kutchins re motion for temporary restraining order
                  [1934-1], re motion for preliminary injunction [1934-2]
                  (fshr) [Entry date 02/21/92]

2/20/92   1937    AFFIDAVIT by intervenor Shoshone Bannock]  of Keith Tinno
                  re motion for temporary restraining order [1934-1], re
                  motion for preliminary injunction [1934-2] (fshr)
                  [Entry date 02/21/92]

2/20/92   1938    Certificate of svce by intervenor Shoshone Bannock] (fshr)
                  [Entry date 02/21/92]

2/20/92   1939    Notc of w/drawal & Substitution of counsel: Candy L.
                  Jackson, substituted for attorney JEANETTE WOLFLEY for
                  Shoshone Bannock] (fshr) [Entry date 02/21/92]
                  [Edit date 02/21/92]

2/20/92   1940    Certificate of svce by intervenor Shoshone Bannock] (fshr)

[Entry date 02/21/92]

2/20/92   1941   MOTION by intervenor Shoshone Bannock] For atty Candy L.
                 Jackson to proceed Pro Hac Vice (fshr) [Entry date 02/21/92]

2/20/92   1942   Certificate of svce by intervenor Shoshone Bannock] (fshr)
                 [Entry date 02/21/92]

2/20/92   1943   AFFIDAVIT by intervenor Shoshone Bannock]  of Marvin
                 Osborne (fshr) [Entry date 02/21/92]

2/20/92   1944   AFFIDAVIT by intervenor Shoshone Bannock]  of Lionel Q.
                 Boyer (fshr) [Entry date 02/21/92]

2/21/92   1945   Supplemental AFFIDAVIT by intervenor Shoshone Bannock]  of
                 Keith A. Kutchins (fshr)

2/21/92   1947   RECORD OF tro hrg: denying Intervenor Shoshone Bannock's
                 motion for temporary restraining order [1934-1] ntfd
                 Honorable Malcolm F. Marsh  Court Rptr John Davis (fshr)
                 [Entry date 03/02/92]

2/26/92   1946   Memorandum by defendant State of Oregon  in opposition to
                 Shoshone-Bannock 's motion for temporary restraining order
                 [1934-1] (fshr) [Entry date 02/27/92]

.

Docket as of September 12, 2000 7:20 pm            Page 36

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

2/29/92   1948   ORDER-1)The Circuit Ct of the State of Oregon for Clatsop
                 Co. is stayed from enforcing the temporary injunction issed
                 by Judge Cole of that ct on 2/28/92 in Salmon for All v
                 State of Washington; 2)the Circuit Ct of the State of
                 Oregon for Clatsop County shall not issue any further ords
                 in Salmon for All v State of Washington that would have the
                 effect of interfering w/the actions of the Columbia River
                 Compact or preventing the State of Oregon or the Washington
                 State Director of Fisheries from adopting rules consistent
                 w/those of the Columbia River Compact; & 3)The Wash State
                 Dept of Fisheries, its Director, the State of Oregon, & the
                 Columbia River Compact are relieved from any obligation to
                 comply w/the temporary inj issd by the Cir Ct of the State
                 of Oreg for Clatsop Co. on 2/28/92 in Salmon for All v
                 State of Washington. ntfd  Signed 2/29/92 microfilmed
                 3/2/92 Honorable Malcolm F. Marsh (fshr)
                 [Entry date 03/02/92]

2/29/92   1949   RECORD OF phone hrg: The State of Wash 's mot for TRO (rec'd
                 2/28/92) granted (see written ord) & cnsl for the states of
                 Oregon & Wash are directed to ntfy their respective depts of
                 this ruling. ORD setting a conf call to discuss status of
                 case for Mon 3/2/92 at 2:00 pm.ntfd Honorable Malcolm F.
                 Marsh Court Rptr Bob Stimler (fshr) [Entry date 03/03/92]

[Edit date 03/04/92]

2/29/92  1957    Transcript Designation and Ordering Form for date(s)
                 7-21-25-91  (complete trial). (tely) [Entry date 03/04/92]

3/2/92   1950    Memorandum  by non parties [Salmon for All, Inc.],
                 [Fishhawk Fisheries, Inc.], [Steven Fick], & [Amicus Curiae
                 Columbia River Fishermen's Protective Assn]in opposition to
                 State of Washington's mot for TRO staying Clatsop County
                 Circuit Court proceedings (fshr) [Entry date 03/03/92]

3/2/92   1951    AFFIDAVIT  of Thane W. Tienson  in opposn to State of
                 Washington's mot for TRO staying Clatsop County Circuit
                 Court proceedings. (fshr) [Entry date 03/03/92]

3/2/92   1952    AFFIDAVIT  of Don F. Swartz (fshr) [Entry date 03/03/92]

3/2/92   1953    Certificate of svce (fshr) [Entry date 03/03/92]

3/2/92   1954    RECORD OF hrg: following consideration of objns of amicus
                 CRFPA, Salmon For All, Inc. & Steven Fick to the State of
                 Washington's mot for TRO (rec'd 2/28/92) & to my ord of
                 2/29/92 granting Washington's mot for TRO, my prior ord is
                 affirmed & amicus CRFPA, et al's oral mot for
                 reconsidertion is DENIED. ORD-Cnsl for the states of
                 Washington & Oregon are to ntfy their respective
                 enforcement agencies of my ruling. ntfd  Honorable Malcolm
                 F. Marsh Court Rptr Bob Stimler (fshr) [Entry date 03/04/92]

Docket as of September 12, 2000 7:20 pm                    Page 37

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

3/3/92   1955    TRANSCRIPT of court trial held 7/21/91 through end of trial
                 (Volume I). (fshr) [Entry date 03/04/92]
                 [Edit date 11/13/92]

3/3/92   1956    TRANSCRIPT of court trial held 7/21/91 through end of trial
                 (Volume II). (fshr) [Entry date 03/04/92]
                 [Edit date 11/13/92]

3/5/92   1958    MOTION by defendant State of Washington for temporary
                 restraining order staying Clatsop County Circuit Ct
                 proceedings (fshr)

3/16/92  1959    Opinion-see ord dated 3/16/92 for specifics. ntfd   Signed
                 3/11/92 microfilmed 3/17/92 Honorable Malcolm F. Marsh (fshr)
                 [Entry date 03/17/92]

3/16/92  1960    Amended ORDER-In accordance w/my a/opn filed on this date,
                 the complt in intervention of the Conf Tribes of the
                 Colville Nation is dsmsd. SO ORD ntfd Signed 3/11/92
                 microfilmed 3/17/92 Honorable Malcolm F. Marsh (fshr)
                 [Entry date 03/17/92]

3/19/92  1961    Letter to Clerk from Judge Marsh re disbursements to Dr.

                        Lane (fshr) [Entry date 03/25/92]

3/27/92  --      RECEIVED fee  in amount of $ 105.00 from Salmon For All,
                 Fishhawk Fisheries and Steven Fick ( Receipt # 103727).
                 (tomg) [Entry date 03/30/92]

3/27/92  --      Mailed copy of N/A to US Court of Appeals for the Ninth
                 Circuit and to counsel, along with copy of Order and
                 updated d/sheet. (tomg) [Entry date 03/30/92]

3/27/92  1962    NOTICE OF APPEAL to Court of Appeals by Salmon For All,
                 Inc., Fishhawk Fisheries, Inc., and Steven Fick from Order
                 filed 2/29/92 staying the enforcement of the temporary
                 injunction, ordering Clatsop County not to issue any
                 further orders in that case, and relieving the Washington
                 State Dept. of Fisheries, its Director, and the Columbia
                 River Compact from any obligation to comnply with that
                 temporary injunction [1948-1]. (tomg) [Entry date 03/30/92]

4/6/92   --      Notification by US Court of Appeals for the Ninth Circuit
                 of Docket Number 92-35320 (tomg) [Entry date 04/30/92]

4/8/92   1963    Transcript Designation and Ordering Form for date(s) 3/2/92
                 (tomg) [Entry date 04/10/92]

5/8/92   1964    Columbia River Fisheries enforcement referral agreements
                 w/the Umatilla & Warm Springs Indian Tribes (fshr)
                 [Entry date 05/11/92]

Docket as of September 12, 2000 7:20 pm              Page 38

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

6/1/92   1965    ORDER from USCA  dismissing the appeal [1962-1]; A
                 certified copy of this Order sent to the district
                 court...shall act as and for the mandate of this court.
                 (tomg)

6/23/92  1966    MOTION by intervenor State of Idaho to withdraw Kevin
                 Quine Davis of Stoel, Rives, Boley as attorney (fshr)
                 [Entry date 06/25/92]

6/23/92  1967    AFFIDAVIT by intervenor State of Idaho  of James F. Fell re
                 motion to withdraw Kevin Quine Davis of Stoel, Rives, Boley
                 as attorney [1966-1] (fshr) [Entry date 06/25/92]

6/24/92  1968    RECORD OF ORD: granting Deft's  motion to withdraw Kevin
                 Quine Davis of Stoel, Rives, Boley as attorney [1966-1]
                 for State of Idaho ntfd   Honorable Malcolm F. Marsh
                 Court Rptr none (fshr) [Entry date 06/29/92]

6/26/92  1969    TRANSCRIPT  of remarks of the Court held 3/2/92 before
                 Judge Marsh filed (fshr) [Entry date 06/29/92]

6/29/92  1970    MOTION by intervenor Nez Perce Tribe for temporary

restraining order, and for preliminary injunction (fshr)

6/29/92  1971  MEMORANDUM by intervenor Nez Perce Tribe  in support of
               motion for temporary restraining order [1970-1], of motion
               for preliminary injunction [1970-2] (fshr)

6/29/92  1972  Certificate of svce by intervenor Nez Perce Tribe (fshr)

6/29/92  1973  RECORD OF phone scheduling conf: ORD setting hrg on Nez
               Perce's 6/29/92 mot for TRO & preliminary inj #1970 on Wed
               7/1/92 at 10:00 am. , ntfd   Honorable Malcolm F. Marsh
               Court Rptr Bob Stimler (fshr) [Entry date 07/01/92]

7/1/92   1974  Memorandum by intervenor State of Idaho  in opposition to
               motion for temporary restraining order [1970-1], motion for
               preliminary injunction [1970-2] (fshr)

7/1/92   1975  MOTION by intervenor Shoshone Bannock] for authorization
               to ldg telefax copy (fshr)

7/1/92   1976  Response by intervenor Shoshone Bannock]  to, TRO & req for
               atty fees[1970-2] (fshr)

7/1/92   1977  AFFIDAVIT by intervenor Shoshone Bannock]  of Jeanette
               Wolfley re response [1976-1] (fshr)

7/1/92   1978  AFFIDAVIT by intervenor Shoshone Bannock]  of Candy L.
               Jackson re response [1976-1] (fshr)

7/1/92   1979  AFFIDAVIT by intervenor Shoshone Bannock]  of Keith
               Kutchins re response [1976-1] (fshr)


Docket as of September 12, 2000 7:20 pm          Page 39

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

7/1/92   1980  Certificate of svce by intervenor Shoshone Bannock] (fshr)

7/1/92   1981  ORDER granting  Shoshone-Bannock's motion for authorization
               to ldg telefax copy [1975-1] ntfd   Signed 7/1/92
               microfilmed 7/2/92 Honorable Malcolm F. Marsh (fshr)
               [Entry date 07/02/92]

7/1/92   1982  RECORD OF hrg: ORD Nez Perce's map exhs 4 & 5 RECEIVED.
               (will be attched to this m.o. & kept w/the file) ORD Nez
               Perce Tribe's 6/29/92 mot for TRO & inj #1970 DENIED as to
               area 2, MOOT as to area 1, DENIED as to atty fees. ORD
               Shoshone Bannock may continue fishing until 11:59 pm
               7/12/92. ntfd Honorable Malcolm F. Marsh Court Rptr Bob
               Stimler (fshr) [Entry date 07/02/92]

7/6/92   1983  AMENDED Certificate of service by State of Idaho to
               [1974-1] (qsdr)

7/6/92   1984  Certificate of service by intervenor Shoshone Bannock] (qsdr)

