Oct 7  1 40 PM '88

CLERK, U.S. DISTRICT COURT
DISTRICT OF OREGON

BY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )
                                     )
and                                  )
                                     )
THE CONFEDERATED TRIBES AND BANDS OF )
THE YAKIMA INDIAN NATION; THE        )
CONFEDERATED TRIBES OF THE WARM SPRINGS)
RESERVATION OF OREGON; CONFEDERATED  )
TRIBES OF THE UMATILLA INDIAN RESERVA-)
TION; AND NEZ PERCE TRIBE OF IDAHO,  )
                                     )
                Intervenors,         )     Civil No. 68-513-MA
                                     )
        v.                           )     A M E N D E D
                                     )     O R D E R
STATE OF OREGON, STATE OF WASHINGTON, )
                                     )
                Defendants.          )
                                     )
and                                  )
                                     )
STATE OF IDAHO and SHOSHONE-BANNOCK  )
TRIBES.                              )
                                     )
                Intervenors.         )

        GEORGE D. DYSART
        Special Asst. U.S. Attorney
        312 U.S. Courthouse
        620 S.W. Main St.
        Portland, OR 97205

                Of Attorneys for USA.

Page

    1 - AMENDED ORDER

1594

HOWARD G. ARNETT
Johnson, Marceau, Karnop, Petersen,
835 N.W. Bond Street
Bend OR 97701

     Attorneys for Warm Springs Tribe.

TIMOTHY WEAVER
Hovis, Cockrill, Weaver & Bjur
P.O. Box 487
Yakima WA 98907

     Attorneys for Yakima Indian Nation.

GEORGE K. MEIER III
Stoel, Rives, Boley,
    Fraser & Wyse
900 S.W. Fifth Avenue
Portland OR 97204

WILLIAM S. WHELAN
STEPHEN V. GODDARD
Deputy Attorney General
Statehouse, Room 210
Boise ID 83720

     Attorneys for State of Idaho.

CATHERINE E. WILSON
Confederated Tribes of the
    Umatilla Indian Reservation
P.O. Box 638
Pendleton OR 97801

     Attorneys for Confederated Tribes
     of the Umatilla Res.

CHERYL F. COODLEY
Asst. Attorney General
State of Oregon
500 Pacific Building
Portland OR 97204

     Attorneys for State of Oregon.

ROBERT C. STROM
Strom, Longeteig & Johnson
P.O. Box 155
Craigmont ID 83523

     Attorneys for Nez Perce Tribe

Page

  2 - AMENDED ORDER

NARDA PIERCE
Assistant Attorney General
State of Washington
7th Floor, Hwy-Licenses Bldg.
Olympia WA 98504-8071

Attorneys for State of Washington.

HOWARD FUNKE
Attorney at Law
P.O. Box 36
Fort Hall ID 83203

Attorney for Shoshone-Bannock Tribes.

THANE W. TIENSON
MITCHELL, LANG & SMITH
2000 One Main Place
101 S.W. Main
Portland OR 97204

Attorney for NW Gillnetters
Association.

DONALD D. STUART
c/o Washington Trollers Assn.
P.O. Box 7431
Bellevue WA 98008

Attorney for Washington
State Trollers Association.

ROBERT S. BANKS, JR.
BANKS & NEWCOMB
209 S.W. Oak Street, 5th Floor
Portland OR 97204-2740

ALVIN J. ZIONTZ
MARC D. SLONIM
ZIONTZ, CHESTNUT, VARNELL,
    BERLEY & SLONIM
1230 Fourth & Blanchard Bldg.
2121 Fourth Avenue
Seattle WA 98121

Attorneys for Makah Indian Tribe.

MARSH, Judge.

For the reasons discussed in the amended opinions filed herewith, amending opinions filed herein September 9, 1988, the Makah Tribe's

Page    3 - AMENDED ORDER

motion to intervene (#1508) IS DENIED and the motion for order approving Columbia River Fish Management Plan (#1490) IS GRANTED with the following amendments:

1. Page 3, Section I.A., add numeral 9. Shoshone-Bannock Tribe, subject to Section I.G.

2. Page 12, Section I.E., lines 4-6, delete "of the tribes party to this agreement" and insert "of the Confederated Tribes of the Warm Springs Reservation of Oregon, the Confederated Tribes & Bands of the Yakima Indian Nation, the Confederated Tribes of the Umatilla Indian Reservation and the Nez Perce Tribe."

3. Page 16, Section I.G., line 0, change "party" to "signatory party."

4. Page 16, Section I.G., line 5-6, delete "for all issues concerning the Salmon River subbasin."

5. Page 17, Section I.G., line 3, delete "nonparty."

6. Page 44, Section III.C., line 18, delete "although not a party to this Plan."

7. Page 54, Section IV.C.3., delete Section IV.C.3.

8. Page 57, line 0, Section IV.E.1., add "treaty" (to make the "treaty tribes").

9. Page 57, Section IV.E.1., line 8, insert "and Shoshone-Bannock" after Indian.

The Shoshone-Bannock Tribes' motion to substitute (#1587) IS DENIED.

IT IS SO ORDERED.

DATED this ___7___ day of ___Oct___, 1988.

_Malcolm F Marsh_
Malcolm F. Marsh
United States District Judge

Page   4 - AMENDED ORDER