FILED

Oct 6 10 24 AM '88

CLERK, U.S. DISTRICT COURT
DISTRICT OF OREGON

BY _____

Jim Jones
Attorney General

Clive J. Strong
Deputy Attorney General
Chief, Natural Resources Division
Statehouse, Room 210
Boise, Idaho 83720
Telephone: (208) 334-2400

Stephen V. Goddard
Deputy Attorney General
Idaho Department of Fish and Game
600 South Walnut Street
P.O. Box 25
Boise, Idaho 83707
Telephone:  (208) 334-3715

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA, et al., )
                                  )    NO. CIV. 68-513-MA
                      Plaintiff,  )
                                  )
vs.                               )
                                  )    NOTICE OF APPEAL
STATE OF OREGON, et al.,          )
                                  )
                      Defendant.  )
_____)

Notice is hereby given that the Defendant State of Idaho hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order approving the Columbia River Fish Management Plan (#1490) entered in this action on the 9th day of September, 1988.

Dated this 4th day of October, 1988.

_____
Clive J. Strong
Deputy Attorney General

NOTICE OF APPEAL - 1        1591

$105.00 pd
Rec# 067015/mb

CERTIFICATE OF SERVICE

I certify that the original of the NOTICE OF APPEAL has today been served upon the Clerk of the United States District Court for the District of Oregon and that one copy of each of the foregoing was served upon all counsel listed on the following service list, by placing the same in the United States mail, postage prepaid, properly addressed to:

**JUDICIAL**

Clerk (original document)
United States District Court
District of Oregon
503 U.S. Courthouse
620 S.W. Main Street
Portland, OR  97205
(503) 221-2202 (FTS 423-2202)

DR. HOWARD F. HORTON
Dept. of Fisheries & Wildlife
Oregon State University
Corvallis, OR  97331
(503) 754-4531

**PLAINTIFFS**

CHARLES H. TURNER, ESQ.
United States Attorney
District of Oregon
GEORGE D. DYSART, ESQ.
Special Assistant U.S. Attorney
312 U.S. Courthouse, 620 S.W. Main Street
Portland, OR  97205
(503) 221-3660
   Attorneys/United States

HOWARD G. ARNETT, ESQ.
Marceau, Karnopp, Petersen,
   Noteboom & Hubel
835 N.W. Bond Street
Bend, OR  97701
(503) 382-3011
   Attorneys/Warm Springs Tribe

TIMOTHY WEAVER, ESQ.
Cockrill, Weaver & Bjur, P.S.
P.O. Box 487
Yakima, WA  98907
(509) 575-1500
   Attorney/Yakima Indian Nation

NOTICE OF APPEAL - 2

CATHERINE WILSON, ESQ.
P.O. Box 638
Pendleton, OR  97801
(503) 276-8336
   Attorney/Confederated Tribes
   of the Umatilla Reservation

ROBERT C. STROM, ESQ.
Strom & Longeteig
P.O. Box 155
Craigmont, ID  83523
(208) 924-5567
   Attorney/Nez Perce Tribe
   of Idaho

MICHAEL E. HAGLUND, ESQ.
LORI IRISH BAUMAN, ESQ.
Lindsey, Hart, Neil & Weigler
222 S.W. Columbia, Suite 1800
Portland, OR  97201
(503) 226-1191

HOWARD FUNKE, ESQ.
Tribal Attorneys' Office
P.O. Box 306
Fort Hall, ID  83203
(208) 238-3820
   Attorney/Shoshone-Bannock
   Tribes

## DEFENDANTS

KENNETH O. EIKENBERRY, ESQ.
Attorney General
NARDA PIERCE, ESQ.
Assistant Attorney General
Dept. of Fish and Wildlife
Wash. State Attorney General's Office
Hwy-Licenses Bldg., PB-73
Olympia, WA  98504
(206) 753-2496
   Attorneys/State of Washington

CHERYL F. COODLEY, ESQ.
Assistant Attorney General
State of Oregon
Suite 410 1515 SW Fifth Avenue
Portland, OR 97201
(503) 229-5725
   Attorney/State of Oregon

NOTICE OF APPEAL - 3

STEPHEN V. GODDARD, ESQ.
Deputy Attorney General
Idaho Dept. of Fish & Game
P.O. Box 26
Boise, ID 83707
(208) 334-3715 (FTS 554-3715)
    Attorney/State of Idaho

GEORGE K. MEIER, III, ESQ.
KEVIN Q. DAVIS, ESQ.
Stoel, Rives, Boley, Jones & Grey
900 S.W. Fifth Ave., Suite 2300
Portland, OR  97204
(503) 224-3380
    Attorneys/State of Idaho

## AMICI

CHARLES E. YATES, ESQ.
Moriarity, Mikkleborg, Broz,
    Wells & Fryer
3300 Seattle-First National
    Bank Building
Seattle, WA  98154
(206) 623-5890
    Attorney for Leslie Clark and
    Northwest Gillnetters Association

DONALD D. STUART, ESQ.
Alexander & Associates
4800 Aurora Avenue North
Seattle, WA  98103-6518
(206) 632-2711
    Attorney/Washington State
    Trollers Association

THANE W. TIENSON, ESQ.
2000 One Main Place
101 S.W. Main Street
Portland, OR  97204
    Attorney/Columbia River
    Fishermen's Protective Union
    Northwest Gillnetters Assoc.

## APPLICANTS FOR INTERVENTION

ROBERT S. BANKS, JR., ESQ.
Banks and Newcomb
209 S.W. Oak Street, 5th Floor
Portland, OR  97204-2740
(503) 222-7475

NOTICE OF APPEAL - 4

ALVIN J. ZIONTZ, ESQ.
MARC D. SLONIM, ESQ.
Ziontz, Chestnut, Varnell,
  Berley & Slonim
1230 Fourth & Blanchard Bldg.
2121 Fourth Avenue
Seattle, WA  98121
(206) 448-1230
  Attorneys/Makah Indian Tribe

DATED this 4th day of October, 1988.

Clive J. Strong
Deputy Attorney General

NOTICE OF APPEAL - 5