FILED
APR 23  4 49 PM '87
CLERK, U.S. DISTRICT COURT
DISTRICT OF OREGON
BY _____

CHARLES H. TURNER
United States Attorney
District of Oregon
GEORGE D. DYSART
Special Assistant U.S. Attorney
312 U.S. Courthouse
620 S.W. Main Street
Portland, OR 97205
(503) 221-3660

Judge Edward Leavy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA, et al, )
                                 )   Civil No. 68-513 LE
             Plaintiffs,         )
                                 )   CORRECTED REQUEST FOR
     v.                          )   DECLARATORY JUDGMENT
                                 )
STATE OF OREGON, et al.,         )
                                 )
             Defendant.          )

The parties have been engaged in negotiations for a long range allocation and management agreement for Upper Columbia River fish runs and fisheries pursuant to this court's Preliminary Injunction Order of September 1, 1983 (Docket No. 1148) as amended and supplemented. Tentative understanding has been reached by the negotiators for the undersigned parties on nearly all portions of a management plan, subject to approval by each party's authorizing entity. However, they have been unable to agree on certain contemplated provisions because of an actual controversy among them on certain legal issues. In order to assist them in complying with the Order of September 1, 1983, the undersigned parties hereby ask the Court to declare the rights and other legal relations inter se pursuant to 28 U.S.C. § 2201 and the continuing jurisdiction retained by this Court over this matter with respect

PAGE 1 - CORRECTED REQUEST FOR DECLARATORY JUDGMENT

1407

to the following questions upon which a controversy exists between two or more of the parties as to the applicable law relevant to the question.

## QUESTION NO. 1

The treaties with the original plaintiff intervenors reserve for those four tribes the right to take fish at all usual and accustomed places. Does that right allow the taking, for commercial purposes, of walleye available for harvest at such places.

## QUESTION NO. 2

Assumptions:

    1. That the parties <u>have agreed</u> upon:

        (a) a procedure for tribal participation in the states' rule-making process; and

        (b) the form and manner of tribal objections to state regulations governing treaty Indian fisheries.

    2. That the parties have <u>not agreed</u> that state regulations which are not objected to by the tribes are presumed to be valid.

/
/
/
/
/
/
/
/
/
/

PAGE 2 - CORRECTED REQUEST FOR DECLARATORY JUDGMENT

Question:

Are state regulations, which are adopted pursuant to Assumption Nos. 1 and 2, presumed to be valid as a matter of law and is a state, or the United States, as part of each enforcement proceeding involving such state regulations relieved of the burden of establishing the validity of the regulation in accordance with the standards required by federal court decisions or orders that are applicable to Case No. 68-513?

We understand that Idaho is submitting an additional question to the court.

Respectfully submitted this 23rd day of April, 1987.

CHARLES H. TURNER
United States Attorney

GEORGE D. DYSART
Special Asst. U.S. Attorney
   Attorney for United States

HOWARD G. ARNETT
   Attorney for Warm Springs Tribe

TIMOTHY WEAVER
   Attorney for The Yakima Indian Nation

WEISHA MIZE
   Attorney for Confederate Tribes
   of the Umatilla Reservation

ROBERT C. STROM
   Attorney for Nez Perce Tribe of Idaho

DANIEL W. WYCKOFF
   Attorney for State of Washington

MICHAEL A. HOLSTUN
   Attorney for State of Oregon

WILLIAM WHELAN
   Deputy Attorney General
   for State of Idaho

PAGE 3 - CORRECTED REQUEST FOR DECLARATORY JUDGMENT

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have made service of the foregoing CORRECTED REQUEST FOR DECLARATORY JUDGMENT by depositing in the United States Post Office at Portland, Oregon, on April 23, 1987, a true, exact and full copy thereof, enclosed in an envelope with postage thereon prepaid, addressed to the following as shown on the attached Service List

*[signature]*
GEORGE D. DYSART
Special Assistant United States Attorney

CERTIFICATE OF SERVICE

FORM OBD-183
MAR. 83

SERVICE LIST

United States v. Oregon and Washington, No. 68-513, D. Oregon

Current as of August 15, 1986

Judicial

Clerk (original document)
United States District Court
District of Oregon
503 U.S. Courthouse, 620 S.W. Main St.
Portland, OR 97205
(503) 221-2202 (FTS 423-2202)

EDWARD LEAVY
U.S. District Judge
602 U.S. Courthouse, 620 S.W. Main
Portland, OR 97205

Dr. HOWARD F. HORTON
Department of Fisheries & Wildlife
Oregon State University
Corvallis, OR 97331
(503) 754-4531

Plaintiffs

CHARLES H. TURNER
United States Attorney
District of Oregon
GEORGE D. DYSART
Special Assistant U.S. Attorney
312 U.S. Courthouse, 620 S.W. Main St.
Portland, OR 97205

DENNIS C. KARNOPP/HOWARD G. ARNETT
Johnson, Marceau, Karnopp & Peterson
835 N.W. Bond St.
Bend, OR 97701
(503) 382-3011
  Attorneys for Warm Springs Tribe

TIMOTHY WEAVER
Hovis, Cockrill, Weaver & Bjur
P.O. Box 487
Yakima, WA 98907
(503) 575-1500
  Attorney for The Yakima Indian Nation

DAN HESTER/WEISHA MIZE
P.O. Box 638
Pendleton, OR 97801
(503) 276-3165
  Attorney for Confederated Tribes
  of the Umatilla Reservation

Plaintiffs (cont'd)

ROBERT C. STROM
Strom & Longeteig
P.O. Box 155
Cragmont, ID 83523
(208) 924-5567
  Attorney for Nez Perce Tribe of Idaho

JOHN D. ROSS/HOWARD FUNKE
P.O. Box 306
Fort Hall, ID 83202
(208) 238-3820
  Attorneys for Shoshone-Bannock Tribes

Defendants

KENNETH O. EIKENBERRY
Attorney General
THOMAS F. CARR
Senior Assistant Attorney General
Fish & Game Division
Washington State Atty General's Office
Temple of Justice, PB-53
Olympia, WA 98504
(206) 753-2498
  Attorneys for State of Washington

MICHAEL A. HOLSTUN
Assistant Attorney General
State of Oregon
500 Pacific Building
Portland, OR 97204
(503) 229-5725
  Attorney for State of Oregon

STEPHEN V. GODDARD
Deputy Attorney General
Idaho Department of Fish & Game
P.O. Box 25
Boise, ID 83707
(208) 334-3715 (FTS 554-3715)
  Attorney for State of Idaho

JAMES F. FELL/GAIL L. ACHTERMAN
Stoel, Rives, Fraser & Wyse
900 S.W. Fifth Ave.
Portland, OR 97204
(503) 224-3380
  Attorneys for State of Idaho

SERVICE LIST, United States v. Oregon and Washington (Cont'd)

Amicus

CHARLES E. YATES
Moriarity, Mikkleborg, Broz, Wells
  & Fryer
3300 Seattle-First National Bank Bldg.
Seattle, WA  98154
(206) 623-5890
  Attorney for Leslie Clark and
  Northwest Gillnetters Association

MARK BENNETT
4055-21st Ave. W.
Seattle, WA  98199-1201
  Attorney for Washington
  State Trollers Assn.

THANE W. TIENSON
2000 One Main Place
101 S.W. Main St.
Portland, OR  97204
  Attorney for Columbia River
  Fishermens Protective Union