IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | Civil No. 68-513-KI |
| ) | |
| vs. ) | ORDER |
| ) | |
| STATE OF OREGON, *et al.,* ) | |
| ) | |
| Defendants. ) | |

KING, Judge:

  Yakama's motion (#2326) is granted. The Confederated Tribes of the Colville Reservation, its constituent tribes, and tribal members are enjoined from fishing on Icicle Creek in any manner not consistent with Washington State law.

  IT IS SO ORDERED.

  Dated this   18th   day of August, 2003.

                /s/ Garr M. King
                Garr M. King
                United States District Judge

PAGE 1 - ORDER