IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | Case No. 68-513-KI |
| vs. | ) ) ) | ORDER |
| STATE OF OREGON, *et al.*, | ) ) | |
| Defendants. | ) | |

KING, Judge:

Based on the Joint Motion For Confidentiality Order filed herein and the "Ground Rules" adopted by the parties for their negotiations;

IT IS ORDERED as follows:

1. The participants are directed to comply with the provisions of the "ground rules" relating to disclosure and/or use of information obtained or exchanged, specifically, paragraphs IVA, IVC and IVD (1) and (3).

Page 1 - ORDER

2. The participants are prohibited from disclosing to anyone other than participants to the negotiations, information and documents which have been designated, either in writing or by agreement, as confidential.

3. Each participant to the negotiation is prohibited from discussing, describing or characterizing the position of any other participant to the press or in the presence of the press, to communications media, or in any statements to anyone other than a participant in the negotiation unless authorized in writing by the court or pursuant to the agreement of the parties.

4. Participants to the negotiations include: The parties who have agreed to participate in negotiations on a replacement Columbia River fishery management agreement, representatives of these parties (including counsel, policy makers and employees of these parties), the court's technical advisor and others attending the negotiations with the consent of the parties.

Dated this    5th    day of February, 2004.

          /s/ Garr M. King
      Garr M. King
      United States District Judge

Page 2 - ORDER