FILED

AUG 7 2 48 PM '89

CLERK, U.S. DISTRICT COURT
DISTRICT OF OREGON
BY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>and<br><br>THE CONFEDERATED TRIBES AND BANDS OF THE WARM SPRINGS RESERVATION OF OREGON; CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION; CONFEDERATED TRIBES OF THE UMATILLA INDIAN RESERVATION; NEZ PERCE TRIBE OF IDAHO; AND THE SHOSHONE-BANNOCK TRIBES,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>STATE OF OREGON, et al.,<br><br>    Defendant,<br><br>and<br><br>STATE OF WASHINGTON;<br>STATE OF IDAHO,<br><br>    Defendant-Intervenors,<br><br>and<br><br>CONFEDERATED TRIBES OF THE COLVILLE RESERVATION,<br><br>    Applicant for Intervention. | Civil No. 68-513-MA<br><br><br><br><br><br><br><br><br><br><br>ORDER |

Page     1 - ORDER

1673

1   In accordance with my opinion filed this date, the Colville
2   Tribes' motion to intervene # 1609 is granted upon the conditions
3   that the Colvilles 1) establish that they have federally secured
4   off-reservation fishing rights with respect to fish covered by
5   the Management Plan before they may take or engage in activity
6   that would affect the Columbia River Fish Management Plan and 2)
7   accept the law of this case including the Columbia River Fish
8   Management Plan as is now in effect.
9       IT IS SO ORDERED.
10      DATED this __7__ day of August, 1989.

        *Malcolm F. Marsh* (signature)
        Malcolm F. Marsh
        United States District Court