IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) |
| and | )<br>) |
| CONFEDERATED TRIBES and BANDS<br>OF THE YAKAMA INDIAN<br>NATION, et al. | )<br>)    Civil No. 68-513-KI<br>) |
| | )    JUDGMENT |
| Plaintiff-Intervenors, | ) |
| vs. | )<br>) |
| STATE OF OREGON, STATE OF<br>WASHINGTON, | )<br>)<br>) |
| Defendants, | ) |
| CONFEDERATED TRIBES OF THE<br>COLVILLE INDIAN RESERVATION, | )<br>)<br>) |
| Respondent. | ) |

Page 1 - JUDGMENT

KING, Judge:

This action was tried by Judge Garr M. King without a jury and the following decision was reached:

It is ordered that Plaintiff-Intervenor Confederated Tribes and Bands of the Yakama Nation's request for an injunction against the Respondent Confederated Tribes of the Colville Reservation (representing its constituent tribe, the Wenatchi), is DENIED, for the reasons set forth in the Court's Findings of Fact and Conclusions of Law, entered on August 13, 2008.

Dated this ___16th___ day of September, 2008.

                                              /s/ Garr M. King
                                              Garr M. King
                                              United States District Judge