IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA,** et al.,

        Plaintiffs,

        v.

**STATE OF OREGON**, et al.,

        Defendants.

No. 3:68-cv-0513-MO

ORDER APPROVING 2018-2027 *UNITED STATES v. OREGON* MANAGEMENT AGREEMENT

**MOSMAN, J.**,

    1.    The Court has examined the 2018-2027 *United States v. Oregon* Management Agreement in light of the Court's Judgment of October 10, 1969, as amended May 10, 1974, and other materials in the case files. The Court concludes that the 2018-2027 United States v. Oregon Management Agreement is fundamentally fair, adequate, and reasonable, both procedurally and substantively, in the public interest, and consistent with applicable law, and that it has been negotiated by the parties in good faith. *See Int'l Ass'n of Firefighters v. City of Cleveland*, 478 U.S. 501 (1986); *United States v. Oregon*, 913 F.2d 576, 580-81 (9th Cir. 1990).

    2.    The parties' joint motion to approve the 2018-2027 United States v. Oregon Management Agreement is GRANTED. The 2018-2027 *United States v. Oregon* Management Agreement is hereby approved and adopted as an Order of the Court.

1 –ORDER APPROVING MANAGEMENT AGREEMENT

3.    The Court terminates its continuing jurisdiction in this case.  This matter is dismissed without prejudice to re-opening this matter in the event a dispute arises concerning the parties' Management Agreement that requires judicial review.  Even though this matter is closed, any party withdrawing from the Management Agreement may still file a notice of withdraw with the Court as provided in Section I. B. 8. of the Management Agreement.

DATED this  19th   day of March, 2018.

*/s/ Michael W. Mosman*
MICHAEL W. MOSMAN
Chief United States District Judge