IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA,** et al.,

        Plaintiffs,

        v.

**STATE OF OREGON**, et al.,

        Defendants.

No. 3:68-cv-0513-MO

ORDER DISMISSING CASE WITHOUT PREJUDICE

**MOSMAN, J.**,

It is ORDERED that this matter is dismissed without prejudice.

DATED this 19 day of March, 2018.

*/s/ Michael W. Mosman*
MICHAEL W. MOSMAN
Chief United States District Judge

1 –ORDER DISMISSING CASE WITHOUT PREJUDICE