IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA,**
et al.,

              Plaintiffs,

No. 3:68-cv-0513-MO

ORDER GRANTING THE
PARTIES REQUEST FOR
CLARIFICATION AND
AMENDING THE ORDER
APPROVING 2018-2027
*UNITED STATES v.
OREGON* MANAGEMENT
AGREEMENT

        v.

**STATE OF OREGON**, et al.,

              Defendants.

**MOSMAN, J.,**

      I grant the Parties Joint Motion to Reconsider, Alter, or Amended this Court's March 19, 2018,

Orders by clarifying that I intend that this Court retain ancillary jurisdiction over matter, including but

not limited to, enforcement of the terms of the Management Agreement and by amending paragraph 3 of

my March 19, 2018, Order as follows:

      1.      The Court has examined the 2018-2027 *United States v. Oregon* Management

Agreement in light of the Court's Judgment of October 10, 1969, as amended May 10, 1974, and

other materials in the case files. The Court concludes that the 2018-2027 United States v.

Oregon Management Agreement is fundamentally fair, adequate, and reasonable, both

procedurally and substantively, in the public interest, and consistent with applicable law, and that

1 –ORDER APPROVING MANAGEMENT AGREEMENT

it has been negotiated by the parties in good faith. *See Int'l Ass'n of Firefighters v. City of Cleveland*, 478 U.S. 501 (1986); *United States v. Oregon*, 913 F.2d 576, 580-81 (9th Cir. 1990).

2.      The parties' joint motion to approve the 2018-2027 United States v. Oregon Management Agreement is GRANTED. The 2018-2027 *United States v. Oregon* Management Agreement is hereby approved and adopted as an Order of the Court.

3.      The Court continues its jurisdiction over this case but administratively closes it. This matter is dismissed without prejudice but must be reopened in the event a dispute arises concerning the parties' Management Agreement that requires judicial review, and a party files a motion to reopen the case. Even though this matter is administratively closed, any party withdrawing from the Management Agreement may still file a notice of withdraw with the Court as provided in Section I. B. 8. of the Management Agreement

.

DATED this 21 day of May, 2018.

MICHAEL W. MOSMAN
Chief United States District Judge