JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
COBY HOWELL, Senior Trial Attorney
Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, OR 97204-2902
(503) 727-1000 (Tel.); (503) 727-1117 (Fax)
Email: Coby.Howell@usdoj.gov

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *et al*., | Case No.: 3:68-CV-0513-MO |
| Plaintiffs, | |
| v. | **ALL PARTIES' NOTICE RE:***UNITED STATES v. OREGON* **MANAGEMENT AGREEMENT** |
| **STATE OF OREGON**, *et al.,* | |
| Defendants, | **[Court Action Not Requested]** |

The 2018-2017 *United States v. Oregon* Management Agreement (Agreement) was made an order of this Court on March 18, 2019. ECF 2614 at 1 ¶ 2. Part I, Section B.8.a., of the Agreement sets forth a procedure for the Parties to modify the Agreement. Specifically, it requires consensus of the parties, and a signed writing documenting the modifications. This Notice is the signed writing documenting changes to the production tables B.1-B.7 in the Agreement. *See* Ex. 1. These changes reflect routine yearly adjustments to the production tables (hatchery releases). These modifications were agreed to at the January 31, 2019, and May 9,

2019, Policy Committee meetings.  The parties are not requesting any action from the Court and are only documenting the agreed upon changes through this notice.

Dated: May 16, 2019.

                JEAN E. WILLIAMS,
                Deputy Assistant Attorney General
                SETH M. BARSKY, Section Chief

                */s/ Coby Howell*
                COBY HOWELL, Senior Trial Attorney
                Wildlife & Marine Resources Section
                Environment & Natural Resources Division
                U.S. Department of Justice
                c/o U.S. Attorney's Office
                1000 SW Third Avenue
                Portland, OR 97204-2902
                (503) 727-1000 (Tel.); (503) 727-1117 (Fax)
                Email:  Coby.Howell@usdoj.gov;

                By permission:

                */s/ Brent H. Hall*
                BRENT H. HALL, Oregon State Bar #992762
                Associate Attorney General
                Confederated Tribes of the Umatilla Indian
                Reservation
                P.O. Box 638
                Pendleton, OR 97801
                (541) 966-2336
                Attorney for the Confederated Tribes of the Umatilla
                Indian Reservation

                */s/ John W. Ogan*
                JOHN W. OGAN, Oregon State Bar #065940
                1201 N.W. Wall Street, Suite 300
                Bend, OR 97701-1957
                (541) 382-3011
                Attorney for the Confederated Tribes of the Warm
                Springs Reservation of Oregon

                */s/ David J. Cummings*
                DAVID J. CUMMINGS, Oregon State Bar #922695
                Office of Legal Counsel
                Nez Perce Tribal Executive Committee
                P.O. Box 305
                Lapwai, ID 83540
                (208) 843-7355
                Attorney for the Nez Perce Tribe

/s/ Thomas Zeilman
THOMAS ZEILMAN, Washington State Bar #28470
Law Offices of Thomas Zeilman
402 E. Yakima Ave., Suite 710
P.O. Box 34
Yakima, WA 98907
(509) 575-1500
Attorney for the Yakama Nation

/s/ Mike Grossman
MIKE GROSSMAN
Assistant Attorney General
Washington Attorney General's Office
P.O. Box 40100
Olympia, WA 98504-0100
(360) 586-2872
Of Attorneys for the State of Washington

/s/ Sarah K. Weston
Sarah K. Weston, Oregon State Bar #085083
Assistant Attorney General
Oregon Department of Justice
1515 S.W. 5th Ave., Suite 410
Portland, OR 97201
Of Attorneys for the State of Oregon

/s/ Kathleen Trever
KATHLEEN TREVER, Deputy Attorney General
Idaho Attorney General's Office
Natural Resources Division
P.O. Box 83720
Boise, ID 83720-0010
Of Attorneys for the State of Idaho

/s/ Bill Bacon
WILLIAM BACON (ISB No. 2766)
Office of the Reservation Attorney
Shoshone-Bannock Tribes
General Counsel
Fort Hall, Idaho 83203
Telephone: (208) 478-3815
Fax: (208) 239-9276
bbacon@sbtribes.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was today served via the Court's CM/ECF system on all counsel of record.

/s/ Coby Howell

COBY HOWELL