Ethan Jones, WSBA No. 46911
Kathryn E. Marckworth, WSBA No. 46964
Joelle C. Klein, WSBA No. 62184
Yakama Nation Office of Legal Counsel
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
(509) 865-7268
ethan@yakamanation-olc.org
kate@yakamanation-olc.org
joelle@yakamanation-olc.org

Attorneys for the Confederated Tribes and
Bands of the Yakama Nation

**UNITED STATES DISTRICT COURT
DISTRICT OF OREGON**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF OREGON, *et al.*, <br><br> Defendants. | Case No.: 3:68-cv-00513 <br><br> NOTICE OF WITHDRAWAL OF ETHAN JONES AS COUNSEL FOR THE CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION |

TO:          CLERK OF COURT

AND TO:    ALL PARTIES AND COUNSEL OF RECORD

Pursuant to LR 83-11(b), please take notice that the undersigned, Ethan Jones, Lead Attorney for the Yakama Nation Office of Legal Counsel, hereby withdraws as counsel of record for the Confederated Tribes and Bands of the Yakama Nation ("Yakama Nation") in the above captioned matter. The Yakama Nation will continue to be represented by Ms. Kathryn E. Marckworth, Senior Staff Attorney for the Yakama Nation Office of Legal Counsel, and Ms. Joelle C. Klein, Staff Attorney for the Yakama Nation Office of Legal Counsel.

Dated this 22nd day of January, 2025.

s/Ethan Jones
Ethan Jones, WSBA No. 46911
Yakama Nation Office of Legal Counsel
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
(509) 865-7268
ethan@yakamanation-olc.org

NOTICE OF WITHDRAWAL OF ETHAN JONES AS
COUNSEL FOR THE CONFEDERATED TRIBES AND
BANDS OF THE YAKAMA NATION — 2

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

**CERTIFICATE OF SERVICE**

I, Ethan Jones, hereby certify that on January 22, 2025, I electronically filed the foregoing with the Clerk of the Court and upon all parties in this matter whose names appear on the official service list as registered in the Court's CM/ECF filing system, using the CM/ECF system

DATED this 22nd day of January, 2025.

*s/Ethan Jones*
Ethan Jones, WSBA No. 46911
YAKAMA NATION OFFICE OF LEGAL COUNSEL
P.O. Box 151, 401 Fort Road
Toppenish, WA 98948
Telephone: (509) 865-7268
Facsimile: (509) 865-4713
ethan@yakamanation-olc.org

NOTICE OF WITHDRAWAL OF ETHAN JONES AS COUNSEL FOR THE CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION — 3

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268