**Garrett L. Brown, OSB No. 220554**
Email: Garrettbrown@ctuir.org
**Joseph R. Pitt, OSB No. 081134**
Email: Joepitt@ctuir.org
Office of Legal Counsel
Confederated Tribes of the Umatilla Indian Reservation
46411 Timíne Way
Pendleton, OR 97801
Phone: (541) 429-7400

**Brent H. Hall, OSB No. 992762**
Email: Brent@Bhhall.com
Hall Law, PLLC
PO Box 945
Walla Walla, WA 99362
Phone: (541) 215-0404
*Of attorneys for the Confederated Tribes of the Umatilla Indian Reservation*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br><br> **STATE OF OREGON,** *et al.,* <br><br> Defendants. | Case No.: 3:68-CV-0513-MO <br><br> **NOTICE OF WITHDRAWAL OF GARRETT BROWN AS COUNSEL FOR THE CONFEDERATED TRIBES OF THE UMATILLA INDIAN RESERVATION** |

TO:        CLERK OF THE COURT

AND TO:     ALL PARTIES AND COUNSEL OF RECORD

Pursuant to LR 83-11(b), please take notice that the undersigned, Garrett Brown, Attorney with the Confederated Tribes of the Umatilla Indian Reservation Office of Legal Counsel, hereby withdraws as counsel of record for the Confederated Tribes of the Umatilla Indian Reservation in the above captioned matter. The Confederated Tribes of the Umatilla Indian Reservation will

Page 1

Page 2

continue to be represented by Joseph Pitt, Lead Attorney for the Confederated Tribes of the Umatilla Indian Reservation Office of Legal Counsel, and Brent Hall, Hall Law, PLLC.

Respectfully submitted, this 28th day of April, 2026.

s/Garrett L. Brown
Garret L. Brown, OSB No. 220554
Office of Legal Counsel
Confederated Tribes of the Umatilla Indian Reservation
46411 Timíne Way
Pendleton, OR 97801
Phone: (541) 429-7400

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2026, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF COUNSEL with the Clerk of the Court for the United States District Court – District of Oregon via the CM/ECF system.  Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

<div style="margin-left:40%">

s/Garrett L. Brown
Garret L. Brown, OSB No. 220554
Office of Legal Counsel
Confederated Tribes of the Umatilla Indian
Reservation
46411 Timíne Way
Pendleton, OR 97801
Phone: (541) 429-7400

</div>

**CERTIFICATE OF SERVICE**