7/10/92  1985  RECORD OF phone hrg: ORD granting Shoshone Bannock's oral

|          |      |                                                                                                                                                                                                                             |
|----------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |      | mot to ext the fishing until 11:59 pm on 7/20/92 w/ fishing restricted by original numbers.ntfd Honorable Malcolm F. Marsh Court Rptr Bob Stimler (fshr) [Entry date 07/14/92]                                                 |
| 8/21/92  | 1986 | 1992 Management Agreement For Upper Columbia River Fall Chinook (fshr) [Entry date 08/27/92]                                                                                                                                  |
| 9/11/92  | 1987 | Attorney Peter C. Monson appearance for plaintiff USA (fshr) [Entry date 09/14/92]                                                                                                                                           |
| 9/25/92  | 1988 | Certified Copy of Order from the US Court of Appeals for the Ninth District [1933-1] All appellees shall file answereing briefs according to the format outlined in the ct's ord of 5/15/92 on or before 10/13/92. Appellant may vile an optional reply brief on or before 11/10/92. This case is released from the Prebriefing conference program. (fshr) |
| 10/14/92 | 1989 | NOTICE OF WITHDRAWAL & SUBSTITUTION of Attorney: Lea Ann Easton replacing attorney Craig J Dorsay for Umatilla Indian Confederated Tribes (fshr)                                                                              |
| 11/12/92 | --   | CLERK'S RECORD on appeal (Transcripts only – of court trial 7/21/91 through end of trial) transmitted to US Court of Appeals for the Ninth Circuit, re appeal 92-35150 filed by the Confederated Tribes of the Coquille Reservation on 1/21/92. (tomg) [Edit date 11/13/92] |
| 3/10/93  | 1990 | SUBSTITUTION of Attorney: Tim W Simmons replacing attorney Lea Ann Easton for Umatilla Indian Confederated Tribes (tely) [Entry date 03/15/93]                                                                                |

Docket as of September 12, 2000 7:20 pm                    Page 40

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

|          |      |                                                                                                                                                                                                                             |
|----------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 9/20/93  | 1991 | MOTION  by Intervenor Yakima Indian Nation FOR AN ORDER SHORTENING TIME FOR HEARING (fshr) [Entry date 09/21/93]                                                                                                             |
| 9/20/93  | 1992 | AFFIDAVIT by Intervenor Yakima Indian Nation  of Tim Weaver re MOTION FOR AN ORDER SHORTENING TIME FOR HEARING [1991-1] (fshr) [Entry date 09/21/93]                                                                          |
| 9/20/93  | 1993 | MOTION  by Intervenor Warm Springs Nation, Intervenor Yakima Indian Nation, Intervenor Umatilla Indian, Intervenor Nez Perce Tribe FOR TEMPORARY RESTRAINING ORDER, or in the alternative FOR PRELIMINARY INJUNCTION (fshr) [Entry date 09/21/93] |
| 9/20/93  | 1994 | MEMORANDUM IN SUPPORT by Intervenor Warm Springs Nation, Intervenor Yakima Indian Nation, Intervenor Umatilla Indian, Intervenor Nez Perce Tribe of MOTION FOR TEMPORARY RESTRAINING ORDER [1993-1], of MOTION FOR PRELIMINARY INJUNCTION [1993-2] (fshr) [Entry date 09/21/93] |
| 9/20/93  | 1995 | AFFIDAVIT by Intervenor Warm Springs Nation, Intervenor                                                                                                                                                                     |

Yakima Indian Nation, Intervenor Umatilla Indian,
Intervenor Nez Perce Tribe  of Paul Lumley,  re MOTION FOR
PRELIMINARY INJUNCTION [1993-2] (fshr) [Entry date 09/21/93]

9/20/93  1996    CERTIFICATE OF SERVICE of affidavit [1995-1], memorandum
                 [1994-1], MOTION FOR TEMPORARY RESTRAINING ORDER [1993-1],
                 MOTION FOR PRELIMINARY INJUNCTION [1993-2] by Intervenor
                 Warm Springs Nation, Intervenor Yakima Indian Nation,
                 Intervenor Umatilla Indian, Intervenor Nez Perce Tribe (fshr)
                 [Entry date 09/21/93]

9/20/93  1997    RECORD OF PROCEEDINGS  before Honorable Malcolm F. Marsh
                 ORDER DENYING PLAINTIFF/INTERVENOR TIRBES' YAKIMA, WARM
                 SPRINGS, UMATILLA, NEZ PERCE'S MOTION FOR TEMPORARY
                 RESTRAINING ORDER [1993-1], & MOTION FOR PRELIMINARY
                 INJUNCTION [1993-2], ORDER GRANTING YAKIMA'S MOTION FOR AN
                 ORDER SHORTENING TIME FOR HEARING [1991-1] ORDER referring
                 additional extensions of the session to the Policy
                 Committee(cc: Counsel notified) Court Rptr Bob Stimler (fshr)
                 [Entry date 09/21/93]

10/1/93  1998    COLUMBIA RIVER FISHERIES ENFORCEMENT REFERRAL AGREEMENT
                 WITH THE NEZ PERCE TRIBE (cvsp)

1/31/94  1999    NOTICE by Intervenor Yakima Indian Nation of correct
                 designation of party (fshr) [Entry date 02/01/94]

8/26/94  2000    COLUMBIA RIVER TRIBES' JOINT MOTION [ by Plaintiff-
                 Intervenors Warm Springs Nation , Yakama, Umatilla, Nez
                 Perce] FOR TEMPORARY RESTRAINING ORDER, FOR ORDER TO SHOW
                 CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER (fshr)
                 [Entry date 08/29/94] [Edit date 08/29/94]

Docket as of September 12, 2000 7:20 pm              Page 41

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

8/26/94  2001    MEMORANDUM IN SUPPORT by Intervenor Warm Springs Nation,
                 Yakima Indian Nation, Umatilla Indian, Nez Perce Tribe of
                 MOTION FOR TEMPORARY RESTRAINING ORDER [2000-1], of MOTION
                 FOR ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD
                 NOT ENTER [2000-2] (fshr) [Entry date 08/29/94]

8/26/94  2002    AFFIDAVIT by Intervenors Warm Springs, Yakama, Umatilla &
                 Nez Perce  of Phillip R. Mundy MOTION FOR TEMPORARY
                 RESTRAINING ORDER [2000-1], MOTION FOR ORDER TO SHOW CAUSE
                 WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER [2000-2] in
                 support of Tribal TRO RE: Management of Snake River Fall
                 Chinook & Lyons Ferry Hatchery (fshr) [Entry date 08/29/94]

8/26/94  2003    AFFIDAVIT by Intervenors Warm Springs Nation, Yakima Indian
                 Nation, Umatilla Indian, Nez Perce Tribe  of Michael A.
                 Matylewich MOTION FOR TEMPORARY RESTRAINING ORDER [2000-1],
                 MOTION FOR ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION
                 SHOULD NOT ENTER [2000-2] in support of Tribal TRO RE: 1994
                 Management Agreement Negotiations (fshr)

[Entry date 08/29/94]

8/26/94   2004    AFFIDAVIT by Intervenors Warm Springs Nation, Yakima Indian
                  Nation, Umatilla Indian, Nez Perce Tribe  of Paul Lumley
                  MOTION FOR TEMPORARY RESTRAINING ORDER [2000-1], MOTION FOR
                  ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT
                  ENTER [2000-2] RE: Findings of the Columbia River Compact &
                  the Technical Advisory Committee (fshr)
                  [Entry date 08/29/94]

8/26/94   2005    AFFIDAVIT by Intervenors Warm Springs Nation, Yakima Indian
                  Nation,  Umatilla Indian, Nez Perce Tribe  of Jim Berkson
                  MOTION FOR TEMPORARY RESTRAINING ORDER [2000-1], MOTION FOR
                  ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT
                  ENTER [2000-2] RE: Biological opinions addressing 1994
                  ocean fisheries (fshr) [Entry date 08/29/94]

8/26/94   2006    AFFIDAVIT by Intervenors Warm Springs Nation, Yakima Indian
                  Nation, Umatilla Indian, Nez Perce Tribe  of Robert Heinith
                  MOTION FOR TEMPORARY RESTRAINING ORDER [2000-1], MOTION FOR
                  ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT
                  ENTER [2000-2] RE: Mainstem Measures to benefit Fall
                  Chinook (fshr) [Entry date 08/29/94]

8/26/94   2007    AFFIDAVIT by Intervenors Warm Springs Nation, Yakima Indian
                  Nation, Umatilla Indian, Nez Perce Tribe  of Earl Weber
                  MOTION FOR TEMPORARY RESTRAINING ORDER [2000-1], MOTION FOR
                  ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT
                  ENTER [2000-2]  RE: Jeopardy standard & analysis of other
                  measures (fshr) [Entry date 08/29/94]

Docket as of September 12, 2000 7:20 pm                    Page 42

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

8/26/94   2008    AFFIDAVIT by Intervenors Warm Springs Nation, Yakima Indian
                  Nation, Umatilla Indian, Nez Perce Tribe  of Gary S.
                  Morishima MOTION FOR TEMPORARY RESTRAINING ORDER [2000-1],
                  MOTION FOR ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION
                  SHOULD NOT ENTER [2000-2]  RE: utility of Spawner
                  replacement analysis (fshr) [Entry date 08/29/94]

8/26/94   2009    AFFIDAVIT by Intervenors Warm Springs Nation, Yakima Indian
                  Nation, Umatilla Indian, Nez Perce Tribe  of Daniel Goodman
                  MOTION FOR TEMPORARY RESTRAINING ORDER [2000-1], MOTION FOR
                  ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT
                  ENTER [2000-2] RE: use of spawner replacement analysis as a
                  jeopardy standard (fshr) [Entry date 08/29/94]

8/26/94   2010    AFFIDAVIT by Intervenors Warm Springs Nation, Yakima Indian
                  Nation, Umatilla Indian, Nez Perce Tribe  of Steven S.
                  Parker MOTION FOR TEMPORARY RESTRAINING ORDER [2000-1],
                  MOTION FOR ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION

SHOULD NOT ENTER [2000-2] RE: Conservation standards
applied to NMFS action (fshr) [Entry date 08/29/94]

8/26/94    2011    CERTIFICATE OF SERVICE of affidavit [2010-1], affidavit
[2009-1], affidavit [2008-1], affidavit [2007-1], affidavit
[2006-1], affidavit [2005-1], affidavit [2004-1], affidavit
[2003-1], affidavit [2002-1], memorandum [2001-1], MOTION
FOR TEMPORARY RESTRAINING ORDER [2000-1], MOTION FOR ORDER
TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER
[2000-2] by Intervenors Warm Springs Nation, Yakima Indian
Nation, Umatilla Indian, Nez Perce Tribe (fshr)
[Entry date 08/29/94]

8/26/94    2012    MEMORANDUM  by Intervenor Yakima Indian Nation re MOTION
FOR TEMPORARY RESTRAINING ORDER [2000-1], re MOTION FOR
ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT
ENTER [2000-2] (fshr) [Entry date 08/29/94]

8/26/94    2013    AFFIDAVIT by Intervenor Yakima Indian Nation  of Jerry
Meninick memorandum [2012-1] (fshr) [Entry date 08/29/94]

8/26/94    2014    CERTIFICATE OF SERVICE of affidavit [2013-1], memorandum
[2012-1] by Intervenor Yakima Indian Nation (fshr)
[Entry date 08/29/94]

8/29/94    2015    RECORD OF ORDER  by Honorable Malcolm F. Marsh SETTING
Defendant Intervenor's Columbia River Tribes' joint MOTION
FOR TEMPORARY RESTRAINING ORDER [2000-1] & MOTION FOR ORDER
TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER
[2000-2] on oral argument calendar of 9:00 9/2/94  (counsel
notified)  Court Rptr none (fshr)

8/31/94    2016    RESPONSE by Intervenor State of Idaho  to [2000-1] COLUMBIA
RIVER TRIBES' JOINT MOTION FOR TEMPORARY RESTRAINING ORDER
(fshr) [Entry date 09/01/94]

Docket as of September 12, 2000 7:20 pm                    Page 43

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

8/31/94    2017    AFFIDAVIT by Intervenor State of Idaho  of Dewey Worth
MOTION response [2016-1] (fshr) [Entry date 09/01/94]

8/31/94    2018    AFFIDAVIT by Intervenor State of Idaho  of Calvin L. Groen
MOTION response [2016-1] (fshr) [Entry date 09/01/94]

8/31/94    2019    AFFIDAVIT by Intervenor State of Idaho  of Alan Robertson
MOTION response [2016-1] (fshr) [Entry date 09/01/94]

8/31/94    2020    CERTIFICATE OF SERVICE of affidavit [2019-1], affidavit
[2018-1], affidavit [2017-1], MOTION response [2016-1] by
Intervenor State of Idaho (fshr) [Entry date 09/01/94]

9/1/94    2021    MOTION  by Amicus Lummi Indian Nation FOR ATTORNEY Daniel
A. Raas TO APPEAR PRO HAC VICE, and  FOR WAIVER OF LOCAL
COUNSEL REQUIREMENT (fshr) [Entry date 09/02/94]

9/1/94    2022    DECLARATION by Amicus Lummi Indian Nation  of Daniel A.
                  Raas  re MOTION FOR ATTORNEY Daniel A. Raas  TO APPEAR PRO
                  HAC VICE [2021-1], re MOTION  FOR WAIVER OF LOCAL COUNSEL
                  REQUIREMENT [2021-2] (fshr) [Entry date 09/02/94]

9/1/94    2023    BRIEF  by  AMICI PUGET SOUND & WASHINGTON COASTAL TRIBES'
                  BRIEF IN SUPPORT OF TRO (fshr) [Entry date 09/02/94]

9/1/94    2024    MOTION  by Amicus Quinault Indian FOR ATTORNEY Richard
                  Reich TO APPEAR PRO HAC VICE, and for WAIVER OF LOCAL
                  COUNSEL REQUIRMENT (fshr) [Entry date 09/02/94]

9/1/94    2025    MOTION  by Defendant Makah Tribe, Amicus Lummi Indian
                  Nation, Amicus Quinault Indian, Amicus Tulalip Tribes FOR
                  LEAVE TO APPEAR AS AMICUS CURIAE (fshr)
                  [Entry date 09/02/94]

9/1/94    2026    DECLARATION by Amicus Quinault Indian  of Richard Reich re
                  MOTION FOR ATTORNEY Richard Reich TO APPEAR PRO HAC VICE
                  [2024-1], re MOTION WAIVER OF LOCAL COUNSEL REQUIRMENT
                  [2024-2] (fshr) [Entry date 09/02/94]

9/1/94    2027    CERTIFICATE OF SERVICE of declaration [2026-1], MOTION FOR
                  LEAVE TO APPEAR AS AMICUS CURIAE [2025-1], MOTION FOR
                  ATTORNEY Richard Reich TO APPEAR PRO HAC VICE [2024-1],
                  MOTION WAIVER OF LOCAL COUNSEL REQUIRMENT [2024-2],
                  memorandum [2023-1], declaration [2022-1], MOTION FOR
                  ATTORNEY Daniel A. Raas TO APPEAR PRO HAC VICE [2021-1],
                  MOTION  FOR WAIVER OF LOCAL COUNSEL REQUIREMENT [2021-2] by
                  Defendant Makah Tribe, Amicus Lummi Indian Nation, Amicus
                  Quinault Indian, Amicus Tulalip Tribes (fshr)
                  [Entry date 09/02/94]

9/1/94    2028    AFFIDAVIT by Intervenor Warm Springs Nation  of Sandra
                  Petersen  in support of a Tribal TRO Re: Transcript of the
                  Columbia River Compact (fshr) [Entry date 09/02/94]


Docket as of September 12, 2000 7:20 pm                    Page 44

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

9/1/94    2029    AFFIDAVIT by Intervenor Warm Springs Nation  of Michael A.
                  Matylewich in support of Tribal TRO re: Biological opinion
                  of 8/26/94 [2000-1] (fshr) [Entry date 09/02/94]

9/1/94    2030    CERTIFICATE OF SERVICE of affidavit [2029-1], affidavit
                  [2028-1] by Intervenor Warm Springs Nation (fshr)
                  [Entry date 09/02/94]

9/1/94    2031    MOTION  by Defendant Makah Tribe FOR WAIVER OF PRO HAC
                  VICE COUNSEL RULE (fshr) [Entry date 09/02/94]

9/1/94    2032    AFFIDAVIT by Defendant Makah Tribe  of Marc D. Slonim
                  MOTION FOR WAIVER OF PRO HAC VICE COUNSEL RULE [2031-1]
                  (fshr) [Entry date 09/02/94]

9/1/94    2033    RESPONSE by Defendant State of Oregon  to COLUMBIA RIVER

|          |      |                                                                                     |
|----------|------|-------------------------------------------------------------------------------------|
|          |      | TRIBES' JOINT [2000-1] MOTION FOR TEMPORARY RESTRAINING ORDER (fshr) [Entry date 09/02/94] |
| 9/1/94   | 2034 | AFFIDAVIT by Defendant State of Oregon  of Donald McIsaac MOTION response [2033-1] (fshr) [Entry date 09/02/94] |
| 9/2/94   | 2035 | REPLY by Plaintiff USA  to [2000-1] MOTION FOR TEMPORARY RESTRAINING ORDER, [2000-2] MOTION FOR ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER (fshr) |
| 9/2/94   | 2036 | DECLARATION by Plaintiff USA  of J. Gary Smith re MOTION response [2035-1] (fshr) |
| 9/2/94   | 2037 | DECLARATION by Plaintiff USA  of Peter H. Dygert re declaration [2036-1] (fshr) |
| 9/2/94   | 2038 | CERTIFICATE OF SERVICE of declaration [2037-1], declaration [2036-1], MOTION response [2035-1] by Plaintiff USA (fshr) |
| 9/2/94   | 2039 | RECORD OF PROCEEDINGS TRO/PRELIMINARY INJUNCTION HEARING: before Honorable Malcolm F. Marsh The joint tribes' motion for a TRO/injunction #2000 is WITHDRAWN upon settlement of the parties under the terms set forth in open court. Pursuant to that settlement, the court hereby issues an injunction against the Columbia River Compact & States of Oregon & Washington directing them to enact regulations to implement the fishery agreed upon in the settlement with a 26 spawner equivelant cap. The motions of the Puget Sound & Washington Coastal Tribes to appear as amicus #2025 & for pro hac vice & waiver of local rule #2021 as to Raas & 2024 as to Reich are MOOT  (cc: Counsel notified) Court Rptr Bob Stimler (fshr) [Entry date 09/06/94] |
| 9/9/94   | 2040 | SETTLEMENT AGREEMENT & ORDER RE COLUMBIA RIVER TRIBES' JOINT MOTION FOR A TRO & ORDER TO SHOW CAUSE ( Please see order) by Honorable Malcolm F. Marsh Signed 9/9/94 (counsel notified) (fshr) [Entry date 09/12/94] |

Docket as of September 12, 2000 7:20 pm                    Page 45

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

| 10/17/94 | 2041 | MOTION  by Intervenor-defendant Alaska Trollers Asso TO INTERVENE (fshr) [Entry date 10/18/94] |
| 10/17/94 | 2042 | MEMORANDUM IN SUPPORT by Intervenor-defendant Alaska Trollers Asso of MOTION TO INTERVENE [2041-1] (fshr) [Entry date 10/18/94] |
| 10/17/94 | 2043 | AFFIDAVIT by Intervenor-defendant Alaska Trollers Asso  of Dale A. Kelley MOTION TO INTERVENE [2041-1] (fshr) [Entry date 10/18/94] |
| 10/17/94 | 2044 | MOTION  by Intervenor-defendant Alaska Trollers Asso FOR ATTORNEY Bruce B. Weyhrauch TO APPEAR PRO HAC VICE (fshr) [Entry date 10/18/94] |

```
10/17/94 2045    APPLICATION by Intervenor-defendant Alaska Trollers Asso
                 FOR ATTORNEY Bruce B. Weyhracuh TO APPEAR PRO HAC VICE (fshr)
                 [Entry date 10/18/94]

10/17/94 2046    AFFIDAVIT by Intervenor-defendant Alaska Trollers Asso  of
                 Bradford H. Lamb MOTION FOR ATTORNEY Bruce B. Weyhrauch TO
                 APPEAR PRO HAC VICE [2044-1] (fshr) [Entry date 10/18/94]

10/19/94 2047    RECORD OF ORDER  by Honorable Malcolm F. Marsh SETTING
                 MOTIONS ON BEHALF OF ALASKA TROLLERS ASSN FOR ATTORNEY
                 Bruce B. Weyhrauch TO APPEAR PRO HAC VICE [2044-1] & MOTION
                 TO INTERVENE [2041-1] on not for oral argument calendar of
                 11/28/94  (counsel notified)  Court Rptr none (fshr)
                 [Entry date 10/20/94]

10/24/94 2048    AFFIDAVIT OF MAILING of affidavit [2046-1], MOTION FOR
                 ATTORNEY Bruce B. Weyhracuh TO APPEAR PRO HAC VICE
                 [2045-1], MOTION [2045-2], MOTION FOR ATTORNEY Bruce B.
                 Weyhrauch TO APPEAR PRO HAC VICE [2044-1], affidavit
                 [2043-1], memorandum [2042-1], MOTION TO INTERVENE [2041-1]
                 by Intervenor-defendant Alaska Trollers Asso (fshr)
                 [Entry date 10/25/94]

10/28/94 2049    MOTION  by Defendant State of Oregon  TO EXTEND TIME TO
                 FILE RESPONSE TO MOTION TO INTERVENE (fshr)
                 [Entry date 10/31/94]

10/28/94 2050    AFFIDAVIT by Defendant State of Oregon  of Eric J. Bloch
                 MOTION  TO EXTEND TIME TO FILE RESPONSE TO MOTION TO
                 INTERVENE [2049-1] (fshr) [Entry date 10/31/94]

10/31/94 2051    RESPONSE by Intervenor State of Idaho  to ALASKA TROLLERS
                 ASSOCIATION'S [2041-1] MOTION TO INTERVENE (fshr)
                 [Entry date 11/01/94]
```

```
Docket as of September 12, 2000 7:20 pm            Page 46

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

10/31/94 2052    RECORD OF ORDER  by Honorable Malcolm F. Marsh GRANTING
                 STATE OF OREGON'S MOTION  TO EXTEND TIME TO FILE RESPONSE
                 TO MOTION TO INTERVENE [2049-1] to 11/7/94. The motions
                 remain set on 11/28/94 not for oral argument motion
                 calendar (counsel notified) Court Rptr none (fshr)
                 [Entry date 11/02/94]

11/1/94  2053    RESPONSE IN OPPOSITION by Plaintiff USA  to ALASKA TROLLERS
                 ASSOCIATION [2041-1] MOTION TO INTERVENE (fshr)
                 [Entry date 11/02/94]

11/1/94  2054    MEMORANDUM IN OPPOSITION  by Warm Springs Nation, Yakima
                 Indian Nation, Umatilla Indian, Nez Perce Tribe  to ALASKA
                 TROLLERS ASSOCIATION'S [2041-1] MOTION TO INTERVENE (fshr)
```

[Entry date 11/02/94]

11/1/94   2055   CERTIFICATE OF SERVICE of MOTION response [2054-1] by Warm
                 Springs Nation, Yakima Indian Nation, Umatilla Indian, Nez
                 Perce Tribe (fshr) [Entry date 11/02/94]

11/7/94   2056   MEMORANDUM IN OPPOSITION  by Defendant State of Oregon  to
                 [2041-1] MOTION TO INTERVENE (fshr) [Entry date 11/08/94]

11/14/94  2057   REPLY TO STATE OF IDAHO'S RESPONSE  re [2041-1] MOTION TO
                 INTERVENE (fshr) [Entry date 11/15/94]

11/14/94  2058   REPLY TO WARM SPRINGS, YAKAMA, UMATILLA & NEZ PERCE TRIBES'
                 JOINT OPPOSITION   to Intervenor-defendant Alaska Trollers
                 Asso  re [2041-1] MOTION TO INTERVENE (fshr)
                 [Entry date 11/15/94]

11/14/94  2059   REPLY TO UNITED STATES' OPPOSITION TO Intervenor-defendant
                 Alaska Trollers Asso   [2041-1] MOTION TO INTERVENE (fshr)
                 [Entry date 11/15/94]

12/1/94   2060   ORDER  by Honorable Malcolm F. Marsh Based on the
                 foregoing, (see file) ATA's motion to intervene (#2041) is
                 DENIED & its motion for pro hac vice (#2044) is MOOT. SO
                 ORDERED  Signed 12/1/94 (counsel notified) (fshr)

2/2/95    2061   RECORD OF ORDER  by Honorable Malcolm F. Marsh for docket
                 housekeeping including the 9/2/94 record of proceedings
                 #2039, the ruling: the 9/1/94 motion of the Makah Tribe for
                 waiver of pro hac vice counsel rule #2031 MOOT.  (counsel
                 notified)  Court Rptr none (fshr) [Entry date 02/03/95]

3/23/95   2062   MANDATE/JUDGMENT from USCA  AFFIRMING the decision of the
                 District Court [1933 1] C/A #92 35150 (fshr)
                 [Entry date 03/27/95]

8/10/95   2063   SETTLEMENT AGREEMENT & ORDER (SEE FILE) by Honorable
                 Malcolm F. Marsh Signed 8/10/95 (counsel notified) (gam)

Docket as of September 12, 2000 7:20 pm                Page 47

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

11/2/95   2064   REQUEST  by Plaintiff USA FOR A STATUS CONFERENCE WITH THE
                 COURT (tomg) [Entry date 11/03/95]

11/13/95  2065   RESPONSE by Intervenor Yakima Indian Nation  to [2064-1] TO
                 MOTION FOR A STATUS CONFERENCE WITH THE COURT (fshr)
                 [Entry date 11/14/95]

11/13/95  2066   CERTIFICATE OF SERVICE of MOTION response [2065-1] by
                 Intervenor Yakima Indian Nation (fshr) [Entry date 11/14/95]

11/13/95  2067   RECORD OF ORDER  by Honorable Malcolm F. Marsh GRANTING
                 USAs 11/13/95 oral request to withdraw its request for a
                 status conference #2064  (counsel notified) (wri)

[Entry date 11/15/95]

11/29/95  2068    AFFIDAVIT by Defendant State of Washington  of Tim Weaver
                  —mailed a copy of the 11/22/95 letter to Honorable Malcom
                  F. Marsh to all parties (fshr)

11/4/96   2069    MOTION by Plaintiff USA FOR APPROVAL OF MANAGEMENT
                  AGREEMENT FOR FALL CHINOOK FOR 1996-1998 (wri)
                  [Entry date 11/05/96]

11/15/96  2070    RECORD OF ORDER  by Honorable Malcolm F. Marsh SETTING
                  MOTION FOR APPROVAL OF MANAGEMENT AGREEMENT FOR FALL
                  CHINOOK FOR 1996-1998 [2069-1] on not for oral argument
                  calendar of 12/13/96. Defendants' response due by 11/27/96;
                  Plaintiff's reply due by 12/9/96. The motion will be
                  considered under advisement 12/13/96 (counsel notified)
                  Court Rptr none (fshr) [Entry date 11/18/96]

11/27/96  2071    RECORD OF ORDER  by Honorable Malcolm F. Marsh GRANTING the
                  Governments 11/27/96 FAX letter request WITHDRAWING its
                  11/4/96 MOTION FOR APPROVAL OF MANAGEMENT AGREEMENT FOR
                  FALL CHINOOK FOR 1996-1998 [2069-1] and STRIKING it from
                  the 12/13/96 calendar (counsel notified) (peg)
                  [Entry date 12/02/96]

12/9/96   2072    MAIL RETURNED  [minutes order [2071-1] ] addressed to James
                  A Wexler for Amicus Trollers Assoc Washington State (peg)

2/11/97   2073    MOTION  by Intervenor Umatilla Indian FOR ATTORNEY
                  CHRISTOPHER B LEAHY TO APPEAR PRO HAC VICE & REQUEST FOR
                  WAIVER OF LOCAL RULE 110-2(B) (tely)

2/11/97   2074    JOINT MOTION  by Yakama Indian Nation , Umatilla Indian
                  Reservation, Confederated Tribes of the Warm Springs, Nez
                  Perce Tribe FOR TEMPORARY RESTRAINING ORDER, or
                  alternative FOR PRELIMINARY INJUNCTION & ORDER TO SHOW
                  CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER (tely)

Docket as of September 12, 2000 7:20 pm              Page 48

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

2/11/97   2075    MEMORANDUM IN SUPPORT by  Yakama Indian Nation, et. al. of
                  MOTION FOR TEMPORARY RESTRAINING ORDER [2074-1], of MOTION
                  FOR PRELIMINARY INJUNCTION & ORDER TO SHOW CAUSE WHY
                  PRELIMINARY INJUNCTION SHOULD NOT ENTER [2074-2] (tely)

2/11/97   2076    AFFIDAVIT by Yakama Indian Nation et. al.  of Paul Lumley
                  IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER
                  [2074-1], MOTION FOR PRELIMINARY INJUNCTION & ORDER TO SHOW
                  CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER [2074-2]
                  (tely)

2/11/97   2077    AFFIDAVIT by Yakama Indian Nation et. al. of Steven S

Parker IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER
[2074-1], MOTION FOR PRELIMINARY INJUNCTION & ORDER TO SHOW
CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER [2074-2]
(tely)

2/11/97  2078    AFFIDAVIT by Yakama Indian Nation et. al.  of William F
                 Yallup, Sr. IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING
                 ORDER [2074-1], MOTION FOR PRELIMINARY INJUNCTION & ORDER
                 TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER
                 [2074-2] (tely)

2/11/97  2079    CERTIFICATE OF SERVICE of affidavit [2078-1], affidavit
                 [2077-1], affidavit [2076-1], memorandum [2075-1], MOTION
                 FOR TEMPORARY RESTRAINING ORDER [2074-1], MOTION FOR
                 PRELIMINARY INJUNCTION & ORDER TO SHOW CAUSE WHY
                 PRELIMINARY INJUNCTION SHOULD NOT ENTER [2074-2], MOTION
                 FOR ATTORNEY CHRISTOPHER B LEAHY TO APPEAR PRO HAC VICE &
                 REQUEST FOR WAIVER OF LOCAL RULE 110-2(B) [2073-1] by
                 Yakama Indian Nation, et. al. (tely)

2/11/97  2080    RECORD OF ORDER  by Honorable Malcolm F. Marsh GRANTING
                 Umatilla's MOTION FOR ATTORNEY CHRISTOPHER B LEAHY TO
                 APPEAR PRO HAC VICE & REQUEST FOR WAIVER OF LOCAL RULE
                 110-2(B) [2073-1]. ORDER SETTING Columbia River Tribes
                 MOTION FOR PRELIMINARY INJUNCTION & ORDER TO SHOW CAUSE WHY
                 PRELIMINARY INJUNCTION SHOULD NOT ENTER [2074-2] & MOTION
                 FOR TEMPORARY RESTRAINING ORDER [2074-1] on oral argument
                 calendar of 8:30 2/20/97  (counsel notified)  Court Rptr
                 none (tely) [Entry date 02/12/97]

2/13/97  2081    MOTION (filed as a PETITION) by Intervenor Confederated
                 Tribes of the Umatilla Indian Reservation FOR ATTORNEY
                 Christopher B. Leahy TO APPEAR PRO HAC VICE and REQUEST
                 FOR WAIVER OF LOCAL RULE 110-2 (B)'s REQUIREMENT THAT
                 ASSOCIATE COUNSEL PRACTICE IN THE DISTRICT (peg)

2/13/97  2082    CERTIFICATE OF SERVICE of MOTION (PETITION) FOR ATTORNEY
                 Christopher B. Leahy TO APPEAR PRO HAC VICE [2081-1] and
                 MOTION (REQUEST) FOR WAIVER OF LOCAL RULE 110-2 (B)'s
                 REQUIREMENT THAT ASSOCIATE COUNSEL PRACTICE IN THE DISTRICT
                 [2081-2] by Intervenor Confederated Tribes of the Umatilla
                 Indian Reservation. (peg)

Docket as of September 12, 2000 7:20 pm                 Page 49

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

2/18/97  2083    MEMORANDUM by Defendant State of Oregon  IN OPPOSITION
                 MOTION FOR TEMPORARY RESTRAINING ORDER [2074-1], MOTION FOR
                 PRELIMINARY INJUNCTION & ORDER TO SHOW CAUSE WHY
                 PRELIMINARY INJUNCTION SHOULD NOT ENTER [2074-2] (fshr)
                 [Entry date 02/19/97]

2/18/97  2084    AFFIDAVIT by Defendant State of Oregon  of Burnell Bohn IN
                 SUPPORT OF memorandum [2083-1] (fshr) [Entry date 02/19/97]

2/19/97  2085    RESPONSE by Plaintiff USA  to TRIBAL MOTION FOR TEMPORARY

RESTRAINING ORDER [2074-1] (fshr) [Entry date 02/20/97]

2/19/97   2086    JOINT REPLY MEMORANDUM  by Columbia River Tribes (fshr)
                  [Entry date 02/20/97]

2/19/97   2087    SUPPLEMENTAL AFFIDAVIT by Intervenor Yakama Indian Nation
                  of Paul Lumley IN SUPPORT OF MOTION FOR TEMPORARY
                  RESTRAINING ORDER [2074-1] RE: availability of 1995 brood
                  coho smolts for transfer to upriver locations & respond to
                  the Defendants filings (fshr) [Entry date 02/20/97]

2/19/97   2088    AFFIDAVIT by Intervenor Yakama Indian Nation  of Thomas B.
                  Scribner IN SUPPORT OF DEFENDANTS' SUBMISSIONS (fshr)
                  [Entry date 02/20/97]

2/19/97   2089    CERTIFICATE OF SERVICE of affidavit [2088-1], affidavit
                  [2087-1], memorandum [2086-1] by Intervenor Yakama Indian
                  Nation (fshr) [Entry date 02/20/97]

2/20/97   2090    ERRATA TO DECLARATION OF ROBERT F FOSTER & WASHINGTON'S
                  MEMORANDUM OPPOSING TRIBAL MOTION FOR TEMPORARY RESTRAINING
                  ORDER &/OR PRELIMINARY INJUNCTION by State of Washington.
                  (gam)

2/20/97   2091    CERTIFICATE OF SERVICE of Document [2090-1] by Defendant
                  State of Washington. (gam)

2/20/97   2092    RECORD OF PROCEEDINGS  TRO hearing before Honorable Malcolm
                  F. Marsh ORDER-GRANTING INTERVENOR UMATILLA TRIBE'S  MOTION
                  FOR ATTORNEY Christopher B. Leahy TO APPEAR PRO HAC VICE
                  [2081-1],  Pursuant to new Local Rule, Mr. Leahy will file
                  admission form along with the $100 fee. Evidence adduced.
                  ORDER- GRANTING COLUMBIA RIVER TRIBES'MOTION FOR TEMPORARY
                  RESTRAINING ORDER [2074-1], Attorney Tim Weaver to prepare
                  order. No bond is required. ORDER-SETTING MOTION FOR
                  PRELIMINARY INJUNCTION & ORDER TO SHOW CAUSE WHY
                  PRELIMINARY INJUNCTION SHOULD NOT ENTER [2074-2] on oral
                  argument calendar of 8:30 3/4/97  (counsel notified)  Court
                  Rptr Bob Stimler (fshr) [Entry date 02/21/97]

2/20/97   2099    DECLARATION by Plaintiff USA  of Daniel H. Diggs (fshr)
                  [Entry date 02/24/97]

Docket as of September 12, 2000 7:20 pm                    Page 50

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

2/21/97   2093    TEMPORARY RESTRAINING ORDER-this matter is set for hearing
                  on the Plaintiff Tribes' motion for a preliminary
                  injunction at 8:30 am on 3/4/97 (see file for details) SO
                  ORDERED s Honorable Malcolm F. Marsh  cc: all counsel (fshr)

2/21/97   2094    MEMORANDUM by Defendant State of Washington IN OPPOSITION
                  TO TRIBAL MOTION FOR PRELIMINARY INJUNCTION & ORDER TO SHOW
                  CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER [2074-2]
                  (sher)

2/21/97    2095    DECLARATION by Defendant State of Washington  of Guy R
                   Norman re memorandum [2094-1] (sher)

2/21/97    2096    DECLARATION by Defendant State of Washington  of Dennis
                   Austin re memorandum [2094-1] (sher)

2/21/97    2097    DECLARATION by Defendant State of Washington  of Robert F
                   Foster re memorandum [2094-1] (sher)

2/21/97    2098    CERTIFICATE OF SERVICE of declaration [2097-1], declaration
                   [2096-1], declaration [2095-1], memorandum [2094-1] by
                   Defendant State of Washington (sher)

3/3/97     2100    RECORD OF ORDER  by Honorable Malcolm F. Marsh Counsel for
                   the parties have notified the court of an agreed settlement
                   relative to the recently entered temporary restraining
                   order. Therefore the preliminary injunction hearing set
                   ffor 8:30 am 3/4/97 is stricken from the calendar.  Counsel
                   will submit a stipulated order. (counsel notified)  Court
                   Rptr none (fshr) [Entry date 03/04/97]

3/21/97    2101    APPEARANCE OF ATTORNEY for Nez Perce Tribe  by David J
                   Cummings (fshr) [Entry date 03/24/97]

3/26/97    2102    STIPULATED ORDER-The transfer of coho smolts from
                   Klaskanine Hatchery pursuant to this order shall occur
                   substantially as detailed in Attachment A (see order for
                   details) Signed 3/25/97 Honorable Malcolm F. Marsh
                   (counsel notified) (fshr) [Entry date 03/27/97]

4/28/97    2103    SUBSTITUTION of Attorney William S. Whelan replacing
                   attorney Steven W Strack for State of Idaho (fshr)
                   [Entry date 04/30/97]

5/5/97     2104    APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
                   Christopher B. Leahy;  Local Counsel: Daniel W. Hester
                   representing Intervenor Confederated Tribes of the Umatilla
                   Indian Reservation; Fee paid; Approved 5/5/97  by Honorable
                   Malcolm F. Marsh (peg) [Entry date 05/06/97]

5/19/97    2105    MAIL RETURNED [pro hac vice application of Christopher B
                   Leahy [2104-1] ] addressed to Marvin Osborne for Intervenor
                   Shoshone-Bannock; Moved, left no forwarding address (wri)

Docket as of September 12, 2000 7:20 pm              Page 51

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

8/27/97    2106    STIPULATED ORDER by Honorable Malcolm F. Marsh - the
                   parties agree that all non-Indian members of the general
                   public in Oregon can purchase and possess steelhaed and
                   walleye lawfully caught by treaty Indians during commercial
                   fishing seasons, while the State of Oregon may require
                   non-Indian steelhead and walleye purchasers and possessors
                   have documentation showing that the steelhead and walleye
                   was purchased from a treaty Indian fisherman during a
                   commerical fishing season; (see formal 4 page order for

further details); Signed ·8/27/97 (counsel notified) (peg)

8/29/97   2107   MOTION  by Plaintiff-Intervenor Yakama Indian Nation FOR
                 TEMPORARY RESTRAINING ORDER and  ORDER TO SHOW CAUSE WHY
                 A PRELIMINARY INJUNCTION SHOULD NOT ISSUE (peg)
                 [Entry date 09/02/97]

8/29/97   2108   MEMORANDUM IN SUPPORT by Plaintiff-Intervenor Yakama Indian
                 Nation of MOTION FOR TEMPORARY RESTRAINING ORDER [2107-1]
                 re: Sale of Stellhead and Walleye. (peg)
                 [Entry date 09/02/97]

8/29/97   2109   AFFIDAVIT  of Phillip Watlamet in Support of
                 Plaintiff-Intervenor Yakama Indian Nations's MOTION FOR
                 TEMPORARY RESTRAINING ORDER [2107-1] (peg)
                 [Entry date 09/02/97]

8/29/97   2110   AFFIDAVIT  of Jonathan E. Matthews in Support of Tribal TRO
                 re: Marketing the Catch in Treaty Indian Fishery  [2107-1]
                 (peg) [Entry date 09/02/97]

8/29/97   2111   AFFIDAVIT  of Paul Lumley in Support of Tribal TRO re: the
                 Sale of Treaty Indian Caught Steelhead and Walleye to
                 Oregon residents and the effect of Oregon's prohibition on
                 the Treaty Indian Fishery [2107-1] (peg)
                 [Entry date 09/02/97]

8/29/97   2112   DECLARATION of Bill Bosch filed by Plaintiff-Intervenor
                 Yakama Indian Nation (peg) [Entry date 09/02/97]

8/29/97   2113   DECLARATION  of Tim Weaver filed by Plaintiff-Intervenor
                 Yakama Indian Nation (peg) [Entry date 09/02/97]

8/29/97   2114   CERTIFICATE OF SERVICE of declaration [2113-1], declaration
                 [2112-1], affidavit [2111-1], affidavit [2110-1], affidavit
                 [2109-1], memorandum in support [2108-1] and MOTION FOR TRO
                 [2107-1] by Plaintiff-Intervenor Yakama Indian Nation (peg)
                 [Entry date 09/02/97]

2/3/98    2115   NOTICE OF ADDRESS CHANGE by attorney Christopher B. Leahy,
                 counsel for Confederated Tribes of the Umatilla Indian
                 Reservation (peg)

2/3/98    2116   CERTIFICATE OF SERVICE of NOTICE [2115-1] by Intervenor
                 Confederated Tribes of the Umatilla Indian Reservation (peg)

Docket as of September 12, 2000 7:20 pm          Page 52

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

3/6/98    2117   JOINT STIPULATION TO PRESERVE Imnaha River Hatchery
                 Steelhead returning to Little Sheep Creek Pending a Hearing
                 and Judicial Resolution of This Dispute and to Establish a
                 Briefing Schedule (peg) [Entry date 03/09/98]

3/6/98    2118   CERTIFICATE OF SERVICE of STIPULATION [2117-1] by Defendant
                 State of Oregon and Intervenor Nez Perce Tribe (peg)

[Entry date 03/09/98]

3/9/98    2119    MOTION by Plaintiff-Intervenors Confederated Tribes of the
                  Umatilla Indian Reservation and Nez Perce Tribe FOR
                  PRELIMINARY INJUNCTION and FOR DECLARATORY JUDGMENT;
                  Oral Argument and Expedited Hearing Requested (peg)
                  [Entry date 03/10/98]

3/9/98    2120    MEMORANDUM IN SUPPORT by Nez Perce Tribe and Confederated
                  Tribes of the Umatilla Indian Reservation of their MOTION
                  FOR PRELIMINARY INJUNCTION [2119-1] and FOR DECLARATORY
                  JUDGMENT [2119-2] (peg) [Entry date 03/10/98]

3/9/98    2121    AFFIDAVIT of Arthur Taylor Jr. in Support of Tribal MOTION
                  FOR PRELIMINARY INJUNCTION [2119-1] and FOR DECLARATORY
                  JUDGMENT [2119-2] (peg) [Entry date 03/10/98]

3/9/98    2122    AFFIDAVIT of William F. Yallup, Sr. in Support of the
                  Tribal MOTION FOR PRELIMINARY INJUNCTION [2119-1] and FOR
                  DECLARATORY JUDGMENT [2119-2] (peg) [Entry date 03/10/98]

3/9/98    2123    AFFIDAVIT of Becky Ashe in Support of the Tribal MOTION FOR
                  PRELIMINARY INJUNCTION [2119-1] and FOR DECLARATORY
                  JUDGMENT [2119-2] (peg) [Entry date 03/10/98]

3/9/98    2124    AFFIDAVIT of Paul Lumley in Support of the Tribal MOTION
                  FOR PRELIMINARY INJUNCTION [2119-1] and FOR DECLARATORY
                  JUDGMENT [2119-2] (peg) [Entry date 03/10/98]

3/9/98    2125    CERTIFICATE OF SERVICE of Affidavit [2124-1], Affidavit
                  [2123-1], Affidavit [2122-1], Affidavit [2121-1],
                  Memorandum in Support [2120-1] and MOTION FOR PRELIMINARY
                  INJUNCTION [2119-1] and FOR DECLARATORY JUDGMENT [2119-2]
                  by Plaintiff-Intervenor Umatilla Tribes and the Nez Perce
                  Tribe (peg) [Entry date 03/10/98]

3/9/98    2126    RECORD OF ORDER  by Honorable Malcolm F. Marsh SETTING the
                  Joint MOTION of Nez Perce and Umatilla Tribes FOR
                  PRELIMINARY INJUNCTION [2119-1] and FOR DECLARATORY
                  JUDGMENT [2119-2] on oral argument calendar of 1:30 PM on
                  3/18/98 (counsel notified) (peg) [Entry date 03/10/98]

3/11/98   2127    MEMORANDUM IN SUPPORT by Intervenor Yakama Indian Nation of
                  MOTION FOR PRELIMINARY INJUNCTION [2119-1] and DECLARATORY
                  JUDGMENT [2119-2] (peg) [Entry date 03/12/98]

Docket as of September 12, 2000 7:20 pm                    Page 53

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

3/11/98   2128    CERTIFICATE OF SERVICE of Memorandum [2127-1] by Intervenor
                  Yakama Indian Nation (peg) [Entry date 03/12/98]

3/11/98   2129    RECORD OF PROCEEDINGS  before Honorable Malcolm F. Marsh:
                  Telephone Conference held 3/11/98: ORDER: DENYING USA's and
                  Oregon's letter request for tine extension to repsond to
                  MOTION FOR PRELIMINARY INJUNCTION [2119-1] and FOR

DECLARATORY JUDGMENT [2119-2]; ORDER Intervenor Idaho's fax
letter request for time extension is also DENIED.
(counsel notified) (peg) [Entry date 03/12/98]

3/13/98    2130    MEMORANDUM by Intervenor State of Idaho  IN OPPOSITION to
                   MOTION FOR PRELIMINARY INJUNCTION [2119-1] and DECLARATORY
                   JUDGMENT [2119-2] (peg)

3/13/98    2131    AFFIDAVIT of David A. Cannamela (peg)

3/13/98    2132    MEMORANDUM by Defendant State of Oregon IN OPPOSITION to
                   JOINT TRIBAL MOTION FOR PRELIMINARY INJUNCTION [2119-1] and
                   DECLARATORY JUDGMENT [2119-2] re: 1998 Imnaha Basin
                   Steelhead Supplementation (peg) [Entry date 03/16/98]

3/13/98    2133    AFFIDAVIT of Brad Smith (peg) [Entry date 03/16/98]

3/13/98    2134    AFFIDAVIT of Mark Chilcote (peg) [Entry date 03/16/98]

3/16/98    2135    MEMORANDUM by Defendant State of Washington  IN OPPOSITION
                   to Tribal MOTION FOR PRELIMINARY INJUNCTION [2119-1] and
                   DECLARATORY JUDGMENT [2119-2] (peg) [Entry date 03/17/98]

3/16/98    2136    DECLARATION  of Stevan Phelps (peg) [Entry date 03/17/98]

3/16/98    2137    MEMORANDUM IN SUPPORT by Intervenor Warm Springs Tribes of
                   Nez Perce Tribe's MOTION FOR DECLARATORY AND INJUNCTIVE
                   RELIEF re: Imnaha River Hatchery Steelhead [2119-1] and
                   [2119-2] (peg) [Entry date 03/17/98]

3/16/98    2138    CERTIFICATE OF SERVICE of Memorandum in Support [2137-1] by
                   Intervenor Warm Springs Tribe (peg) [Entry date 03/17/98]

3/16/98    2139    REPLY MEMORANDUM by Intervenor Nez Perce Tribe in Support
                   of their MOTION FOR PRELIMINARY INJUNCTION [2119-1] and FOR
                   DECLARATORY JUDGMENT [2119-2] (peg) [Entry date 03/17/98]

3/16/98    2140    SUPPLEMENTAL AFFIDAVIT  of Pau Lumley in Support of Tribal
                   MOTION FOR PRELIMINARY INJUNCTION [2119-1] and FOR
                   DECLARATORY JUDGMENT [2119-2] (peg) [Entry date 03/17/98]

3/16/98    2141    AFFIDAVIT of Jim Berkson in SUPPORT of Tribal REPLY
                   MEMORANDUM [2139-1] (peg) [Entry date 03/17/98]

3/16/98    2142    AFFIDAVIT of Andre Talbot in SUPPORT of Tribal REPLY
                   MEMORANDUM [2139-1] (peg) [Entry date 03/17/98]

Docket as of September 12, 2000 7:20 pm                    Page 54

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

3/16/98    2143    CERTIFICATE OF SERVICE of Affidavit [2142-1], Affidavit
                   [2141-1], Supplemental Affidavit [2140-1] and Reply
                   Memorandum [2139-1] by Intervenor Nez Perce Tribe (peg)
                   [Entry date 03/17/98]

3/17/98    2144    MEMORANDUM IN RESPONSE by Plaintiff USA to Joint Tribal

MOTION FOR DECLARATORY AND INJUNCTION RELIEF [2119-1] &
[2119-2] (peg) [Entry date 03/18/98]

3/17/98  2145    DECLARATION of Michael R. Delarm (peg) [Entry date 03/18/98]

3/17/98  2146    DECLARATION  of Robin S. Waples (peg) [Entry date 03/18/98]

3/17/98  2147    CERTIFICATE OF SERVICE of MEMORANDUM IN RESPONSE [2144-1]
                 by Plaintiff USA (peg) [Entry date 03/18/98]

3/18/98  2148    REPLY MEMORANDUM by Intervenor Yakama Indian Nation re: the
                 Imnaha Steelhead MOTION FOR PRELIMINARY INJUNCTION [2119-1]
                 and DECLARATORY JUDGMENT [2119-2] (peg)
                 [Entry date 03/19/98]

3/18/98  2149    DECLARATION  of Steven S. Parker (peg) [Entry date 03/19/98]

3/18/98  2150    CERTIFICATE OF SERVICE of Declaration [2149-1] and REPLY
                 MEMORANDUM [2148 1] by Intervenor Yakama Indian Nation (peg)
                 [Entry date 03/19/98]

3/18/98  2151    RECORD OF PROCEEDINGS  before Honorable Malcolm F. Marsh
                 GRANTING the JOINT Tribal MOTION FOR PRELIMINARY INJUNCTION
                 [2119-1] and FOR DECLARATORY JUDGMENT [2119-2]; ORDER: the
                 parties have one week to reach an appropriate
                 supplementation rate and determine the appropriate
                 geographic areas for supplementation. If an agreement is
                 unable to be reached, a hearing is set for 10:00 AM on
                 3/26/98 (counsel notified) Court Rptr Bob Stimler (peg)
                 [Entry date 03/19/98]

3/26/98  2152    RECORD OF PROCEEDINGS  before Honorable Malcolm F. Marsh:
                 the parties advised they had reached an accord. ORDER: the
                 court accepts and adopts the proposal, which is the
                 resolution of the matter; (counsel notified) Court Rptr
                 Keri M. Evans/Jerry Harris (peg) [Entry date 03/30/98]

4/16/98  2153    STIPULATED ORDER REGARDING THE IMNAHA STEELHEAD DISPUTE by
                 signed 4/16/98 by the Honorable Malcolm F. Marsh, (see full
                 6-page order for details) (counsel notified) (peg)
                 [Entry date 04/17/98]

Docket as of September 12, 2000 7:20 pm            Page 55

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

8/28/98  2154    JOINT MOTION by Plaintiff USA, Warm Springs Nation, Yakama
                 Indian Nation, Umatilla Indian, Nez Perce Tribe, State of
                 Idaho, Shoshone-Bannock, Colville Reservation, Lummi Indian
                 Nation, Quinault Indian and Tulalip Tribes FOR ORDER
                 APPROVING STIPULATED AGREEMENT FOR STEELHEAD HARVEST AND

PRODUCTION MANAGEMENT OF 1998 COLUMBIA RIVER TREATY INDIAN
FALL SEASON FISHERIES Oral Argument Requested; Expedited
Hearing Requested (sher)

8/28/98   2155   MEMORANDUM IN SUPPORT by Plaintiff USA and Defendant Tribes
of MOTION FOR ORDER APPROVING STIPULATED AGREEMENT FOR
STEELHEAD HARVEST AND PRODUCTION MANAGEMENT OF 1998
COLUMBIA RIVER TREATY INDIAN FALL SEASON FISHERIES [2154-1]
(sher)

8/28/98   2156   CERTIFICATE OF SERVICE of memorandum [2155-1], MOTION FOR
ORDER APPROVING STIPULATED AGREEMENT FOR STEELHEAD HARVEST
AND PRODUCTION MANAGEMENT OF 1998 COLUMBIA RIVER TREATY
INDIAN FALL SEASON FISHERIES [2154-1] by Plaintiff (sher)

8/31/98   2157   RECORD OF ORDER  by Honorable Malcolm F. Marsh SETTING US
AND TRIBES JOINT MOTION FOR ORDER APPROVING STIPULATED
AGREEMENT FOR STEELHEAD HARVEST AND PRODUCTION MANAGEMENT
OF 1998 RIVER TREATY INDIAN FALL SEASON FISHERIES [2154-1]
on oral argument calendar of 1:30pm 9/2/98; State shall
file any response by 5pm Tuesday 9/1/98 (in addition to
filing with clerks office, response should be sent by
facsimile directly to chambers) (counsel notified) (sher)
[Entry date 09/01/98]

9/2/98   2158   RECORD OF PROCEEDINGS  before Honorable Malcolm F. Marsh
TAKING UNDER ADVISEMENT Joint Federal/Tribal on MOTION FOR
ORDER APPROVING STIPULATED AGREEMENT [2154-1] as of 9/2/98
(counsel notified) Court Rptr Robert Stimler (sher)
[Entry date 09/03/98]

9/2/98   2160   REPLY TO RESPONSE by Intervenor Tribes and Plaintiff USA,
re motion for order approving stipulated agreement (sher)
[Entry date 09/03/98]

9/2/98   2161   AFFIDAVIT of Paul Lumley by Intervenor Tribes and Plaintiff
USA re: JOINT MOTION FOR ORDER APPROVING STIPULATED
AGREEMENT FOR STEELHEAD HARVEST AND PRODUCTION MANAGEMENT
OF 1998 COLUMBIA RIVER TREATY INDIAN FALL SEASON FISHERIES
[2154-1] (sher) [Entry date 09/03/98]

9/2/98   2162   CERTIFICATE OF SERVICE of affidavit [2161-1], MOTION reply
[2160-1] by Plaintiff USA (sher) [Entry date 09/03/98]

9/2/98   2163   RESPONSE by Defendant State of Oregon, State of Idaho and
State of Washington to Motion for Order approving agreement
(sher) [Entry date 09/03/98]

Docket as of September 12, 2000 7:20 pm            Page 56

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

9/3/98   2159   OPINION AND ORDER DENYING Joint Federal Plaintiff and
Tribes MOTION FOR ORDER APPROVING STIPULATED AGREEMENT FOR
STEELHEAD HARVEST AND PRODUCTION MANAGEMENT OF 1998
COLUMBIA RIVER TREATY INDIAN FALL SEASON FISHERIES [2154-1]

|          |      |  |
|----------|------|--|
|          |      | (see file for full 10 page opinion and order) Signed 9/3/98 by Honorable Malcolm F. Marsh microfilmed 9/3/98 (counsel notified) (sher) |
| 9/15/98  | 2164 | JOINT MOTION by Intervenor Warm Springs Nation, Yakama Indian Nation, Umatilla Indian, Nez Nez Perce Tribe and Plaintiff USA FOR ORDER FOR CLARIFICATION AND AMENDMENT OF COURTS 9/3/98 OPINION AND ORDER (sher) [Entry date 09/16/98] |
| 9/15/98  | 2165 | MEMORANDUM IN SUPPORT by Intervenor Warm Springs Nation, Yakama Indian Nation, Umatilla Indian, Nez Perce Tribe and Plaintiff USA of MOTION FOR ORDER FOR CLARIFICATION AND AMENDMENT OF COURTS 9/3/98 OPINION AND ORDER [2164-1] (sher) [Entry date 09/16/98] |
| 9/15/98  | 2166 | CERTIFICATE OF SERVICE of memorandum [2165-1], MOTION FOR ORDER FOR CLARIFICATION AND AMENDMENT OF COURTS 9/3/98 OPINION AND ORDER [2164-1] by Intervenor Warm Springs Nation, Yakama Indian Nation, Umatilla Indian, Nez Perce Tribe and Plaintiff USA (sher) [Entry date 09/16/98] |
| 9/16/98  | 2167 | RECORD OF ORDER  by Honorable Malcolm F. Marsh TAKING UNDER ADVISEMENT JOINT MOTION FOR ORDER FOR CLARIFICATION AND AMENDMENT OF COURTS 9/3/98 OPINION AND ORDER [2164-1] under advisement as of 10/5/98. Responses filed by 9/25/98. Replies filed by 10/2/98 (counsel notified) (sher) |
| 9/24/98  | 2168 | RECORD OF ORDER  by Honorable Malcolm F. Marsh: GRANTING State of OR 9/23/98 letter request to reset Under advisement Deadline for JOINT MOTION FOR ORDER FOR CLARIFICATION AND AMENDMENT OF COURTS 9/3/98 OPINION AND ORDER [2164-1] from 10/5/98 to 10/9/98; Responses file by 9/29/98; Replies filed by 10/8/98 (counsel notified) (sher) [Entry date 09/25/98] [Edit date 09/25/98] |
| 9/25/98  | 2169 | RESPONSE by Intervenor Shoshone-Bannock  to JOINT MOTION FOR ORDER FOR CLARIFICATION AND AMENDMENT OF COURTS 9/3/98 OPINION ORDER [2164-1]; Reply due 10/9/98 (sher) [Entry date 09/30/98] |
| 9/29/98  | 2170 | RESPONSE by Defendant State of Oregon, State of Idaho and State of Washington to MOTION FOR ORDER FOR CLARIFICATION AND AMENDMENT OF COURTS 9/3/98 OPINION ORDER [2164-1]; Reply due 10/13/98 (sher) [Entry date 09/30/98] |
| 9/29/98  | 2171 | AFFIDAVIT by Defendant State of Oregon, Idaho and State of Washington of William D Long re: MOTION response [2170-1] (sher) [Entry date 09/30/98] |

Docket as of September 12, 2000 7:20 pm                    Page 57

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

| 10/8/98  | 2172 | JOINT REPLY by Intervenors Warm Springs Nation, Yakama Indian Nation, Umatilla Indian, Nez Perce Tribe, & Plaintiff USA to Opposition to Joint MOTION FOR ORDER FOR |

CLARIFICATION AND AMENDMENT OF COURTS 9/3/98 OPINION AND ORDER [2164-1] (kirk) [Entry date 10/09/98]

10/8/98    2173    CERTIFICATE OF SERVICE of reply [2172-1] (kirk) [Entry date 10/09/98]

10/13/98   2174    AMENDED OPINION AND ORDER DENYING Plaintiff and Tribes' MOTION FOR ORDER APPROVING THEIR STIPULATION [2154-1] Signed 10/13/98 (see file for full 10 page opinion) by Honorable Malcolm F. Marsh microfilmed 10/14/98 (counsel notified) (sher) [Entry date 10/14/98]

11/4/98    2175    RECORD OF ORDER by Honorable Malcolm F. Marsh FINDING Joint MOTION FOR ORDER FOR CLARIFICATION AND AMENDMENT OF COURTS 9/3/98 OPINION AND ORDER [2164-1] MOOT based on Amended Opinion and Order filed 10/13/98 (counsel notified) (sher) [Entry date 11/05/98]

11/9/98    2176    RECORD OF ORDER  by Honorable Malcolm F. Marsh: based upon telephone request of counsel for government  status hearing set for 1:30pm 11/17/98 Government counsel notify all parties (counsel notified) (sher) [Entry date 11/10/98]

11/17/98   2177    RECORD OF PROCEEDINGS before Honorable Malcolm F. Marsh status hearing held on 11/17/98, conference set for 1:30pm 12/7/98 (counsel notified) Court Rptr Bob Stimler (sher) [Entry date 11/18/98]

12/7/98    2178    RECORD OF ORDER  by Honorable Malcolm F. Marsh base on agreement reached by parties status conf to be held 12/7/98 is stricken  (counsel notified) (sher)

12/7/98    2179    STIPULATION AND ORDER EXTENDING COLUMBIA RIVER FISH MANAGEMENT PLAN through 7/31/99 (see file for full 4 page order) by Honorable Malcolm F. Marsh Signed 12/7/98 (counsel notified) (sher) [Entry date 12/09/98]

3/30/99    2180    RECORD OF ORDER  by Honorable Malcolm F. Marsh  status hearing set for 9:00am 4/20/99  (counsel notified) (sher) [Entry date 03/31/99]

4/1/99     2181    MOTION by Intervenor Nez Perce Tribe FOR PRELIMINARY INJUNCTION and FOR DECLARATORY JUDGMENT Imnaha 1999 Oral Argument Requested; Expedited Hearing Requested (FAXED COPY) (sher) [Entry date 04/02/99] [Edit date 04/06/99]

Docket as of September 12, 2000 7:20 pm                Page 58

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

4/1/99     2182    RECORD OF ORDER  by Honorable Malcolm F. Marsh: Plaintiff Nez Perce Tribe submitted by facsimile 3/31/99 its Tribal

Motion for Preliminary Injunction and Declaratory Judgment (Imnaha 1999). Permission is GRANTED for filing of facsimile copy as motion. Original shall be mailed to Clerks Office forthwith; SETTING Plaintiff Nez Perce Tribe MOTION FOR PRELIMINARY INJUNCTION [2181-1] AND DECLARATORY JUDGMENT [2181-2] (Tribes file memoranum in support of motion by 4/2/99) (Any Reply due 4/15/99 by noon) on oral argument calendar of 9:30am 4/19/99 (counsel notified) (sher) [Entry date 04/02/99]

| | | |
|---|---|---|
| 4/2/99 | 2183 | MEMORANDUM IN SUPPORT by Intervenor Nez Perce Tribe of MOTION FOR PRELIMINARY INJUNCTION [2181-1], of MOTION FOR DECLARATORY JUDGMENT Imnaha 1999 [2181-2] (Faxed copy) (sher) [Edit date 04/06/99] |
| 4/2/99 | 2184 | AFFIDAVIT by Intervenor Nez Perce Tribe of Douglas W Dompier re: MOTION FOR PRELIMINARY INJUNCTION [2181-1], MOTION FOR DECLARATORY JUDGMENT Imnaha 1999 [2181-2] (Faxed Copy) (sher) [Edit date 04/06/99] |
| 4/2/99 | 2185 | CERTIFICATE OF SERVICE of affidavit [2184-1] by Intervenor Nez Perce Tribe (sher) |
| 4/2/99 | 2186 | RECORD OF ORDER: Plaintiff Nez Perce Tribe submitted by facsimile 4/2/99 it Memo in Support of Tribal Motion for Preliminary Injunction and Declaratory Judgment (Imnaha 1999). Permission is GRANTED for filing of facsimile copy of said memorandum. Original memorandum shall be mailed to Clerks Office forthwith by Honorable Malcolm F. Marsh (counsel notified) (Letter request for facsimile filing attached to this minute order) (sher) |
| 4/5/99 | 2187 | MOTION by Intervenor Nez Perce Tribe FOR PRELIMINARY INJUNCTION AND DECLARATORY JUDGMENT (IMNAHA 1999) Oral Argument Requestedi; Request for Expedited Hearing (ORIGINALS) (sher) [Entry date 04/06/99] |
| 4/5/99 | 2188 | MEMORANDUM IN SUPPORT by Intervenor Nez Perce Tribe of MOTION FOR PRELIMINARY INJUNCTION AND DECLARATORY JUDGMENT (IMNAHA 1999) [2187-1]; (Original copy) (sher) [Entry date 04/06/99] |
| 4/5/99 | 2189 | AFFIDAVIT by Intervenor Nez Perce Tribe of Becky Ashe in support of MOTION FOR PRELIMINARY INJUNCTION AND DECLARATORY JUDGMENT (IMNAHA 1999) [2187-1] (sher) [Entry date 04/06/99] |
| 4/5/99 | 2190 | AFFIDAVIT by Intervenor Nez Perce Tribe of Carla Higheagle re: MOTION FOR PRELIMINARY INJUNCTION AND DECLARATORY JUDGMENT (IMNAHA 1999) [2187-1] (Original copy) (sher) [Entry date 04/06/99] |

Docket as of September 12, 2000 7:20 pm                    Page 59

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

| | | |
|---|---|---|
| 4/5/99 | 2191 | CERTIFICATE OF SERVICE of MOTION FOR PRELIMINARY INJUNCTION |

AND DECLARATORY JUDGMENT (IMNAHA 1999) [2187-1] by Intervenor Nez Perce Tribe (Original copy) (sher) [Entry date 04/06/99]

4/5/99    2192    CERTIFICATE OF SERVICE of memorandum [2188-1] by Intervenor Nez Perce Tribe (Original Copy) (sher) [Entry date 04/06/99]

4/5/99    2193    JOINT STIPULATION to Manage Imnaha River Hatchery Steelhead returning to Little Sheep Creek pending hearing and Judicial Resolution of this dispute and to establish briefing schedule (Imnaha 1999) (sher) [Entry date 04/06/99]

4/5/99    2194    CERTIFICATE OF SERVICE of stipulation [2193-1] by Intervenor Nez Perce Tribe (sher) [Entry date 04/06/99]

4/8/99    2195    RECORD OF ORDER: States of Idaho and Washington letter request of 4/8/99 for permission to file facsimilie joint memorandum in support of Oregons position in response to Nez Perce Tribe's motion for preliminary injunction GRANTED. Memorandum filed by facsimile by 4/9/99 at noon PDT. Wm Whelan Idaho counsel notified by fax. Mr Whelan requested to notify all relevant counsel by Honorable Malcolm F. Marsh (counsel notified) (sher) [Entry date 04/09/99]

4/9/99    2196    RESPONSE by Intervenor State of Idaho and State of Washington to Nez Perce Tribe's MOTION FOR PRELIMINARY INJUNCTION AND DECLARATORY JUDGMENT (IMNAHA 1999) [2187-1], [2181-1] and [2181-2]; Reply due 4/23/99 (sher)

4/9/99    2197    MEMORANDUM by Defendant State of Oregon IN OPPOSITION TO Nez Perce Tribe's MOTION FOR PRELIMINARY INJUNCTION AND DECLARATORY JUDGMENT (IMNAHA 1999) [2187-1] [2181-1] and [2181-2]; Reply due 4/23/99 (sher) [Entry date 04/12/99]

4/9/99    2198    AFFIDAVIT by Defendant State of Oregon  of Mark Chilcote re: memorandum [2197-1] (sher) [Entry date 04/12/99]

4/9/99    2199    AFFIDAVIT by Defendant State of Oregon  of Bruce Eddy re: memorandum [2197-1] (Not Original Signature) (sher) [Entry date 04/12/99]

4/9/99    2200    AFFIDAVIT by Defendant State of Oregon  of Richard W Carmichael re: memorandum [2197-1] (Not Original Signature) (sher) [Entry date 04/12/99]

4/14/99    2205    AMENDED CERTIFICATE OF SERVICE of affidavit [2198-1] by Defendant State of Oregon (sher) [Entry date 04/16/99]

4/14/99    2206    AMENDED CERTIFICATE OF SERVICE of affidavit [2202-1] by Defendant State of Oregon (sher) [Entry date 04/16/99]

Docket as of September 12, 2000 7:20 pm                 Page 60

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

4/14/99  2207    AMENDED CERTIFICATE OF SERVICE of memorandum [2197-1] by
                 Defendant State of Oregon (sher) [Entry date 04/16/99]

4/14/99  2208    AMENDED CERTIFICATE OF SERVICE of affidavit [2201-1] by
                 Defendant State of Oregon (sher) [Entry date 04/16/99]

4/15/99  2201    ORIGINAL AFFIDAVIT by Defendant State of Oregon  of Bruce
                 Eddy re: memorandum [2197-1] (tely)

4/15/99  2202    ORIGINAL AFFIDAVIT by Defendant State of Oregon  of Richard
                 W Carmichael re: memorandum [2197-1] (tely)

4/15/99  2203    RECORD OF ORDER  by Honorable Malcolm F. Marsh: at its
                 request Plaintiff Nez Perce Tribe's MOTION FOR PRELIMINARY
                 INJUNCTION AND DECLARATORY JUDGMENT (IMNAHA 1999) [2187-1]
                 [2181-1] [2181-2] IS WITHDRAWN. Hearing set for 4/19/99 at
                 9:30am is STRICKEN. David J Cummings counsel for Nez Perce
                 Tribe notified by phone & fax.  Mr Cummings is requested to
                 serve notice on all parties   (counsel notified) (sher)

4/15/99  2204    RECORD OF ORDER: Nez Perce Tribe submitted letter request
                 for permission to file by facsimile its Reply Brief re its
                 motion for preliminary injunction. Permission GRANTED.
                 Brief shall be filed by facsimile by noon 4/15/99 PDT.
                 Orignal and copy mailed to Clerks office by Honorable
                 Malcolm F. Marsh (counsel notified) (sher)
                 [Entry date 04/16/99]

4/19/99  2209    NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION FOR
                 PRELIMINARY INJUNCTION, DECLARATORY AND OTHER RELIEF
                 (IMNAHA 1999) by Intervenor Nez Perce Tribe (sher)
                 [Entry date 04/21/99]

4/19/99  2210    CERTIFICATE OF SERVICE of notice [2209-1] by Intervenor Nez
                 Perce Tribe (sher) [Entry date 04/21/99]

4/19/99  2212    RESPONSE by Defendant State of Oregon  to [2209-1] Notice
                 of Withdrawal of Nez Perce Tribe's Motion for Preliminary
                 Injunction re Imnaha 1999 (sher) [Entry date 04/21/99]

4/20/99  2211    RECORD OF PROCEEDINGS  before Honorable Malcolm F. Marsh
                 status hearing held on 4/20/99 Parties appraised court of
                 status of their negotiations over continuation of Columbia
                 River Fish Management Plan Further status hearing set for
                 9:00am 6/23/99  (counsel notified)  Court Rptr Bob Stimler
                 (sher) [Entry date 04/21/99]

5/24/99  2213    MOTION  by Intervenor State of Idaho TO WITHDRAW AS
                 ATTORNEY Kevin Quine Davis AS COUNSEL OF RECORD (sher)
                 [Entry date 05/25/99]

Docket as of September 12, 2000 7:20 pm                    Page 61

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

5/27/99  2214    ORDER  by Honorable Malcolm F. Marsh  GRANTING Defendant
                 State of Idaho's MOTION TO WITHDRAW AS ATTORNEY Kevin Quine
                 Davis AS COUNSEL OF RECORD [2213-1] Signed 5/27/99 (counsel
                 notified) (sher) [Entry date 05/28/99]

6/23/99  2215    RECORD OF PROCEEDINGS  before Honorable Malcolm F. Marsh
                 status hearing held on 6/23/99. Parties appraised court of
                 status of their negotiations over continuation of Columbia
                 River Fish Management Plan. Parties continue negotiations
                 this date. ORDER: status hearing- Continuation of
                 negotiations set for 8:30am 6/30/99 16th Floor Conference
                 Room Mark O Hatfield Courthouse (counsel notified) Court
                 Rptr Bob Stimler (sher) [Entry date 06/28/99]

7/6/99   2216    MOTION by Intervenor-plaintiff Confederated Tribes of the
                 Colville Reservation TO INTERVENE AS A MATTER OF RIGHT OR
                 ALTERNATIVELY FOR PERMISSIVE INTERVENTION; Oral Argument
                 Requested (ljb) [Entry date 07/07/99]

7/6/99   2217    MEMORANDUM IN SUPPORT by Intervenor-plaintiff Colville
                 Reservation of MOTION TO INTERVENE AS A MATTER OF RIGHT OR
                 ALTERNATIVELY FOR PERMISSIVE INTERVENTION [2216-1] (ljb)
                 [Entry date 07/07/99]

7/6/99   2218    DECLARATION by Intervenor-plaintiff Colville Reservation
                 of Joe Peone re MOTION TO INTERVENE AS A MATTER OF RIGHT OR
                 ALTERNATIVELY FOR PERMISSIVE INTERVENTION [2216-1] (ljb)
                 [Entry date 07/07/99]

7/7/99   2219    CERTIFICATE OF SERVICE of declaration [2218-1], memorandum
                 [2217-1], MOTION TO INTERVENE AS A MATTER OF RIGHT OR
                 ALTERNATIVELY FOR PERMISSIVE INTERVENTION [2216-1] by
                 Intervenor-plaintiff Colville Reservation (ljb)

7/7/99   2220    RECORD OF ORDER by Honorable Malcolm F. Marsh: TAKING UNDER
                 ADVISEMENT on 8/6/99 the Colville Tribes MOTION TO
                 INTERVENE AS A MATTER OF RIGHT OR ALTERNATIVELY FOR
                 PERMISSIVE INTERVENTION [2216-1] (counsel notified) (kirk)
                 [Entry date 07/08/99]

7/15/99  2221    RESPONSE by Plaintiff USA to Colville Tribes' MOTION TO
                 INTERVENE [2216-1]; Reply due 7/29/99. (peg)

7/16/99  2222    RECORD OF ORDER  by Honorable Malcolm F. Marsh: GRANTING
                 Yakama, Warm Springs, Umatilla and Nez Perce Tribes' MOTION
                 (7/16/99 Fax copy attached) [#  ] for Extension of Time to
                 Respond to Colvill'e MOTION TO INTERVENE [2216-1] - Reply
                 due 8/17/99; Motion taken under advisement as of 8/31/99
                 (counsel notified) (sher) [Entry date 07/19/99]

7/19/99  2223    MOTION by Intervenor Yakama Indian Nation, Warm Springs
                 Nation, Umatilla Indian and Nez Perce Tribe  TO EXTEND
                 TIME TO RESPOND TO Colville's MOTION TO INTERVENE [2216-1]
                 (sher)

Docket as of September 12, 2000 7:20 pm                    Page 62

Proceedings include all events.

.

3:68cv513 USA, et al v. State of Oregon, et al

7/19/99    2224    CERTIFICATE OF SERVICE of MOTION  TO EXTEND TIME TO RESPOND
TO Colville's MOTION TO INTERVENE [2216-1] [2223-1] by
Intervenor Yakama Indian Nation, Warm Springs Nation,
Umatilla Indian and Nez Perce Tribe (sher)

7/19/99    2225    SUPPLEMENTAL CERTIFICATE OF SERVICE on James A Wexler of
MOTION TO INTERVENE AS A MATTER OF RIGHT OR ALTERNATIVELY
FOR PERMISSIVE INTERVENTION [2216-1] by
Intervenor-plaintiff Colville Reservation (sher)

7/21/99    2226    RESPONSE by State Defendants to Colville Tribes MOTION TO
INTERVENE AS A MATTER OF RIGHT OR ALTERNATIVELY FOR
PERMISSIVE INTERVENTION [2216-1] Reply due 8/4/99 (tely)

8/5/99    2227    NOTICE OF SUBSTITUTION OF COUNSEL: Defendant State of
Oregon hereby gives notice that David E. Leith, Assistant
Attorney General, is now counsel of record in this
proceeding in place of Barbara J. Gazeley. (peg)

8/19/99    2228    DECLARATION by Yakama Indian Nation  of Steven S Parker in
opposition to Colville Tribes MOTION TO INTERVENE AS A
MATTER OF RIGHT OR ALTERNATIVELY FOR PERMISSIVE
INTERVENTION [2216-1] (tely)

8/19/99    2229    JOINT RESPONSE by Nez Perce, Yakama, Warm Springs &
Umatilla Tribes in opposition to Colville Tribes MOTION TO
INTERVENE AS A MATTER OF RIGHT OR ALTERNATIVELY FOR
PERMISSIVE INTERVENTION [2216-1] Reply due 9/2/99 (tely)

8/19/99    2230    CERTIFICATE OF SERVICE of MOTION response [2229-1] by
Intervenors (tely)

8/20/99    2231    MOTION  by USA FOR APPROVAL OF 1999 MANAGEMENT AGREEMENT
FOR UPPER COLUMBIA RIVER FALL CHINOOK, STEELHEAD & COHO
(tely) [Entry date 08/24/99]

8/20/99    2232    CERTIFICATE OF SERVICE of MOTION FOR APPROVAL OF 1999
MANAGEMENT AGREEMENT FOR UPPER COLUMBIA RIVER FALL CHINOOK,
STEELHEAD & COHO [2231-1] by USA (tely)
[Entry date 08/24/99]

8/23/99    2233    AMENDED CERTIFICATE OF SERVICE of MOTION response [2229-1]
by Nez Perce Tribe (tely) [Entry date 08/24/99]

8/30/99    2234    MOTION  by Colville Reservation Tribes  TO EXTEND TIME TO
9/29/99 TO FILE THEIR REPLY MEMORANDUM IN SUPPORT OF ITS
MOTION TO INTERVENE [2216-1] (tely)

8/30/99    2235    CERTIFICATE OF SERVICE of MOTION  TO EXTEND TIME TO 9/29/99
TO FILE THEIR REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO
INTERVENE [2216-1] [2234-1] by Intervenor-plaintiff
Colville Reservation (tely)

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

8/30/99   2236   RECORD OF ORDER  by Honorable Malcolm F. Marsh GRANTING
                 Colville Tribes' MOTION  TO EXTEND TIME TO 9/29/99 TO FILE
                 THEIR REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO
                 INTERVENE [2216-1] [2234-1]. ORDER TAKING Colville Tribes
                 MOTION TO INTERVENE AS A MATTER OF RIGHT OR ALTERNATIVELY
                 FOR PERMISSIVE INTERVENTION [2216-1] under advisement as of
                 9/30/99 (counsel notified)  Court Rptr none (tely)

9/2/99    2237   MOTION by Applicant-Intervenor Colville Tribes FOR
                 EXTENSION OF TIME TO REPLY TO Treaty Tribes [2229-1] (peg)

9/2/99    2238   CERTIFICATE OF SERVICE of MOTION FOR EXTENSION OF TIME TO
                 REPLY TO Treaty Tribes [2229-1] [2237-1] by
                 Applicant-Intervenor Colville Tribes. (peg)

9/8/99    2239   ORDER by Honorable Malcolm F. Marsh GRANTING Plaintiff's
                 unopposed MOTION FOR APPROVAL OF 1999 MANAGEMENT AGREEMENT
                 FOR UPPER COLUMBIA RIVER FALL CHINOOK, STEELHEAD & COHO
                 [2231-1]. The Agreement of the parties (attached to the
                 motion as Exhibit 1) is hereby APPROVED and ADOPTED as an
                 order of the court. IT IS SO ORDERED. Signed 9/8/99.
                 (counsel notified) (peg) [Entry date 09/13/99]

9/17/99   2240   MAIL RETURNED  [order [2239-1] ] addressed to Jack
                 Marincovich for Amicus Columbia River Fish (peg)

9/29/99   2241   REPLY MEMORANDUM by Colville Tribes IN SUPPORT OF their
                 MOTION TO INTERVENE [2216-1]. (peg) [Entry date 09/30/99]

9/29/99   2242   DECLARATION of Gereald Marco IN SUPPORT of Colville Tribes'
                 MOTION TO INTERVENE [2241-1]. (peg) [Entry date 09/30/99]

9/29/99   2243   CERTIFICATE OF SERVICE of Declaration [2242-1], and Reply
                 Memorandum [2241-1] by Colville Tribes. (peg)
                 [Entry date 09/30/99]

10/6/99   2244   ORDER by Honorable Malcolm F. Marsh DENYING Colville
                 Nation's MOTION TO INTERVENE [2216-1], as untimely as it
                 comes after 31 years of litigation and ten years after its
                 original motion to intervene as a Treaty Tribe. Futhermore,
                 the Colville Nation's interest is too remote to be within
                 the proper subject matter of the instant action. IT IS SO
                 ORDERED. Signed 10/6/99 (counsel notified) (peg)
                 [Entry date 10/08/99]

10/19/99  2245   RECORD OF ORDER by Honorable Malcolm F. Marsh: Colville
                 Tribes' MOTION FOR EXTENSION OF TIME [2237-1]is MOOT.
                 (counsel notified) (peg)

10/20/99  2246   MAIL RETURNED  [order [2244-1] ] addressed to Jack
                 Marincovich for Amicus Columbia River Fish. (peg)
                 [Entry date 10/21/99]

Docket as of September 12, 2000 7:20 pm              Page 64

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

6/21/00    2247    RECORD OF ORDER by Honorable Malcolm F. Marsh SETTING a
                   Status Conference for 9:00 AM on 7/13/00 (counsel
                   notified) Court Rptr: none (peg) [Entry date 06/22/00]

6/26/00    2248    MOTION  by Defendants State of Oregon and Washington FOR
                   PRELIMINARY INJUNCTION (peg)

6/26/00    2249    BRIEF IN SUPPORT of Oregon's and Washington's MOTION FOR
                   PRELIMINARY INJUNCTION [2248-1] against NMFS (peg)

6/26/00    2250    AFFIDAVIT of Guy R. Norman in support of Oregon's and
                   Washington's MOTION FOR PRELIMINARY INJUNCTION [2248-1]
                   against NMFS (peg)

6/26/00    2251    MOTION  by Defendants State of Oregon and State of
                   Washington TO CONSOLIDATE with Cv 00-880-KI (peg)

6/26/00    2252    MEMORANDUM IN SUPPORT of Oregon's and Washington's MOTION
                   FOR CONSOLIDATION OR RELATED CASE [2251-1] (peg)

6/26/00    2253    APPLICATION/MOTION by Defendant State of Washington and its
                   Department of Fish and Wildlife FOR SPECIAL ADMISSION by
                   Attorney Fronda Woods (no fee or association of local
                   counsel submitted with application) (peg)
                   [Entry date 06/27/00]

7/7/00     2254    RECORD OF ORDER by Honorable Malcolm F. Marsh: GRANTING
                   APPLICATION FOR SPECIAL ADMISSION by Attorney Fronda Woods
                   [2253-1] notified) (kirk) [Entry date 07/12/00]

7/12/00    2255    MOTION  by TRIBES Warm Springs Nation, Yakama Indian
                   Nation, Umatilla Indian, Nez Perce Tribe, State of Idaho
                   FOR ORDER TO EXTEND THE 1999 FALL SEASON & MANAGEMENT
                   AGREEMENT , and FOR PRELIMINARY INJUNCTION Oral Argument
                   Requested (tely) [Entry date 07/13/00]

7/12/00    2256    MEMORANDUM IN SUPPORT by the Tribes of MOTION FOR ORDER TO
                   EXTEND THE 1999 FALL SEASON & MANAGEMENT AGREEMENT
                   [2255-1], of MOTION FOR PRELIMINARY INJUNCTION [2255-2]
                   (tely) [Entry date 07/13/00]

7/12/00    2257    AFFIDAVIT by the Tribes of Mike Matylewich re: MOTION FOR
                   PRELIMINARY INJUNCTION [2255-2] (tely) [Entry date 07/13/00]

7/12/00    2258    AFFIDAVIT by the Tribes of Paul Lumley re: MOTION FOR
                   PRELIMINARY INJUNCTION [2255-2] (tely) [Entry date 07/13/00]

7/12/00    2259    CERTIFICATE OF SERVICE of affidavit [2258-1], affidavit
                   [2257-1], memorandum [2256-1], MOTION FOR ORDER TO EXTEND
                   THE 1999 FALL SEASON & MANAGEMENT AGREEMENT [2255-1],
                   MOTION FOR PRELIMINARY INJUNCTION [2255-2] by the Tribes
                   (tely) [Entry date 07/13/00]

Docket as of September 12, 2000 7:20 pm              Page 65

Proceedings include all events.
3:68cv513 USA, et al v. State of Oregon, et al

7/12/00   2260    MOTION  by  Defendants State of Oregon, State of Washington
                  FOR PRELIMINARY INJUNCTION RE FALL 2000 FISHERIES
                  Expedited Oral Argument Requested (tely)
                  [Entry date 07/13/00]

7/12/00   2261    MEMORANDUM IN SUPPORT by Defendants State of Oregon, State
                  of Washington of MOTION FOR PRELIMINARY INJUNCTION RE FALL
                  2000 FISHERIES [2260-1] (tely) [Entry date 07/13/00]

7/12/00   2262    AFFIDAVIT by Defendants State of Oregon, State of
                  Washington of Guy R Norman re: MOTION FOR PRELIMINARY
                  INJUNCTION RE FALL 2000 FISHERIES [2260-1] (tely)
                  [Entry date 07/13/00]

7/12/00   2263    CERTIFICATE OF SERVICE of affidavit [2262-1], memorandum
                  [2261-1], MOTION FOR PRELIMINARY INJUNCTION RE FALL 2000
                  FISHERIES [2260-1] by State of Oregon, State of Washington
                  (tely) [Entry date 07/13/00]

7/12/00   2265    RESPONSE IN OPPOSITION by Plaintiff USA  to [2260-1] State
                  of Washington & Oregon's MOTION FOR PRELIMINARY INJUNCTION
                  RE FALL 2000 FISHERIES (tely) [Entry date 07/25/00]

7/13/00   2264    RECORD OF PROCEEDINGS  Of Status Conference before Honorable
                  Malcolm F. Marsh Parties reached tentative agreement on a
                  Harvest Level for the 2000 fall season & will submit an
                  appropriate Order within 2 weeks. The following MOTIONS
                  are now MOOT: MOTION FOR PRELIMINARY INJUNCTION [2248-1] ;
                  MOTION TO CONSOLIDATE with Cv 00-880-KI [2251-1] ;MOTION FOR
                  ORDER TO EXTEND THE 1999 FALL SEASON & MANAGEMENT AGREEMENT
                  [2255-1]; MOTION FOR PRELIMINARY INJUNCTION [2255-2]  &
                  MOTION FOR INJUNCTION RE FALL 2000 FISHERIES [2260-1]. CASE
                  REASSIGNED to Honorable Garr M. King for all future
                  proceedings  (counsel notified) Court Rptr Robert
                  Stimler/Kathy (tely) [Entry date 07/20/00]
                  [Edit date 07/20/00]

8/24/00   2266    MOTION  by Plaintiff USA FOR ORDER FOR APPROVAL OF 2000
                  MANAGEMENT AGREEMENT FOR UPPER COLUMBIA RIVER FALL CHINOOK,
                  STEELHEAD & COHO (tely)

9/1/00    2267    ORDER  by Honorable Garr M. King  GRANTING Plaintiff's
                  MOTION FOR ORDER FOR APPROVAL OF 2000 MANAGEMENT AGREEMENT
                  FOR UPPER COLUMBIA RIVER FALL CHINOOK, STEELHEAD & COHO
                  [2266-1]  Signed 8/31/00 (counsel notified) (tely)

[END OF DOCKET: 3:68cv513]